IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. _____ |
| MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF PHYLLIS MORGAN

I, Phyllis Morgan, declare as follows:

1. I am president of the Family Advocacy and Support Association ("FASA"). I have served as president of FASA since June 1998.

2. FASA is a nonprofit education and advocacy organization located in the District of Columbia. FASA was established in 1987 with a mission to improve the quality of life for children and youth with emotional, behavioral, and learning disabilities. In addition to providing programs directly for children with special needs, FASA also trains parents of children with special needs to help them learn how to better interact with their children and to advocate on their behalf.

3. In 1996, Velva Spriggs, a project director at the Substance Abuse and Mental Health Services Administration ("SAMHSA") and former president of FASA, told me that the District of Columbia Department of Mental Health ("DMH") was going to apply for a SAMHSA system-of-care grant. Ms. Spriggs told me that, to receive a grant, DMH would need to involve parents and families in the mental health care system for children

and youth. Ms. Spriggs suggested that, because FASA was the only family advocacy group in the District of Columbia, it would be an excellent vehicle for parental involvement. Ms. Spriggs told me that DMH would need the involvement of FASA to get the SAMHSA grant.

4. FASA agreed to assist DMH in obtaining a SAMHSA grant and to assume a significant role in DMH's development and implementation of a project to provide services to children and youth with severe emotional disturbances. In support of DMH's effort to obtain the SAMHSA grant, I, on behalf of FASA, attended many meetings with members of DMH and various D.C. organizations. During this time I worked to develop the family advocacy portion of what eventually became the District of Columbia Children Inspired Now Gain Strength ("D.C. CINGS") grant application.

5. DMH applied for a system of care grant from SAMHSA four times. The first two grant proposals were denied by SAMHSA in part because of the inadequacy of the family advocacy part of the project. The third grant proposal included a greater role for FASA and was approved by SAMHSA for funding. However, that approval was later rescinded because of a conflict of interest unrelated to FASA. The fourth grant proposal, which included a prominent role for FASA as the primary family advocacy group, was approved for funding by SAMHSA in 2002. The SAMHSA grant to DMH for D.C. CINGS was a six-year grant in the total amount of $8,073,384 in federal funds.

6. In the approved D.C. CINGS grant proposal, which is annexed as Attachment A, DMH described FASA as the "key family organization" with experience in servicing the District's severely emotionally disturbed children. As evidence of FASA's experience

2

and reputation, the proposal included a copy of resumes of several FASA officials, including my own.

7. In 2003, after DMH was awarded the SAMHSA grant, DMH and FASA entered into a sub-contract agreement, which is annexed as Attachment B. The sub-contract provides that DMH will pay FASA amounts specified in the D.C. CINGS grant proposal each year for six years, beginning with the first year of the D.C. CINGS project. The first year of the D.C. CINGS project ran from October 1, 2002, through September 30, 2003. The last year of the D.C. CINGS project will begin October 1, 2007, and end September 30, 2008.

8. DMH did not pay FASA its sub-grant of $15,000 for the first year of the D.C. CINGS project until August 8, 2003, only seven weeks before the end of that year. *See* Notice of Sole Source Award, annexed as Attachment C. FASA was required to make use of the funds prior to the September 30, 2003. At a FASA meeting at which I was present, Nicholas Geleta, Project Director for D.C. CINGS, announced that the grant money could be spent at FASA's discretion, as long as the money was used in the running of FASA and in compliance with the D.C. CINGS grant.

9. DMH did not pay FASA its sub-grant of $12,000 at any time during the second year of the D.C. CINGS project. On December 20, 2004, Martha B. Knisley, Director of DMH, confirmed in writing to Austin A. Andersen, Interim Inspector General of the District of Columbia, that DMH had not paid FASA its sub-grant of $12,000 during the second year of the D.C. CINGS project, and this was probably due to a "breakdown of internal DMH communications." *See* Letter from Martha B. Knisley to Austin A. Andersen, dated December 20, 2004 (annexed as Attachment D), p. 2.

10. On December 28, 2004, FASA received its D.C. CINGS grant funding of $12,000 for the fiscal year that ended September 30, 2004.

