D.C. CINGS Sub-Grant                                                                                      Page 1
Family Advocacy and Support Association (FASA)

## SUB-GRANT

awarded through
The D.C. Children Inspired Now Gain Strength Project (D.C. CINGS)
to
The Family Advocacy and Support Association, Inc. (FASA)

Section I    GENERAL INFORMATION

### Introduction

The Department of Mental Health (DMH), on behalf of family and community-based organizations, and public and private provider agency partners in the District of Columbia (D.C.), has been awarded a Cooperative Agreement with the Substance Abuse Mental Health Services Administration (SAMHSA) to develop a System of Care for children and families. This agreement has been operationalized as the D.C. Children Inspired Now Gain Strength (D.C. CINGS) project. The D. C. CINGS project has the following goals.

1. Reduce the current reliance on out-of-home and out-of-state Residential Treatment Center (RTC) placements for children and youth with SED;

2. Focus on strengthening and supporting families by providing a variety of traditional and non-traditional services and supports as part of a system of care;

3. Create a comprehensive array of community-based services that are accessible, available and culturally competent and which offer opportunities for earlier identification and intervention of youth at-risk of out-of-home placements;

4. Ensure that families are involved in system of care development and implementation at all levels;

5. Implement evidence-based practice models, care coordination, and individualized service planning embedded in strength-based foci that build resiliency and take into account the cultural strengths of the District's youth and families;

6. Enhance interagency collaboration and shared decision-making processes to bridge gaps, decrease duplication, and improve outcomes for children and youth with SED and their families;

7. Maximize the use and blending of Medicaid and other federal funding programs,

D.C. CINGS Sub-Grant  
Family Advocacy and Support Association (FASA)  
Page 2

District funding, and private sector funding to meet the multiple needs of youth with SED and their families, as well as develop strategies to re-invest funds from out-of-home and out-of-state placements to address long-term sustainability of the system of care and,

8. Develop and enhance management information systems (MIS) and evaluation activities to track outcomes and share data across agencies and programs.

A principle value in the System of Care model is support of the active involvement of families in all aspects of the development and implementation of the system of care. Toward this end, the D.C. CINGS project has identified in its approved project proposal, specific financial support in the form of a sub-grant for the Family Advocacy and Support Association (FASA).

### Target Population and Eligible Organization

FASA, the District of Columbia's designated state family agency and member of the National Federation of Families, is a 501c(3), community-based organization whose primary mission involves providing advocacy, support, education and training for families with children and youth identified with serious mental health problems.

### Source of Grant Funding

Sub-grant funding will be provided through the D.C. CINGS project that, beginning in October of 2002, was awarded a six year cooperative agreement from the Substance Abuse Mental Health Services Administration to develop and implement a system of care in the District of Columbia. In its cooperative agreement D.C. CINGS identified FASA to receive funding in each of the six years of the agreement contingent upon renewal of the agreement by SAMHSA and the availability of funds from the federal government to SAMHSA.

### Award Period

The period of the sub-grant award is annual. The first period begins October 1, 2002 and ends September 30, 2003. A new annual sub-grant will be awarded for each of five successive years beginning October 1, 2003. The last award period will begin October 1, 2007 and will end September 30, 2008.

### Grant Award and Amount

The amount of funding for each year is specified in the D.C. CINGS budget proposal under the line item identified as FASA. The approved budget for each of the six years is included as Attachment A.

D.C. CINGS Sub-Grant                          Family Advocacy and Support Association (FASA)
                                                                                          3

## Contact Person

Inquiries regarding funding availability, project activities or requirements mandated under the sub-grant can be made by contacting Nicholas Geleta, Ph.D., Project Director D.C. CINGS at the Department of Mental Health, 64 New York Avenue, N.E., 4th Floor, Washington, D.C. 20002, (202)-671-3157, (202)-673-1933 fax, or email nicholas.geleta@dc.gov.

### Section II   SUBMISSION OF APPLICATION

The Family Advocacy and Support Association (FASA) will submit to the Project Director of D.C. CINGS, at its earliest convenience, a certified letter indicating that it is prepared and ready to receive funding, and agrees to the all terms set forth in this sub-grant document. This letter will also include a brief programmatic description that enumerates how FASA intends to utilize funds under this sub-grant consistent with the goals of D.C. CINGS, the mission of FASA, and the accountability and reporting requirements of SAMHSA and relevant contracting and procurement statues of the District of Columbia.

