**DISTRICT OF COLUMBIA GOVERNMENT**
OFFICE OF THE CHIEF FINANCIAL OFFICER
**OFFICE OF RESEARCH AND ANALYSIS (ORA)**
Subgrant Competitive Review Form (ORA-2)

---

The District of Columbia government is committed to maximum competition when making subgrant awards with Federal funds. As of October 1, 1998, the Office of Research and Analysis began reviewing proposed subgrant awards submitted to ORA to ensure that agencies have followed a competitive process.

✓ **Summary of proposed projects, subgrantees, and award amounts**

___ Copy of the Notice of Funding Availability (NOFA) from the D. C. Register

___ Copy of the Request for Applications (RFA)

___ Names of the evaluators and copies of their conflict of interest certification forms

___ Breakdown of scores for applications received in response to the RFA

| | |
|---|---|
| Submitted by Grant Program Manager/Officer: *Nicholas Gatch Ph.D.* | Date: 7/3/03 |
| Approved by the Agency Director *for Cheryl Edwards* | Date: 7/3/03 |
| Approved by the Office of Research and Analysis *Connie Green* | Date: 7/9/03 |
| Comments: Sole source / non-competitive award (see attached). | |

**Additional Approval for Non-Competitive Awards** (Attach written justification on separate sheet)

---

Approval by the Agency Chief Financial Officer

# NOTICE OF SOLE SOURCE AWARD

## FY 2003

From the Department of Mental Health to
The Family Advocacy and Support Association, Inc.

$15,000.00

The Department of Mental Health (DMH) has been awarded a six year grant from the federal Substance Abuse Mental Health Services Administration (SAMSHA). Grant funds are to be used for the express purpose of developing a comprehensive system of community-based care for District children with serious emotional disturbance and their families.

A Cooperative Agreement between DMH and SAMHSA details the responsibilities to be performed with these federal funds. Specifically addressed in the grant application is the awarding of an annual sub grant to The Family Advocacy and Support Association, Inc. (FASA). The amount for FY 2003 is $15,000. (SEE ATTACHED GRANT PROPOSAL, BUDGET AND LETTER OF AWARD).

FASA is a 501c(3) organization designated as the District of Columbia's state family agency. Its primary mission is to provide advocacy, support, education and training for families with children and youth identified with serious mental health problems.

The sub grant award will be renewed each fiscal year contingent upon the renewal of the Cooperative Agreement, the availability of federal funds, and the successful completion of activities specified under the sub grant award.