

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF MENTAL HEALTH

December 20, 2004

**VIA REGULAR MAIL AND**
**FAX (202) 727-3920**
Austin A. Andersen
Interim Inspector General
Office of the Inspector General
717 14th St., NW, Washington, DC 20005

Re:    OIG Control Number 2005-010

Dear Mr. Andersen:

I am writing in response to your letter dated November 3, 2004 that requested a response from
DMH by December 20, 2004. Your letter requested certain information relating to grant funds
and the Family Advocacy and Support Association ("FASA"). Below are the responses to your
inquiry:

(1)    FASA has been a sub-grantee to DMH.

(2)    DMH was awarded a six (6) year grant from the Substance Abuse Mental Health Services
Administration ("SMAHSA"), which is commonly referred to as the DC CINGS grant. A copy
of the grant application showing name, purpose, and other relevant aspects is attached. The grant
does not specify any particular distribution dates. An addendum to the sub-grant agreement
between DMH and FASA for FY2003 states that "[a]t the time of the signing of the Grant
Agreement DMH will immediately process the Grantee as a vendor in its payment system. A
full payment in the amount of $15,000.00 which constitutes the total award for the grant period,
will then be made directly to the Grantee." Although the term "Grant Agreement" is not defined
in the sub-grant, it is clear from the context of the addendum that Grant Agreement refers to the
sub-grant between DMH and FASA. DMH records show no evidence that either DMH or FASA
ever signed the sub-grant agreement, and indeed there is no signature block for such signatures.
The FY204 sub-grant agreement contains similar language in the body of the grant. Again, the
FY2004 sub-grant does not contain any signatures, and appears to have been generated after the
end of FY2004.

(3)    As to whether FASA is "entitled" to grant funds and any explanation of "non-
entitlement," the SAMHSA grant is subject to renewal by SAMHSA on an annual basis, and is
further subject to the availability of federal funds. Assuming those conditions precedent are met,

then FASA would be entitled to receive sub-grant funds as set forth in the grant and any sub-grant agreement. Such "entitlement" is neither absolute nor automatic, however. Rather, it is subject to federal law and the grant agreement. Accordingly, should FASA fail to meet obligations imposed under federal law or the grant agreement, it would not be entitled to any funds, and may in fact owe monies back to DMH or SAMHSA. Moreover, as noted in a letter dated October 25, 2004, a copy of which is enclosed, DMH stated to FASA: "DMH and SAMHSA have agreed in principle to change the terms and conditions of the DC CINGS grant for years 03 through 06 [fiscal years 2005, 2006, 2007 and 2008] to award family related contract services to a broader collaborative of families. We anticipate that the change in the terms and conditions will be effective soon." Accordingly, if the grant agreement changes, FASA's entitlement or non-entitlement may be affected.

(4)     As noted above, there are no provisions in the grant or sub-grant that effectively address the timing of sub-grant payments, notwithstanding some language in the FY2003 addendum to the sub-grant agreement, and the FY2004 sub-grant agreement. That being said, by definition, sub-grants for a given fiscal year should be paid in that fiscal year. For FY2003, FASA received the sub-grant award on August 8, 2003, i.e., about seven (7) weeks before the end of the fiscal year. For FY2004, FASA did not receive the until after then end of FY2004. Specifically, a check was mailed to FASA in or around December 2004. Subject to anticipated changes in the SAMHSA grant, DMH plans to more promptly distribute FY2005 sub-grant dollars to sub-grant recipients. That being said, you shoud understand that SAMHSA does not distribute grant funds to DMH on the first day of the fiscal year. Such funds have historically been distributed several months into the fiscal year.

(5) and (6)     As noted above, while there is no definition of "timely" in the grant or sub-grant, it seems clear that FASA's FY2004 payment was not timely as it came after the end of the fiscal year. As to why the FY2004 sub-grant funds were not paid in FY2004, the answer appears to be several-fold. First, in fulfillment of its grant obligations, DMH sought information from FASA regarding its use of the FY2003 sub-grant award. When DMH reviewed that information, it identified a number of issues. See letter dated August 27th, 2004, a copy of which is enclosed. It would further seem that DMH's Internal Auditor was not aware at the time of his review that FASA had previously asserted to DMH that FASA's Treasurer "was removed from office and upon her departure removed all financial records, including bank statements and cancelled checks." This breakdown of internal DMH communication may be the result of a second factor that likely contributed to the delay in FASA's FY2004 payment, namely the extended medical absence of the Project Director for the SAMHSA grant. In terms of corrective measures to address delays caused by either DMH or FASA, DMH has recently been contacted by counsel for FASA in what would seem to be an attempt to address both the issues identified under the cover letter dated August 27, 2004, as well as issues related to the prompt release of appropriate sub-grant funds, if any, to FASA, in years 3 through 6 of the SAMHSA grant.

2

Pursuant to your request, a copy of this letter is also being sent to Ms. Phyllis Morgan, President of FASA.

Enclosures

Cc:    Phyllis Morgan (w/o encl.)
       Sean McCaney (via fax w/o encl.)


Sincerely,

Martha B. Knisley