# SHEARMAN & STERLING LLP

FAX: 202 508-8100
WWW.SHEARMAN.COM

801 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2604
202 508-8000

ABU DHABI
BEIJING
BRUSSELS
DÜSSELDORF
FRANKFURT
HONG KONG
LONDON
MANNHEIM
MENLO PARK
MUNICH
NEW YORK
PARIS
ROME
SAN FRANCISCO
SINGAPORE
TOKYO
TORONTO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER:

(202) 508-8118

WRITER'S EMAIL ADDRESS:
neil.koslowe@shearman.com

January 25, 2004

Anne Sturtz
General Counsel
D.C. Department of Mental Health
64 New York Avenue, N.E.
Washington, D.C. 20002

Dear Ms. Sturtz:

  When we had our telephone conversation on December 14, 2004, I informed you that this firm had agreed to represent the Family Advocacy and Support Association ("FASA") on referral from the D.C. Bar *Pro Bono* Program regarding several issues that have arisen between FASA and the District of Columbia Department of Mental Health ("DMH"). I requested a meeting with you and other DMH officials to discuss these issues, including (i) DMH's failure timely to fund FASA under the D.C. CINGS grant award, (ii) DMH's discussions with the federal Substance Abuse Mental Health Services Administration regarding possible changes in the terms and conditions of the DC CINGS grant award for years three through six that may affect FASA, and (iii) the federal Site Visit report dated November 15, 2004, questioning the reduced rule under the DC CINGS project for FASA. You said you would consult with Martha B. Knisley, the Director of DMH, and others, and get back to me. However, I have not heard from you since that telephone conversation.

  Once again, I request a meeting with you and DMH officials to discuss the issues I described above. Although late last month FASA finally received its FY 2004 sub-grant in the amount of $12,000 from DMH, the sub-grant was three months late, as Ms. Knisely acknowledged in her letter of December 20, 2004, to the D.C. Interim Inspector General. This delay caused a severe and ongoing disruption in FASA's programming. Furthermore, FASA has not yet received its FY 2005 sub-grant in the amount of $50,000. Ms. Knisely expressly referred

*Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.*

in her letter to my contact with you and correctly characterized it as an attempt to address a variety of issues concerning the timely funding of FASA by DMH. I interpret this reference to mean Ms. Knisely is interested in discussing and resolving these issues.

As I mentioned when we spoke, FASA has no desire to commence litigation or to intervene in *Dixon v. Williams*, D.D.C., Civil Action No. 74-0285 (NHJ). Litigation, as you know, is time-consuming, expensive, and divisive, and often generates unwanted publicity. However, this firm is committed to securing for FASA the full funding and the prominent project role contemplated by D.C. CINGS. The firm is also committed to ensuring that DMH has not acted in a manner that has caused FASA to lose other funding it had received in the past from the federal government. If litigation is the only means by which we can achieve these objectives for FASA, we are prepared to take that route.

I look forward to your response by the end of this month. If I do not hear from you by the end of this month, I will assume DMH does not want to meet to discuss the issues I have described in this letter.

                                            Sincerely,

                                            Neil H. Koslowe



"Sturtz, Anne (DMH)"
<anne.sturtz@dc.gov>
03/24/2005 07:45 PM

To: <neil.koslowe@shearman.com>
cc: "Knisley, Marti (DMH)" <marti.knisley@dc.gov>
Subject: Your Letter of January 25, 2005

Dear Mr. Koslowe:

I write to acknowledge receipt of your letter of January 25, 2005, which was received in my office today. The letter is post-marked January 26, 2005 and it appears that it may have been mis-delivered in our building to another floor, since the address on the outside of the envelope does not include the 4th floor.

I apologize for the delay in responding to your letter. I will speak with Ms. Knisley about FASA's request for a meeting and will contact you about DMH's position regarding this matter and the need for a meeting.

Anne M. Sturtz
General Counsel
Department of Mental Health
64 New York Avenue, NE, 4th Floor
Washington, DC 20002
Telephone: 202-673-7505
Facsimile: 202-673-3433
email: anne.sturtz@dc.gov



**Neil H Koslowe**
03/24/2005 10:50 PM

To: "Sturtz, Anne (DMH)" <anne.sturtz@dc.gov>
cc: <neil.koslowe@shearman.com>, "Knisley, Marti (DMH)" <marti.knisley@dc.gov>
Subject: Re: Your Letter of January 25, 2005

    Anne -- I look forward to your response. -- Neil.
-----"Sturtz, Anne (DMH)" <anne.sturtz@dc.gov> wrote: -----

To: <neil.koslowe@shearman.com>
From: "Sturtz, Anne (DMH)" <anne.sturtz@dc.gov>
Date: 03/24/2005 07:45PM
cc: "Knisley, Marti (DMH)" <marti.knisley@dc.gov>
Subject: Your Letter of January 25, 2005

Dear Mr. Koslowe:
I write to acknowledge receipt of your letter of January 25, 2005, which was received in my office today. The letter is post-marked January 26, 2005 and it appears that it may have been mis-delivered in our building to another floor, since the address on the outside of the envelope does not include the 4th floor. I apologize for the delay in responding to your letter. I will speak with Ms. Knisley about FASA's request for a meeting and will contact you about DMH's position regarding this matter and the need for a meeting.
Anne M. Sturtz
General Counsel
Department of Mental Health
64 New York Avenue, NE, 4th Floor
Washington, DC 20002
Telephone: 202-673-7505
Facsimile: 202-673-3433
email: anne.sturtz@dc.gov