11. FASA has not received any of the $50,000 allocated to it under its sub-contract with DMH for the third (and current) year of the D.C. CINGS project. I have repeatedly tried to contact D.C. CINGS and DMH personnel regarding the current year's disbursement but they have refused to speak with me. FASA's counsel, Neil H. Koslowe, has attempted since December 14, 2004, both by telephone and in writing, to arrange a meeting with DMH officials about this matter, but they have not arranged a meeting or spoken to him about it. *See* Letter from Neil H. Koslowe to Anne Sturtz, General Counsel of DMH, dated January 25, 2005, and e-mails from Anne Sturtz to Neil H. Koslowe and from Neil H. Koslowe to Anne Sturtz, dated March 24, 2005, annexed as Attachment E.

12. FASA has never received any notice from DMH indicating that FASA has failed to comply with its obligations under its sub-contract with DMH, nor has FASA been given an opportunity by DMH to be heard about DMH's failure to fund FASA in accordance with the sub-contract.

13. On November 15, 2004, SAMHSA delivered its Federal Site Visit Report to DMH regarding the D.C. CINGS project (annexed as Attachment F). In that Report at p. 20, SAMHSA noted that "the Family Advocacy and Support Association (FASA), the primary family advocacy group in the District of Columbia over the past ten years for youth with serious emotional disturbances and their families," and "which was the key family organization identified in the original proposal, currently does not have as prominent a role in the project as originally designed."

14. On April 28, 2005, Knisley submitted a Continuing Application for the D.C. CINGS project to SAMHSA which is annexed as Attachment G. In a budgetary attachment to this Continuing Application, DMH purports to eliminate funding for FASA during the third (current) year of the project by striking the line item allocation to FASA of $50,000 from the budget for that year. In another budgetary attachment DMH purports to eliminate FASA altogether from the fourth year of the D.C. CINGS project by striking the line item reference to FASA from the budget for that year.

15. DMH's failure timely to pay FASA any portion of the $50,000 it owes FASA for the current year of the D.C. CINGS project already has had devastating consequences on children and youth at-risk in the District of Columbia that are served by FASA:

16. FASA was compelled to close its office in Northeast Washington, D.C. and lay off all its staff in December 2004. FASA currently operates out of the basement of my personal residence at 24 Evarts Street NE, Washington, D.C. 20002. The office is run only by me and my son.

17. FASA was compelled to stop its monthly mailings to District of Columbia parents.

18. FASA has cancelled programs for parents and children because it does not have a meeting place, cannot afford the fees of speakers (even when some speakers have offered to dramatically reduce their fees), and cannot provide childcare while parents attend FASA meetings.

19. FASA has been unable to send parents to conferences because it cannot afford the conference fees, transportation, and babysitting.

20. FASA has suspended its biweekly afterschool children's program.

21. Because FASA is unsure when or if the disbursement of the D.C. CINGS sub-grant funds from DMH with be forthcoming, FASA has suspended planning programs for parents and children.

22. FASA has suspended planning its annual summer programs for emotionally troubled children. Previously, these programs consisted of tutoring in math, English, and reading, regular outings to museums, and other educational activities. Normally, FASA begins receiving referrals for its summer program in April and May. This year, I have had to tell parents and educators that we do not have the funds for the summer program.

23. Without funding, FASA will be unable to conduct its summer trainings for parents of children with special needs. The trainings provide parents with guidance for accessing the services available to their children, and take place prior to the start of the school year.

24. In February 2005, Byron Leftwich, the starting quarterback for the NFL's Jacksonville Jaguars and a former participant in FASA's programs, volunteered to speak to the children. Unfortunately, I had to tell him that FASA did not have a meeting space and I was unable to afford the rental fees to obtain a room.

25. The programs and activities listed above are those provided for by the DMH sub-grant to FASA under the D.C. CINGS project and would have been funded with the grant money.

26. FASA has also been unable to apply for alternative funding because of its lack of resources.

27. FASA obtained a three-year Statewide Family Networking Grant directly from SAMHSA for the period 2001-2004 to help ensure that families in the District of Columbia are the catalysts for transforming the mental health and related systems for children and youth suffering from serious emotional disturbances by strengthening coalitions among family members and between family members and policymakers and service providers. FASA's application in 2004 for a renewal of that grant was rejected by SAMHSA without satisfactory justification. DMH personnel have told me that DMH intentionally and wrongfully intervened with SAMHSA for the purpose of persuading SAMHSA to reject FASA's renewal application for a Statewide Family Networking Grant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2005 in Washington, DC.

*Phyllis Morgan* (signature)
Phyllis Morgan