### Section III   PROGRAM AND ADMINISTRATIVE REQUIREMENTS

#### Use of Funds

Funds awarded under this sub-grant may be only be used by FASA to support activities that are consistent with its mission as stipulated in its charter and the stated goals and principles of the D.C. CINGS project and the system of care model endorsed by SAMHSA.

#### Reports

FASA will be required to submit a quarterly written report to the Project Director of D.C. CINGS no later than the 10th day of the following (i.e., new) quarter. This report shall detail the amount of funds expended and the purpose of the expenditure, consistent with the stipulation noted above on how funds may be used, for all funds expended under the sub-grant during the quarter. This report shall also reflect total funds spent year to date and the total amount of funds remaining. The report must contain as attachments copies of receipts related to each expenditure. The report should also contain a section related to issues/concerns and barriers that may impact the use of sub-grant funds.

FASA will also provide an annual written report to the Project Director of D.C. CINGS, by no later than the 20th day following the end of a grant period (October 20th).

#### Records

FASA must retain a copy of all financial records, books, documents and other evidence

D.C. CINGS Sub-Grant                                    Family Advocacy and Support Association (FASA)
                                                                                                    4

pertaining to costs and expenses to the extent and in such detail as will properly reflect all costs, direct and indirect; labor, materials, equipment, supplies and other items for a period of three years beyond the termination of the sub-grant agreement and any extensions. However, in the case of an audit or investigation, records shall be retained until the review has been completed.

### Monitoring and Evaluation

The Department of Mental Health, Office of Delivery Systems Management, through the D.C. CINGS project office will monitor sub-grant activities on a continuing basis by review of quarterly and annual reports and by quarterly meetings with FASA staff. FASA will provide all information necessary to support the efforts of the D.C. CINGS project evaluation team to evaluate the use and outcome of sub-grant funds.

### Section IV GENERAL PROVISIONS

### Audits

The Department of Mental Health, Office of Delivery Systems Management, through the D.C. CINGS project office retains the right to conduct audits, as determined to be necessary.

### Nondiscriminatory Practices

In its provision of supports and activities under this sub-grant, FASA must not discriminate on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income or place of residence or business.

### Section V    PROGRAM SCOPE

### Program Objective

The D.C. CINGS project, consistent with the proposal approved by SAMHSA has identified the Family Advocacy and Support Association, Inc.(FASA) as the designated state family agency, and as a direct recipient of funds under the project's approved budget. This project has been operationalized in the form of a Cooperative Agreement with SAMHSA. The primary objective of the Cooperative Agreement is to develop and implement a System of Care for children, youth and their families in the District of Columbia. A principle value in the System of Care model is support of the active involvement of families and family-based organizations in all aspects of the development and implementation of the system of care. It is the objective of this sub-grant to support this principle by making funds available to FASA as the designated state family agency.

D.C. CINGS Sub-Grant                                Family Advocacy and Support Association (FASA)
                                                                                                 5

## Recipient Responsibilities

It is the responsibility of FASA to utilize funds under this sub-grant to support only those activities that are consistent with its mission as stipulated in its charter, the stated goals of the D.C. CINGS project and the core values and principles of the system of care model endorsed by SAMHSA.

In addition, FASA agrees to participate in training and technical assistance related to this sub-grant, at no cost, provided through the Department of Mental Health or the D.C. CINGS project.

# ADDENDUM

## SUB-GRANT
### Awarded through
### The D.C. Children Inspired Now Gain Strength Project (D.C. CINGS)
### To
### The Family Advocacy and Support Association, Inc. (FASA)

On page 2 add the following sentence at the end of the paragraph which begins "A principle value in the System of Care model...."

The CINGS project also fully supports the on going building and strengthening of the organizational capacity of FASA.

On page 2 after section titled Grant Award and Amount add the following new section:

<u>Payments to Grantee</u>

At the time of the signing of the Grant Agreement DMH will immediately process the Grantee as a vendor in its payment system. A full payment in the amount of $15,000.00, which constitutes the total award for the grant period, will then be made directly to the Grantee.