

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Substance Abuse and Mental
  Health Services Administration

Center for Mental Health Services
Center for Substance Abuse
  Prevention
Center for Substance Abuse
  Treatment
Rockville MD 20857

November 15, 2004

Martha Knisely
Principle Investigator
D.C. Children Inspired Now Gain Strength
64 New York Ave., N.E.
Washington, DC 20002

Dear Ms. Knisely:

Enclosed is the Center for Mental Health Services, Child, Adolescent and Family Branch report of the federal site visit to the D.C. Children Inspired Now Gain Strength (D.C.C.I.N.G.S.) Cooperative Agreement in October 2004. We trust that it accurately and fairly represents the project.

We want to thank you and all the others from Washington, D.C. who participated as part of the site visit. We recognize the hard work that goes into planning such a meeting. The site team appreciates the openness with which they were met and the cooperation and enthusiasm shown by all of the System of Care partners. The D.C. C.I.N.G.S. System of Care is at an important juncture in its development and is ready to take several critically important steps toward strengthening system of care efforts in Washington, D.C.

This site visit helped provide clarity about the challenges you face in implementing the D.C. C.I.N.G.S. project as well as the tremendous dedication and passion of staff, system partners, families and community advocates. Several participants shared their confusion as to the overall intent of the cooperative agreement. As one participant stated, "Is this to be considered a block grant to the District of Columbia or are we to consider it a specific effort to be evaluated?" This question captures quite well the challenge faced by the D.C. C.I.N.G.S. project to separate out the work that needs to be done per the requirements of this cooperative agreement with the overall system of care effort being conducted in the District of Columbia, as well as the need to respond promptly to congressional initiatives that can come at a moments notice.

**Key strengths**
*Knowledge of the community*
Project staff, families and community partners have a deep understanding of the needs of the Washington, DC community. An important part of this knowledge includes recognition of the complexities of the unique cultures within the neighborhoods served and the importance of ensuring a service delivery approach that honors this cultural diversity and builds trust among providers and families.

*Family and youth involvement*

Key to the success of this effort is the involvement of families and youth from the communities to be served. There is clear recognition that because of the historical lack of trust of service providers among families living in the service delivery area, for any effort to be successful, families must be involved as partners in the development, design, delivery and evaluation of services and supports. The D.C. C.I.N.G.S. project benefits from the active involvement of a variety of family organizations and family members integrally involved with the system of care.

*Strong commitment to support the development of a system of care from leadership*

There is strong support for developing and implementing a comprehensive system of care for children, youth and families from the Mayor's Office. In addition, there have been several recent funding initiatives (juvenile justice, foster care) and service delivery redesign efforts (Multi-Agency Planning Team) that are helping to develop a foundation from which to build a strong system of care.

Even with the identified challenges, it is our strong belief that the D.C. C.I.N.G.S. project can and will flourish by embracing the recommendations in this report. In addition to the terms and conditions set forth by the grants management office, specific timelines for completing tasks associated with recommendations are included.

The existing "Special Terms and Conditions of Award" set forth in the Notice of Grant Award for year three for continued funding are:

1. The grantee must provide quarterly reports on a timely basis per the Guidance for Applicants (GFA). The deadlines for the next four quarterly reports in FY 2004-2005 are as follows:
   a. July 31, 2004 - *completed*
   b. October 30, 2004
   c. January 31, 2005
   d. April 30, 2005

2. The grantee is required to participate in monthly conference calls with technical assistance staff and project officer beginning July 2004 through March 2005, to discuss progress and technical assistance needs.
   *The time frame for this item remains as stated.*

3. The grantee must submit to the Government project officer within 60 days of receiving the award a comprehensive communications plan outlining steps to communicate with partners of D.C. C.I.N.G.S.
   *The time frame for this item has been extended to May 30, 2005.*

2

4. The grantee must submit to the Government project officer within 30 days of receiving the award a report documenting activities with FASA, the family organization included in the D.C. C.I.N.G.S. application, and rationale for next steps in terms of family involvement.
*This item has been completed.*

5. The grantee must submit to the Government project officer within 120 days of receiving the award D.C. C.I.N.G.S. sustainability plan based upon the sustainability planning tool kit developed by CMHS. The plan should include evidence of input from partners, youth, family members, etc.
*The time frame for this item has been extended to May 30, 2005.*

6. The grantee must submit to the Government project officer within 120 days evidence that the Family Lead position has been filled.
*The time frame for this item remains as stated.*

Failure to comply with the above special terms may result in additional actions, up to and including possible suspension of funding.

**Special Terms and Conditions of Award**

| Terms & Conditions | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | 4/05 | 5/05 |
|---|---|---|---|---|---|---|---|
| *Quarterly reports* | | X | | | X | | |
| *TA calls w/ project officers* | X | X | X | X | X | | |
| *Communications plan* | | | | | | | X |
| *Family involvement update* | Complete | | | | | | |
| *Sustainability plan* | | | | | | | X |
| *Lead family position* | | X | | | | | |

**Reapplication**
In addition to the existing terms and conditions, progress made concerning the recommendations in this report is to be included with the reapplication, which is due March 31, 2005, as part of the reapplication for funding for year four. Status of progress made on recommendations in this report will be used to help determine the appropriate level of funding for the reapplication.

**Priority recommendations**
The following recommendations can be found in the body of the report and are listed here to provide a summary of key recommendations.

*Review the Cooperative Agreement – reassess planning strategy*
The D.C. C.I.N.G.S. project is encouraged to review the Cooperative Agreement and use it as a foundation for revising the strategic plan to include short term, achievable tasks that focus on strategies for effectively supporting planning structures and service delivery options for youth and families. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Identify a sub-population within the overall population of youth and families served by D.C. C.I.N.G.S. for intensive application of cooperative agreement proposed strategies*
To date, the D.C. C.I.N.G.S. project has served 620 youth. This is a remarkable achievement. However, the D.C. C.I.N.G.S. project is strongly encouraged to identify a smaller, more manageable sub-set of youth and families to be involved with the wraparound process, coupled with an intensive evaluation, to better assess the effectiveness of system of care development efforts. The concern of the site visit team is that because the project has moved so quickly into implementation, combined with the fact that all youth who enter the mental health system are considered part of the D.C. C.I.N.G.S. project, it is difficult for staff, partners and families to know or appreciate what is different about being in D.C. C.I.N.G.S. from receiving regular mental health services. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Review the Cooperative Agreement to identify potential strategies for creating alternative services to be made available to families receiving services*
The D.C. C.I.N.G.S. project is encouraged to conduct a careful review of the Cooperative Agreement to identify potential strategies for offering alternative services (i.e., respite care, mentoring, recreation services, etc.) to families that are currently unavailable to them. It is worth noting the challenge this cooperative agreement finds itself in. By including all youth (who meet the criteria) and their families, and being a project that is housed within the Department of Mental Health, with the accompanying critical demands placed upon it that go beyond the cooperative agreement, it is apparent that the specific work of the D.C. C.I.N.G.S. project is "getting lost" within the overall system of care effort. It is important to clarify that there are several significant excellent system-wide efforts taking place. However, there also needs to be significant one-on-one, family driven efforts to be implemented and evaluated to assess their effectiveness. It will be important for the D.C. C.I.N.G.S. staff to work closely with providers, community members, families and key community advocacy organizations to identify strategies for realizing the full potential this cooperative agreement provides for developing alternative treatment approaches, education and collaborative opportunities with families and system partners. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

4

*Use of flex funds*
The D.C. C.I.N.G.S. project is encouraged to explore strategies for implementing a flex fund access strategy so that family liaisons can more effectively meet the needs of those currently being served through the project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Move forward with the hiring of the key family lead*
The D.C. C.I.N.G.S. project is encouraged to expedite the identification and hiring of the key family lead position. The family involvement component of the project presents a critical link between the project and the community and is vital to ensuring not only family voice in decision-making areas but also ensuring the development of the independent family voice in the community. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Review the original proposal regarding family involvement activities*
The D.C. C.I.N.G.S. project is encouraged to review the original proposal as part of the overall strategic planning process currently underway to assess their progress in the area of family involvement. It is recognized by the site visit team that the rapid start of the project, coupled with the high volume of families served and the challenges that have emerged with key family organization growth and development issues, have created challenges in addressing the important area of family involvement. The key family organization identified in the original proposal (FASA) currently does not have as prominent a role in the project as originally designed. The D.C.C.I.N.G.S. project has worked hard over the past year to improve communication among the different family organizations involved. The most notable evidence of progress in this area was the cross-family coalition development efforts begun at the Family Involvement Institute held in St. Louis, Missouri in April 2004. The work begun in St. Louis and continued upon return to Washington, DC holds great promise for the D.C.C.I.N.G.S. project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Expand involvement of families, youth and community partners on decision-making committees and governance structures*
The D.C. C.I.N.G.S. Project is encouraged to identify strategies for involving more families, youth and community partners in decision-making forums. The D.C. C.I.N.G.S. Project is encouraged to identify strategies for developing a governance structure (different from management) to oversee system-wide implementation efforts and be involved in budget decision-making. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Site visit in May 2005 to review progress made*
A federal site visit will be scheduled for May 2005 to provide an opportunity for a joint-review of progress made on the recommendations identified in this report.

We look forward to seeing your progress towards fully realizing the goals and vision of your system of care project.

Sincerely,

Gary Blau, Ph.D.
Chief
Child, Adolescent and Family Branch

Lisa Rubenstein
Project Officer
Child, Adolescent and Family Branch

Enclosure

CC:    Nicholas Geleta, Project Director
       Velva Spriggs, Senior Agency Liaison
       Joyce White, Training Coordinator

**COMPREHENSIVE COMMUNITY MENTAL HEALTH SERVICES
FOR CHILDREN AND THEIR FAMILIES PROGRAM
Child, Adolescent and Family Branch
Center for Mental Health Services
Substance Abuse and Mental Health Services Administration
U. S. Departmental of Health and Human Services**

**REPORT OF VISIT TO SYSTEM OF CARE COMMUNITY**

| | |
|---|---|
| Project location: | Washington, DC |
| Project name: | D.C. Children Inspired Now Gain Strength (D.C. C.I.N.G.S.) |
| Date of visit: | October 6 – 8, 2004 |
| Report date: | November 15, 2004 |
| Principal Investigator: | Martha Knisely |
| Project Director: | Nicholas Geleta |

Site visit team:
| | |
|---|---|
| CMHS – Child, Adolescent & Family Branch: | Lisa Rubenstein, Project Officer |
| Site Visit Coordinator: | Scott Bryant-Comstock |
| Peer Mentor: | Kenley Wade |
| Family Consultant: | Veree Jenkins |
| Senior Advisor: | Joyce Burrell |

**Purpose of the Federal Site Visit**
Federal site visits to communities funded through the Comprehensive Community Mental Health Services for Children and Their Families Program are conducted as part of the technical assistance requirements in The Public Health Services Act, Public Law 102-321 as amended, Part E, Title V, Sections 561-565. These site visits typically occur in the second and fourth year of the grant/cooperative agreement and are intended to determine the status of project implementation and to identify areas that would benefit from quality improvement activities. The site visits also provide an opportunity for the community to highlight policies and practices and to demonstrate their work in developing a community-based system of care for children and adolescents with serious emotional disturbance and their families.

**Overview**
The D.C. C.I.N.G.S. project was initiated to reduce the reliance on out-of-home and out-of-state residential treatment for youth with serious emotional disorders living in the District of Columbia through the creation of a "comprehensive array of community-based services and supports that are accessible, available, culturally appropriate and of high quality with families." (D.C. C.I.N.G.S. Site Visit Workbook, 2004).

The concept of systems of care is relatively new, though strongly supported by District government officials. As a historical backdrop it should be noted that there was not a mental health authority until 2001. From 1990 to 2000 the mental health system was in receivership and the courts were routinely denying community services. In the year 2000, pressure mounted and the courts decreed that the city should run mental health services. In 2001, the Mayor's Office spearheaded the Mental Health Establishment Act, which called for a system of care to be developed.

In 2002, the Division of Mental Health received the award of this six-year cooperative agreement. In the first two years of federal funding for this project, the D.C. C.I.N.G.S. staff has had to "hit the ground running" and made the decision to begin implementing services immediately. The staff of D.C. C.I.N.G.S. has worked hard in the past two years to pull partner agencies together, reduce the reliance on residential treatment, and begin the work of building a service array. As of October 2004 fourteen contract providers had been identified to provide services via this cooperative agreement.

**Process used to develop observations**
The site visit team conducted a series of focused discussions with staff and community partners to develop the observations and recommendations detailed in this report. Recommendations were formed after a series of meetings that took place over the course of three days. Each meeting had a specific focus as described below.

- **Service Records** - a meeting was held with staff from one of the Core Service Agencies (CSA's) to better understand how service records were developed;

- **Social Marketing** – the site visit team met with the Social Marketing Coordinator and key project staff and community representatives to discuss social marketing and education efforts to date.

- **Child & Family Services** - a group of providers, family liaisons and other project staff was assembled for a discussion of child and family services.

- **Fiscal** - key project staff and community partners met with the site visit team to review the budget and discuss fiscal issues.

- **Cultural Competence** - a meeting was held with staff, families and community partners to discuss how cultural competence was being addressed by D.C. C.I.N.G.S.

- **System Level Coordination** – representatives from the various partner agencies plus family representatives assembled for a meeting, which afforded the opportunity to hear from different agency and community partners about their role and involvement with the project.

2

- **Evaluation** - a session focusing on evaluation efforts was held with the evaluation contractor, leadership from the Project and community partners.

- **Families** - an evening dinner meeting was held with families receiving services, families not yet receiving services, and family liaisons, to gain an understanding of their experience with the mental health delivery system, the D.C. C.I.N.G.S. project, and to hear their thoughts of what would need to be done to improve services.

**Key strengths**

*Knowledge of the community*

Project staff, families and community partners have a deep understanding of the needs of the Washington, DC community. An important part of this knowledge includes recognition of the complexities of the unique cultures within the neighborhoods served and the importance of ensuring a service delivery approach that honors this cultural diversity and builds trust among providers and families.

*Family and youth involvement*

Key to the success of this effort is the involvement of families and youth from the communities to be served. There is clear recognition that because of the historical lack of trust of service providers among families living in the service delivery area, for any effort to be successful, families must be involved as partners in the development, design, delivery and evaluation of services and supports. The D.C. C.I.N.G.S. project benefits from the active involvement of a variety of family organizations and family members integrally involved with the system of care.

*Strong commitment to support the development of a system of care from leadership*

There is strong support for developing and implementing a comprehensive system of care for children, youth and families from the Mayor's Office. In addition, there have been several recent funding initiatives (juvenile justice, foster care) that are helping to develop a foundation from which to build a strong system of care.

**Priority recommendations**

*Review the Cooperative Agreement – reassess planning strategy*

The D.C. C.I.N.G.S. project is encouraged to review the Cooperative Agreement and use it as a foundation for revising the strategic plan to include short term, achievable tasks that focus on strategies for effectively supporting planning structures and service delivery options for youth and families. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Identify a sub-population within the overall population of youth and families served by D.C. C.I.N.G.S. for intensive application of cooperative agreement proposed strategies*

To date, the D.C. C.I.N.G.S. project has served 620 youth. This is a remarkable achievement. However, the D.C. C.I.N.G.S. project is strongly encouraged to identify a smaller, more manageable sub-set of youth and families to be involved with the

3

wraparound process, coupled with an intensive evaluation, to better assess the effectiveness of system of care development efforts. The concern of the site visit team is that because the project has moved so quickly into implementation, combined with the fact that all youth who enter the mental health system are considered part of the D.C. C.I.N.G.S. project, it is difficult for staff, partners and families to know or appreciate what is different about being in D.C. C.I.N.G.S. from receiving regular mental health services. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Review the Cooperative Agreement to identify potential strategies for creating alternative services to be made available to families receiving services*
The D.C. C.I.N.G.S. project is encouraged to conduct a careful review of the Cooperative Agreement to identify potential strategies for offering alternative services (i.e., respite care, mentoring, recreation services, etc.) to families that are currently unavailable to them. It is worth noting the challenge this cooperative agreement finds itself in. By including all youth (who meet the criteria) and their families, and being a project that is housed within the Department of Mental Health, with the accompanying critical demands placed upon it that go beyond the cooperative agreement, it is apparent that the specific work of the D.C. C.I.N.G.S. project is "getting lost" within the overall system of care effort. It is important to clarify that there are several significant excellent system-wide efforts taking place. However, there also needs to be significant one-on-one, family driven efforts to be implemented and evaluated to assess their effectiveness. It will be important for the D.C. C.I.N.G.S. staff to work closely with providers, community members, families and key community advocacy organizations to identify strategies for realizing the full potential this cooperative agreement provides for developing alternative treatment approaches, education and collaborative opportunities with families and system partners. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Use of flex funds*
The D.C. C.I.N.G.S. project is encouraged to explore strategies for implementing a flex fund access strategy so that family liaisons can more effectively meet the needs of those currently being served through the project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Move forward with the hiring of the key family lead*
The D.C. C.I.N.G.S. project is encouraged to expedite the identification and hiring of the key family lead position. The family involvement component of the project presents a critical link between the project and the community and is vital to ensuring not only family voice in decision-making areas but also ensuring the development of the independent family voice in the community. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

4

*Review the original proposal regarding family involvement activities*
The D.C. C.I.N.G.S. project is encouraged to review the original proposal as part of the overall strategic planning process currently underway to assess their progress in the area of family involvement. It is recognized by the site visit team that the rapid start of the project, coupled with the high volume of families served and the challenges that have emerged with key family organization growth and development issues, have created challenges in addressing the important area of family involvement. The key family organization identified in the original proposal (FASA) currently does not have as prominent a role in the project as originally designed. The D.C.C.I.N.G.S. project has worked hard over the past year to improve communication among the different family organizations involved. The most notable evidence of progress in this area was the cross family coalition development efforts begun at the Family Involvement Institute held in St. Louis, Missouri in April 2004. The work begun in St. Louis and continued upon return to Washington, DC holds great promise for the D.C.C.I.N.G.S. project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Expand involvement of families, youth and community partners on decision-making committees and governance structures*
The D.C. C.I.N.G.S. Project is encouraged to identify strategies for involving more families, youth and community partners in decision-making forums. The D.C. C.I.N.G.S. Project is encouraged to identify strategies for developing a governance structure (different from management) to oversee system-wide implementation efforts and be involved in budget decision-making. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Site visit in May 2005 to review progress made*
A federal site visit will be scheduled for May 2005 to provide an opportunity for a joint-review of progress made on the recommendations identified in this report.

**Revised Special Terms of Award**
The existing "Special Terms and Conditions of Award" for continued funding are:

1. The grantee must provide quarterly reports on a timely basis per the Guidance for Applicants (GFA). The deadlines for the next four quarterly reports in FY 2004-2005 are as follows:
   a. July 31, 2004 - *completed*
   b. October 30, 2004
   c. January 31, 2005
   d. April 30, 2005

2. The grantee is required to participate in monthly conference calls with technical assistance staff and project officer beginning July 2004 through March 2005, to discuss progress and technical assistance needs.
*The time frame for this item remains as stated.*

3. The grantee must submit to the Government project officer within 60 days of receiving the award a comprehensive communications plan outlining steps to communicate with partners of D.C. C.I.N.G.S.
*The time frame for this item has been extended to May 30, 2005.*

4. The grantee must submit to the Government project officer within 30 days of receiving the award a report documenting activities with FASA, the family organization included in the D.C. C.I.N.G.S. application, and rationale for next steps in terms of family involvement.
*This item has been completed.*

5. The grantee must submit to the Government project officer within 120 days of receiving the award D.C. C.I.N.G.S. sustainability plan based upon the sustainability planning tool kit developed by CMHS. The plan should include evidence of input from partners, youth, family members, etc.
*The time frame for this item has been extended to May 30, 2005.*

6. The grantee must submit to the Government project officer within 120 days evidence that the Family Lead position has been filled.
*The time frame for this item remains as stated.*

Failure to comply with the above special terms may result in additional actions, up to and including possible suspension of funding.

**Special Terms and Conditions of Award**

| Terms & Conditions | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | 4/05 | 5/05 |
|---|---|---|---|---|---|---|---|
| Quarterly reports | | X | | | X | | |
| TA calls w/ project officers | X | X | X | X | X | | |
| Communications plan | | | | | | | X |
| Family involvement update | Complete | | | | | | |
| Sustainability plan | | | | | | | X |
| Lead family position | | X | | | | | |

6

**Section I:    Strategic & Sustainability Planning**

In May 2003, a strategic planning event was held to begin focusing attention on the direction of the D.C. C.I.N.G.S. project. Large numbers of community partners attended this event. As well, a large panel of family members presented at this meeting, setting the tone for family involvement. At this meeting, the project began crafting a strategic plan. However, the initiative to continue with planning efforts took a back seat to other pressing requirements of the Department of Mental Health and the sustainability planning efforts were tabled. Recently, there has been a renewed effort to develop a strategic plan. The D.C. C.I.N.G.S. project has enlisted the consultative support of Carlos Rodriguez, American Institutes for Research, to help facilitate the planning process.

Being so closely involved with Congress provides unexpected benefits for the District of Columbia but also logistical challenges. For example, one such benefit and challenge was the recent award of 3.9 million dollars from Congress to the Foster Care Family Association in Washington, DC to develop services, with a six-month implementation timetable. While an important opportunity, it presented a challenge to quickly implement a utilization plan for the dollars awarded in a way that would be consistent with the overall direction of system of care development efforts.

Washington, DC is a community that has had a historical lack of community-based services and an acknowledged lack of trust by the community of most efforts related to the Department of Mental Health. In addition, there has been an increasingly bright spotlight on rapid actions taken to address the lack of services, creating a challenging environment where planning and community development of ideas, through necessity, often come second to immediate action.

Given this dynamic, the D.C. C.I.N.G.S. project finds itself in the midst of the paradox of feeling pressure to respond to the overwhelming need for services in the community while at the same time trying to develop a governance and service delivery strategy that can be evaluated with a high degree of assurance and quality. This challenge is identified throughout this report.

Strengths

*Clear support from the city council and the Mayor's Office*
The D.C. C.I.N.G.S. project benefits from clear and vocal support for the development of a comprehensive system of care for children, youth and families from the D.C. City Council and the Mayor's Office. Tangible examples of this support include the creation of a mental health authority in 2001 via the Mental Health Establishment Act and the creation of several task forces designed to support system of care development efforts (juvenile justice reform task force, workgroup on service delivery).

*Changing perception of mental health in the community*
Staff and community partners expressed a changing perception of the role of the Department of Mental Health in the District of Columbia. According to families and agency partners interviewed during this site visit, there has been a historical lack of trust between the Department of Mental Health and the community. With the advent of the D.C. C.I.N.G.S. project, this perception is beginning to change. A specific example was cited by a representative of the foster care association, who described how D.C. C.I.N.G.S. approached them for help in serving youth in foster care, indicating a renewed commitment on the part of the Department of Mental Health to reach out to the community.

*New funding opportunities*
Both a strength and a challenge is the periodic awarding of funding for specific projects that will benefit system of care development efforts. Most notable are a recent two million dollar grant for the Alternative Pathways Initiative (API), designed to identify diversion strategies for youth involved in the juvenile justice system and a 3.9 million dollar grant to address the needs of abused and neglected children. While the original funding for the Alternative Pathways Initiative is no longer available, there is the potential of 1.2 million dollars in the near future to help implement several components of the API to help with system of care development efforts.

<u>Challenges</u>

*Involvement of a wider array of system partners*
The D.C. C.I.N.G.S. project staff recognizes the challenge of identifying strategies for creating meaningful involvement of a wider array of system partners. Notable agencies identified as important partners needing more involvement include education and juvenile probation. In addition, representatives from the neighborhood coalitions were identified as important partners needing to become more involved.

*Lack of clarity about the planning process*
The D.C. C.I.N.G.S. project staff clearly described how the planning process for this effort has evolved. Instead of a year of planning, they characterized themselves as "up and running" in the first month of funding. Important structures such as the Executive Team were developed as needs arose, resulting in a planning process that lacked clarity for both staff and community partners.

*Concurrent initiatives with short time frames*
While identified as a strength, the receipt of funding for several important, but time sensitive initiatives, has resulted in the D.C. C.I.N.G.S. project needing to focus their attention on many things at once. This has made it difficult to give closer attention to the planning process for the activities identified in the Cooperative Agreement.

Recommendations

*Review the Cooperative Agreement – reassess planning strategy*
The D.C. C.I.N.G.S. project is encouraged to review the Cooperative Agreement and use
it as a foundation for revising the strategic plan to include short term, achievable tasks
that focus on strategies for effectively supporting planning structures and service delivery
options for youth and families. A report of progress in this area is to be submitted to the
Federal Project Officer by March 31, 2005, as part of the reapplication for funding for
year four.

*Clarify the role of agency and community partners*
As the D.C. C.I.N.G.S. project moves forward with its development efforts it will be
important to define and document the roles and responsibilities of key agency, family and
community partners. It is recommended that strategies for increasing family and
community involvement on decision-making committees be specifically addressed. A
report of progress in this area is to be submitted to the Federal Project Officer by March
31, 2005, as part of the reapplication for funding for year four.

**Section II:    Target Population of Children and Adolescents with a Serious
Emotional Disturbance**

Strengths

*Clear understanding of the target population*
The D.C. C.I.N.G.S. project has clearly identified the target population they are hoping to
serve – youth under the age of twenty-two and their families, who require services from
two or more child-serving agencies, and who have been diagnosed under DSM IV with a
serious emotional disturbance. Specific emphasis is on diverting children and youth from
juvenile justice placements.

The project identifies 620 youth having been served through the auspices of D.C.
C.I.N.G.S. since the implementation of the cooperative agreement. Youth and families
who will be part of the national evaluation are expected to begin in November 2004.

Challenges

*Tailoring service options for youth served via the cooperative agreement*
The D.C. C.I.N.G.S. project began enrolling youth almost immediately after receipt of
funding from the cooperative agreement. As the design of what could and should be
offered through the cooperative agreement is still being formulated, it is unclear how
what the currently identified 620 youth and their families are receiving is unique from
what is being offered in the wider system of care.

9

*Identifying special populations within the target population*
On several occasions during the site visit, participants discussed the need to reach out to different groups within the target population, specifically indicating sexual minority youth, as well as youth and families in the growing Hispanic, Asian and Caucasian communities.

Recommendations

*Identify a sub-population within the overall population of youth and families served by D.C. C.I.N.G.S. for intensive application of cooperative agreement proposed strategies*
To date, the D.C. C.I.N.G.S. project has served 620 youth. This is a remarkable achievement. However, the D.C. C.I.N.G.S. project is strongly encouraged to identify a smaller, more manageable sub-set of youth and families to be involved with the wraparound process, coupled with an intensive evaluation, to better assess the effectiveness of system of care development efforts. The concern of the site visit team is that because the project has moved so quickly into implementation, combined with the fact that all youth who enter the mental health system are considered part of the D.C. C.I.N.G.S. project, it is difficult for staff, partners and families to know or appreciate what is different about being in D.C. C.I.N.G.S. from receiving regular mental health services. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Develop strategies for identifying special populations within the target population*
On several occasions during the site visit, participants discussed the need to reach out to different groups within the target population, specifically indicating sexual minority youth, as well as youth and families in the growing Hispanic, Asian and Caucasian communities. The D.C. C.I.N.G.S. project is encouraged to incorporate strategies for reaching these populations in their overall strategic planning process. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section III:    Child, Adolescent & Family Services and Supports**

Strengths

*Mandated services are in place*
There is access to the array of required mandated services at varying levels.

*Consistent uses of individualized plans of care and service plans*
There is a consistent use of individualized plan of care and service plans across provider agencies. In addition, families have choice as to who their core service provider will be.

*Creation of the Multi-Agency Planning Team (MAPT)*
One of the most pivotal developments in the first two years of cooperative agreement funding was the creation of the Multi-Agency Planning Team (MAPT), which is designed to function as a strengths-based, family driven, highly individualized treatment

10

planning process. Previous to 2002, this forum was known as the Residential Review Committee (RRC) with a focus on identifying residential placement options. Making the paradigm shift of moving to a focus on developing a community-based, family-driven action plan represents a significant accomplishment for the overall system of care.

*Family choice*
An excellent component to the overall service delivery design is the ability for families to be able to choose from an array of core service agencies to take primary responsibility for overseeing their plans of care.

*Family liaison component*
As part of the design of D.C. C.I.N.G.S., family liaisons are available to families who are receiving services.

*Emphasis on evidence-based practice*
A strength of the D.C. C.I.N.G.S. project is the emphasis on the national certification of providers offering MST as a treatment option, ensuring fidelity to best practice.

Challenges

*Alternative services*
Mandated services are in place but are limited and difficult to access in non-categorical ways. A recognized challenge is providing alternative therapies and sources of reinforcement to families in a timely manner. With the sheer number of families already identified as being served by the D.C. C.I.N.G.S. project it was difficult to ascertain how families were being effectively served beyond what the core service agency could minimally provide.

*Caseload size of Core Service Agency (CSA) providers*
A recognized challenge for the project is the fact that the caseload size for CSA case managers is already averaging from 20 to 35 – well over the recommended caseload size of 12 to 15 identified in the guidance for applicants.

*Implementation of the plan of care*
Core Service Agencies are responsible for the development and implementation of the plan of care. A challenge identified by the D.C. C.I.N.G.S. project is educating CSA's about the options available to them via the cooperative agreement to help with meeting the needs identified in the plan of care.

*Intensive in-home services currently available only for foster care services*
A key service that the cooperative agreement hopes to implement is in-home services, which is currently only available as part of foster care services.

*Lack of respite care*
Families identified respite care as a critically needed resource that is currently only available in a limited way.

*Family liaison initial involvement with families*
Project staff and families alike identified as a challenge the inability for family liaisons to become involved with families until after the MAPT process had taken place.

*Lack of non-traditional services and supports for families*
The need for recreational, mentoring, support and training resources for families and youth was identified as a critical challenge to effectively serve youth and families involved with the D.C. C.I.N.G.S. project.

*Flexible funding*
Currently, flex fund options only exist for youth enrolled in foster care placements.

**Recommendations**

*Review the Cooperative Agreement to identify potential strategies for creating alternative services to be made available to families receiving services*
The D.C. C.I.N.G.S. project is encouraged to conduct a careful review of the Cooperative Agreement to identify potential strategies for offering alternative services (i.e., respite care, mentoring, recreation services, etc.) to families that are currently unavailable to them. It is worth noting the challenge this cooperative agreement finds itself in. By including all youth (who meet the criteria) and their families, and being a project that is housed within the Department of Mental Health, with the accompanying critical demands placed upon it that go beyond the cooperative agreement, it is apparent that the specific work of the D.C. C.I.N.G.S. project is "getting lost" within the overall system of care effort. It is important to clarify that there are several significant excellent system-wide efforts taking place. However, there also needs to be significant one-on-one, family driven efforts to be implemented and evaluated to assess their effectiveness. It will be important for the D.C. C.I.N.G.S. staff to work closely with providers, community members, families and key community advocacy organizations to identify strategies for realizing the full potential this cooperative agreement provides for developing alternative treatment approaches, education and collaborative opportunities with families and system partners. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Increase Family Liaison initial involvement with families*
The D.C. C.I.N.G.S. project is encouraged to identify strategies for increasing the involvement of family liaisons with a finite number of youth and families involved in the overall D.C. C.I.N.G.S. project to better assess the effectiveness of the family liaison role. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Use of flex funds*

The D.C. C.I.N.G.S. project is encouraged to explore strategies for implementing a flex fund access strategy so that family liaisons can more effectively meet the needs of those currently being served through the project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Develop training on systems of care values, principles and practice for system of care partners*

As part of the overall strategic plan, a specific section should be included that addresses training and education on system of care values, principles and practices for partner agencies. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section IV:    System Level Coordination/Infrastructure and Management Structure**

The D.C. C.I.N.G.S. project is part of an overall system of care implementation effort being carried out by the Department of Mental Health. With acceptance of the award for cooperative agreement funding, the Department of Mental Health immediately began to implement system of care development efforts. This has proven to be both beneficial as well as challenging. There is a sense of urgency in Washington, DC to move forward quickly with providing services to families. There is still intense pressure, particularly with juvenile justice and child welfare, to place children and youth in residential placement. A challenging aspect of moving quickly is that system partners, the Department of Mental Health, and family and community members have not had much time to plan for what a system of care might look like, nor to carefully plan and test out some of the strategies and approaches that are consistent with the guiding principles identified in the original funded application.

D.C. C.I.N.G.S. staff are involved with many initiatives, making it somewhat unclear as to how focused they can be to develop the necessary infrastructure to effectively put in place an individualized service planning process that can be evaluated for replication for wider system of care efforts.

There are several factors that offer a challenge to effective system level collaboration and the establishment of a clear governance structure. The tenure of many of the upper level leadership within the District of Columbia agency structures is relatively short. Thus, the need for continued education and the importance of showing tangible evidence that this approach can work is increasingly critical. This increases the pressure on middle managers within the system of care to carry the work forward. With the myriad of demands on middle management leadership it has been difficult to focus on the specific work of the D.C. C.I.N.G.S. project. Added to the difficulty is the large number of youth and families who have been enrolled in the D.C. C.I.N.G.S. project. With so many families enrolled so quickly; with so many competing demands on Department of Mental

Health staff; it has become increasingly difficult for staff and partners to effectively articulate how D.C. C.I.N.G.S. is different or unique from larger system of care efforts.

Strengths

*Decision-making bodies have been put in place – the project has a vision for how they want to approach governance*
The D.C. C.I.N.G.S. project has three distinct structures in place that are responsible for governance and management functions. There is a Sub-Council that is the major decision-making body for the System of Care. The Executive Committee is composed of 9 to 12 members who are appointed by the Sub-Council. Their purpose is to support the work of the project by formulating recommendations for sub-council consideration based on the work of the third group – the Stakeholder/Partnership group. This group is comprised of representatives from partner agencies, families and community groups.

*Partners are resilient*
Through the midst of change and challenge that has faced the service delivery system in recent years, there is a strong, committed and passionate group of agency partners, family members and community leaders who are dedicated to seeing the D.C. C.I.N.G.S. project become a success.

*Key leadership positions*
The D.C. C.I.N.G.S. project benefits from dedicated leadership of the Principle Investigator, the project director and the deputy director.

Challenges

*Inconsistent sub-council meetings*
Participants in this site visit recognized that there has been a lack of consistency in meetings of the sub-council. However, there has been a recent revitalization of this committee, which bodes well for the success of future development efforts of the D.C. C.I.N.G.S. project.

*Education of agency partners and families about D.C. C.I.N.G.S.*
While several important interagency structures have been put in place with the implementation of the D.C. C.I.N.G.S. cooperative agreement, there is still much education that needs to be done with partner agencies and families in the community about the purpose of the project and the values and principles that drive the development of a comprehensive system of care.

*Clarification for families about how to access services through D.C. C.I.N.G.S.*
Families expressed as a challenge the ability to access services through D.C. C.I.N.G.S. The site visit team consistently heard the question – "How is this different from what we were receiving before?"

14

*Policies and procedures to guide development efforts*
A common challenge in the early phase of cooperative agreement development is the creation of policies and procedures to help guide the planning process as well as the implementation of services. The project recognized this as an important challenge at this current stage of development.

*Lack of staff support for D.C. C.I.N.G.S. infrastructure*
The key leadership staff of the D.C. C.I.N.G.S. project have many external demands placed on their time. It is a challenge to effectively staff the various committees and structures related to the cooperative agreement to ensure timely correspondence and clear and effective communication. A question to be considered is how the D.C. C.I.N.G.S. project will be able to protect the opportunity to provide sufficient staff support, time and focus on developing an infrastructure to be able to test out the effectiveness of the strategies identified in the funded proposal.

*Representation of families, youth and community partners not employed by D.C. C.I.N.G.S. on decision-making committees*
It was unclear to the site visit team the level of family, youth and community involvement (not employed by D.C. C.I.N.G.S.) on the decision-making committees. A challenge identified by community members in attendance during the site visit is the perceived lack of access and communication between the community and the executive committee. There is a general concern that decisions affecting the implementation of the D.C. C.I.N.G.S. project will be made within the Department of Mental Health and may not include sufficient community input.

*Neighborhood collaborative*
The neighborhood collaboratives represent a voice in the community that has not recently been involved in project activities or decision-making. It should be noted that members of one of the neighborhood collaboratives was an active participant during the site visit and requested the opportunity for the collaboratives to be more of a part of the dialogue of how to best gain community input about the direction of the D.C. C.I.N.G.S. project.

*Narrowing the focus of issues addressed by the Executive Committee*
Community members interviewed during the site visit expressed concern that the leadership of the D.C. C.I.N.G.S. project were being flooded with requests to carry out tasks that, while important to Department of Mental Health efforts, were taking them away from focusing on the implementation of the D.C. C.I.N.G.S. cooperative agreement.

*Policies and procedures to guide governance activities*
Staff and community members alike spoke of the need to develop written policies and procedures to help guided project implementation efforts.

*Need for clarity of the intent of this cooperative agreement*
Several participants shared their confusion as to the overall intent of the cooperative agreement. As one participant stated, "Is this to be considered a block grant to the District of Columbia or are we to consider it a specific effort to be evaluated?" This question captures quite well the challenge faced by the D.C. C.I.N.G.S. project to separate out the work that needs to be done per the requirements of this cooperative agreement with the overall system of care effort being conducted in the District of Columbia, as well as the need to respond promptly to congressional initiatives that can come to them at a moments notice. Participants in the site visit were candid with their awareness that the decision to fast track services into the MAPT process distracted them form a more holistic planning process where important considerations such as how to create immediate access to flex funds could be addressed and resolved.

## Recommendations

*Expand involvement of families, youth and community partners on decision-making committees and governance structures*
The D.C. C.I.N.G.S. Project is encouraged to identify strategies for involving more families, youth and community partners in decision-making forums. The D.C. C.I.N.G.S. Project is encouraged to identify strategies for developing a governance structure (different from management) to oversee system-wide implementation efforts and be involved in budget decision-making. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Education of agency partners and families about D.C. C.I.N.G.S.*
The D.C. C.I.N.G.S. project is encouraged to develop specific strategies, with timelines, for educating system partners and families about the purpose of the project and the values and principles that drive the development of a comprehensive system of care. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Policies and procedures to guide development efforts*
The D.C. C.I.N.G.S. project is encouraged to immediately begin documenting procedures and practices that define what is unique about the D.C. C.I.N.G.S. project. Areas to be addressed include the planning process, governance and the implementation of services. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Provide adequate support for planning structures, services and supports*
The D.C. C.I.N.G.S. project is encouraged to review funding strategies for adequately supporting the staffing of planning committees to ensure clear and timely communication of committee activities, as well as the necessary staff support to produce requested products and materials. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section V:     Fiscal Management**

<u>Strengths</u>

*Significant investment by the Department of Mental Health*
The D.C. C.I.N.G.S. project benefits from the strong commitment of matching funds
from the Department of Mental Health.

*Identification of gaps in funding*
The D.C. C.I.N.G.S. project has identified gaps in current funding for services and is
currently exploring strategies for filling those gaps. Two strategies of note include
rewriting service definitions for services funded under Medicaid and exploring
reinvestment strategies for those agencies that have traditionally served youth in out-of-
home placement.

<u>Challenges</u>

*Identification of gaps in funding*
Identified as a strength, the strategy of facilitating the rewriting of service definitions for
services funded under Medicaid is also a challenge. It is anticipated that the timeframe
for completing such an effort will be several months at least. The challenge is to ensure
that additional funding options are explored for meeting the needs of families currently
being provided services through the D.C. C.I.N.G.S. project.

*Use of flex funds*
Strategies for accessing flexible funding have not fully been explored. This is an area that
holds much promise in being able to effectively meet the needs of families being served
by the project.

*Contribution of match from partner agencies*
While the contribution of match from the Department of Mental Health is a significant
strength, the project recognizes the challenge of reaching out to other partners to identify
match opportunities as a strategy for building shared funding relationships that will
hopefully continue after federal funding ends.

*Reinvestment strategy to build a flex fund pool*
While it is a significant strength that the Department of Mental Health is spearheading an
effort to get partner agencies to enter into a reinvestment strategy to build a system-wide
flex fund pool, realistically, it will be at least two years before such a strategy sees full
implementation. A significant challenge for the D.C. C.I.N.G.S. project is to implement a
flex fund process immediately for, at a minimum, a subset of the entire number of youth
and families who are counted as being a part of receiving cooperative agreement funded
services.

*Need for clarity about a budget for the development of independent family support and education opportunities.*
A natural "next step" challenge for the D.C. C.I.N.G.S. project is to begin to turn its attention to identifying strategies for promoting independent family support and education opportunities. With the excitement and interest of the emerging coalition of family organizations, the leadership of the D.C. C.I.N.G.S. project is poised to begin thinking about finding strategies to fund to help support growth and development in this area.

<u>Recommendations</u>

*Use of flex funds*
The D.C. C.I.N.G.S. project is to implement a flex fund access strategy so that family liaisons can more effectively meet the needs of those currently being served through the project. The project is encouraged to utilize funds from the cooperative agreement to provide flex funds for families. As an interim measure, a report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Contribution of match from partner agencies*
The D.C. C.I.N.G.S. project is encouraged to incorporate the discussion of how to involve system partners in a more specific discussion about match opportunities that would help strengthen partnership efforts. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Need for clarity about a budget for the development of independent family support and education opportunities.*
The D.C. C.I.N.G.S. project is encouraged to develop an action plan for promoting independent family support and education opportunities. Such a plan needs to be a component of the overall strategic plan. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Continue to cultivate lines of communication between partner agencies*
The D.C. C.I.N.G.S. staff is encouraged to continue efforts to cultivate lines of communication between partner agencies. Particular attention should be paid to ensuring that those with fiscal responsibilities have a clear understanding of programming efforts in order to facilitate a more effective dialogue about funding strategies, both during the six years of federal funding and beyond. A key component to improving communication is training and education about the purpose of the cooperative agreement and the overall objectives of the system of care. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Governance committee review of overall budget*
Once a governance team structure is solidified, the D.C. C.I.N.G.S. leadership is encouraged to include budget issues as part of the purview of this committee. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section VI:    Cultural & Linguistic Competence**

Strengths

*Cultural competence training*
The D.C. C.I.N.G.S. project benefits from a comprehensive cultural competence training provided by the Department of Mental Health. Two years ago the Director of Mental Health appointed twenty members from the community to develop a cultural competence plan. From that plan a cultural competence training was developed. The materials are excellent and staff give the training high marks. While this is a self-contained training program, the staff of D.C. C.I.N.G.S. weave elements of it into most of the trainings they provide to families and other system partners. A notable example is a recent training done with police officers to help them better understand the challenges of youth with serious emotional disorders.

*Recognition of the diversity in Washington, DC*
The site visit team was impressed with the level of understanding of the cultural diversity within Washington, DC by project staff, community partners and family members interviewed. There is a clearly stated pride and honoring of the many different cultures in each section of the district. With this recognition also comes the awareness that more needs to be done in the area of understanding culture as it relates to youth and families receiving services in the human services delivery system.

*Language access*
The Department of Mental Health ensures that translation is provided in multiple languages as well as for the hearing impaired, an area often overlooked.

Challenges

*Reaching out to immigrant populations*
The D.C. C.I.N.G.S. project recognizes that, while the majority population being served is African-American, there is a growing immigrant population that they have not effectively been able to reach.

*Identifying more male African-American staff*
The D.C. C.I.N.G.S. project identifies the need for more African-American males to provide services to the predominantly African-American males who are served by the D.C. C.I.N.G.S. project.

*Cultural disconnect between staff and clients*
An important dynamic recognized by many who were interviewed during the site visit was the ongoing need to educate providers about the culture of those they were serving. Staff identified the dynamic as a "cultural disconnect" between providers and the clients they were serving. An important part of the D.C. C.I.N.G.S. project, according to many, was to help providers bridge this cultural disconnect and become more respectful and understanding of the needs of youth and families living in the communities being served. Families were clear that the history of service provision in the community in which they live has resulted in a lack of trust of service providers. This historic lack of trust made it even more important that providers understand this and respect this history in order to begin to build bridges with the community.

*Interagency cultural competence training*
Staff of the D.C. C.I.N.G.S. project identified the challenge of developing interagency training on cultural competence. It was unclear to the site visit team which staff from other agencies are required to attend cultural competence training.

Recommendations

*Continue comprehensive approach to cultural competence*
The D.C. C.I.N.G.S. project is encouraged to continue the excellent comprehensive approach to ensuring that cultural competence is part of the fabric of the D.C. C.I.N.G.S. project. It is recommended that the D.C. C.I.N.G.S. project identify further training opportunities for other system of care partners and community members to reduce the "cultural disconnect." A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section VII:   Family & Youth Partnerships**

Strengths

*Several active family organizations*
A strength for the D.C. C.I.N.G.S. project is the active involvement of several family organizations. Each of the family organizations involved have slightly different focus areas, offering the opportunity for a rich mixture of family voice. Of particular historical note is the important groundwork laid by the Family Advocacy and Support Association (FASA), the primary family advocacy group in the District of Columbia over the past ten years for youth with serious emotional disturbances and their families. FASA, which was the key family organization identified in the original proposal, currently does not have as prominent a role in the project as originally designed. The D.C.C.I.N.G.S. project has worked hard over the past year to improve communication among the different family organizations involved. The most notable evidence of progress in this area was the cross family coalition development efforts begun at the Family Involvement Institute held in St. Louis, Missouri in April 2004. Representatives from the different organizations share a commitment to educate system partners and other family members about strategies for strengthening the system of care.

20

*Family involvement in project activities*
The D.C. C.I.N.G.S. project is fortunate to have a significant amount of family involvement, both as staff and as family partners eager to be involved in project efforts. Families are actively involved on project committees such as evaluation, social marketing, cultural competence, and the MAPT process.

*Family Liaisons*
The Family Liaisons were identified as a significant strength of the project. They represent a key link to families involved with the D.C. C.I.N.G.S. project.

*Families clear about needs and expectations*
Families interviewed during this site visit were very clear about their needs and the kind of services they felt they would most benefit from. Mentor programs, after school programs, respite and neighborhood-based services were but a few of the many services and supports discussed. One need identified most prominently was the need for a family support group to provide families the opportunity to share their stories with each other, provide and receive support, and educate and strategize about how to better educate the providers who serve them.

*Review the original proposal regarding family involvement activities*
The D.C. C.I.N.G.S. project is encouraged to review the original funded proposal as part of the overall strategic planning process currently underway to assess their progress in the area of family involvement. It is recognized by the site visit team that the rapid start of the project, coupled with the high volume of families served and the challenges that have emerged with key family organization growth and development issues, have made it difficult to approach the important area of family involvement. The key family organization identified in the original proposal (FASA) currently does not have as prominent a role in the project as originally designed. The D.C.C.I.N.G.S. project has worked hard over the past year to improve communication among the different family organizations involved. The most notable evidence of progress in this area was the cross family coalition development efforts begun at the Family Involvement Institute held in St. Louis, Missouri in April 2004. The work begun in St. Louis and continued upon return to Washington, DC holds great promise for the D.C.C.I.N.G.S. project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Youth involvement*
The youth involvement component of the D.C. C.I.N.G.S. project is a growing strength. The youth leader shows tremendous leadership and has organized retreats, team building activities and public speaking forums. There have been training sessions with the police department to provide an orientation of the youth perspective. This particular effort won the national system of care Excellence in Community Communications and Outreach Recognition Program (ECCO) Award at the January 2004 national meeting in San Antonio, Texas. The youth oriented development activities represent a good example of how to take the time necessary to focus development efforts that will be able to be evaluated and replicated.

21

<u>Challenges</u>

*Family organizations working together*
The D.C. C.I.N.G.S. project staff recognizes that the variety of family organizations involved represents a strength in terms of diversity. The challenge before them is to help the different family organizations find a way to work strategically and effectively as partners in strengthening the family voice in the D.C. C.I.N.G.S. project.

*Independent family voice*
While the D.C. C.I.N.G.S. project staff benefits greatly from the staff who are also family members, there is recognition that in the long term, identifying an independent family voice who can be a liaison to project activities, yet speak candidly about the needs of families, will be important.

*Developing the maturity of family organizations*
The staff at the D.C. C.I.N.G.S. project recognize the need to provide education and support to the family organizations on how to build their organizations. The hope is that as organizations mature in their own development, they will be able to take on more significant roles in system of care efforts.

*Family contact*
The D.C. C.I.N.G.S. project staff recognizes the importance of identifying and hiring a key family contact as soon as possible to better facilitate communication between families receiving services, community groups and project staff.

*Family liaison initial involvement with families*
Project staff and families alike identified as a challenge the inability for family liaisons to become involved with families until after the MAPT process had taken place.

*Knowledge of the D.C. C.I.N.G.S. project*
In discussion with families and other community partners, the challenge of disseminating information about the D.C. C.I.N.G.S. project was cited as a critical issue. Several families requested a manual or guide to help navigate through the system of care.

*Access to a wide array of services*
A challenge identified by families is the lack of access to a wide array of services. Of particular note was the request for access to more non-traditional services such as mentoring, family-to-family respite care, support networks, and neighborhood activities for youth.

*Lack of follow-up for youth returning to the community*
Families interviewed during the site visit identified as a challenge the lack of follow-up from core service agencies after their children return from out-of-home placement.

*Family liaisons*
While identified as a strength for the project, the challenge for the family liaison role is to ensure that sufficient support and training is provided to help them do their job effectively. Specific training needs were identified in the areas of understanding the IEP process, IDEA, and the wraparound process.

*Youth leadership and communication*
In discussion with the site visit team, youth representatives spoke of the need for more leadership and communication skills training. Youth interviewed stated that while excited that the D.C. C.I.N.G.S. project was indicating that they wanted more involvement from youth, in order to make that happen the project would need to follow through with commitments to provide education, training and support.

Recommendations

*Move forward with the hiring of the key family lead*
The D.C. C.I.N.G.S. project is encouraged to expedite the identification and hiring of the key family lead position. The family involvement component of the project presents a critical link between the project and the community and is vital to ensuring not only family voice in decision-making areas but also ensuring the development of the independent family voice in the community. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Review the original proposal regarding family involvement activities*
The D.C. C.I.N.G.S. project is encouraged to review the original funded proposal as part of the overall strategic planning process currently underway to assess their progress in the area of family involvement. The most notable evidence of progress in this area was the cross-family coalition development efforts begun at the Family Involvement Institute held in St. Louis, Missouri in April 2004. The work begun in St. Louis and continued upon return to Washington, DC holds great promise for the D.C.C.I.N.G.S. project. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Develop neighborhood-based support groups*
Families interviewed during the site visit were vocal about the need for opportunities for family-to-family gatherings for support and education. The D.C. C.I.N.G.S. project is encouraged to expand the offerings of support groups in the community. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

*Continue to support the Youth Advisory Council*
The youth involvement component is a stellar example of the effective integration of youth voice into cooperative agreement programming efforts. The D.C. C.I.N.G.S. project is encouraged to continue the excellent work to date regarding youth involvement and continue to find ways to place the youth voice front and center in policy and

23

programming discussions as well as social marketing efforts. Of particular note is the expressed commitment by the project to ensure that youth development efforts are firmly rooted in the community. The work being done with Slamthology, an organization that works with youth and adults using poetry to break down barriers of communication, the innovative training opportunities with law enforcement, strategic alliances with the Mayor's Youth Advisory Council, and the continued focus on developing leadership are worthy of replication in other sites. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section VIII: Public Education & Social Marketing Campaign**

Strengths

*Communications plan*
The D.C. C.I.N.G.S. project has developed a communications plan that fits within the overall strategic plan. Families and youth are well represented as part of the decision-making team that developed the plan. The core message of "Bring our children home for healing," is prominent throughout all social marketing materials and activities.

Challenges

*Involving different communities in the development of materials*
The D.C. C.I.N.G.S. project recognizes the challenge of involving different communities within the Washington, DC area as part of developing social marketing materials. To date, involvement in development activities has been primarily with staff, a few key partners and select families receiving services. As the project matures, the project staff recognizes the need to involve more families in the service delivery area and more community groups who may have a direct interest in the well being of youth with serious emotional disturbances and their families. Specific examples of groups needing to be more involved include: the neighborhood collaboratives, schools, and juvenile justice.

*Overcoming the perception that D.C. C.I.N.G.S. is a mental health project*
A critical challenge to the D.C. C.I.N.G.S. project is overcoming the perception that this is a "mental health" project. Recognized challenges in this regard include the many demands being placed on project staff to carry out mental health center related activities in addition to project specific activities, the general historical perception of mistrust of mental health efforts and lack of involvement with neighborhood-based groups and advocacy organizations. All of these factors often result in a "flooding" effect, where staff must constantly prioritize which meeting should take precedence on a particular day.

Recommendations

*Expand social marketing outreach efforts*
The D.C. C.I.N.G.S. Project has done an excellent job with the Youth Advisory Council
in identifying creative ways to get the message out (CD's, poetry slams, etc.). The D.C.
C.I.N.G.S. Project is encouraged to apply a similar "thinking outside the box" approach
in developing strategies for reaching families and key community partners. A strength is
that the D.C. C.I.N.G.S. Project leadership recognizes the need to identify additional
modalities for getting the message out to youth, families and community stakeholders. As
one staff member noted, "We need to live the message. If we are going to talk about
being integrated in the community and be family-driven, then we need to do a better job
of reaching out to families and community partners and really listen to them." As part of
the overall strategic plan, which should include social marketing approaches, a realistic
assessment of staff resources needed to effectively carry out implementation efforts needs
to be addressed. A report of progress in this area is to be submitted to the Federal Project
Officer by March 31, 2005, as part of the reapplication for funding for year four.

**Section IX:    Evaluation**

Strengths

*Evaluation team composition*
The D.C. C.I.N.G.S. project benefits from a strong evaluation team, comprised of a
distinguished group of evaluators from Howard University, who possess both a solid
understanding of the values and principles of systems of care and a comprehensive
understanding of the communities served by the D.C. C.I.N.G.S. project. In addition to
the lead evaluators that come from the local community, the evaluation team is also
comprised of two Hispanic research assistants. Plans are underway to hire a half-time
family evaluator position.

*Local evaluation to be based on family voice*
The local evaluation is being designed with the input of families as a foundation. The
evaluation team is making sure that relationships with family members in the community
are sufficiently developed before beginning the interview process to collect data. This has
involved such strategies as meeting with local family groups to help provide education
about the value of data collection, utilizing youth to help engage other youth with
evaluation activities, and participating in a recent family retreat – all examples of going
beyond traditional roles of an evaluation team and recognizing that in order to fully
respect the culture of the community, these are activities that build trust.

25

*Evaluation team involvement with other project efforts*
The evaluation team has seamlessly involved itself with a variety of project initiatives, including social marketing, cultural competence, family involvement and the development of the MAPT process.

<u>Challenges</u>

*Building relationships with the community*
Given the historical fractious relationship between the Department of Mental Health and the community, the evaluation team recognizes that building trust relationships with community members will be challenging. Complicating the need to involve the community in evaluation efforts is the fact that the perception of many in the community is that they have been "studied and evaluated to death."

*Family involvement in evaluation efforts*
Participants at several of the site visit sessions spoke eloquently that for any effort taking place in the target community – families from that community must drive what gets delivered. That means that families must be a part of the design and delivery of any service or evaluation effort. As the evaluation component gets underway, it will be important that the role of families be increased.

<u>Recommendations</u>

*Make families and youth key members of the evaluation team as trainers, data collectors, interpreters and disseminators*
It will be important for the D.C. C.I.N.G.S. project to ensure that families are key members of the evaluation team as trainers, data collectors, and disseminators of evaluation information to the community and key constituencies. Throughout the site visit it was made clear that for any effort to be successful in the target community, families from that community would need to take the lead in initiating involvement efforts. This "guiding principle" will be critical for the success of the evaluation effort. The D.C. C.I.N.G.S. project is encouraged to revisit the plan for involving families in evaluation efforts and explore strategies for providing stipends or other means of support to encourage family member participation in evaluation activities. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

26

**Section X:    Service Records**

Integrated service records are kept at the Core Service Agency where the youth receives mental health services. All referring District child-serving agencies maintain records on the youth.

<u>Strengths</u>

*MAPT action plan*
All of the records reviewed included a MAPT action plan.

*Organization of files*
The organization of information in the files was excellent. Information was easy to find and is kept uniformly across Core Service Agencies.

<u>Challenges</u>

*D.C. C.I.N.G.S. activities reflected in the service records*
At the point in time of this site visit there was not much evidence in the service records of alternative treatment strategies, flexible funding options or other project specific efforts that are in the early stages of development. It is expected that as the D.C. C.I.N.G.S. project matures, system of care values and principles will be reflected in the service records.

*Caseload size of Core Service Agency providers*
A recognized challenge for the project is the fact that the caseload size for CSA case managers is already averaging from 20 to 35 – well over the recommended caseload size of 12 to 15 identified in the guidance for applicants.

<u>Recommendations</u>

*Build awareness of D.C. C.I.N.G.S.*
The organization of the service records reviewed during this site visit was excellent. The D.C. C.I.N.G.S. project is encouraged to continue identifying education opportunities for Core Service Agencies to help build awareness of strengths-based service planning and the use of alternative service strategies and supports, which ultimately could be better reflected in the service records. A report of progress in this area is to be submitted to the Federal Project Officer by March 31, 2005, as part of the reapplication for funding for year four.

27

Appendix A:
Summary of Recommended Actions to be Taken

**Action Plan Chart**

| Report Section | Person Responsible | Target Completion Date | What has been done |
|---|---|---|---|
| **Report Section I** | | | |
| A.   Review Cooperative Agreement – Reassess planning strategy | | 3/31/05 | |
| B.   Clarify role of agency and community partners | | 3/31/05 | |
| **Report Section II** | | | |
| A.   Identify sub-population | | 3/31/05 | |
| B.   Focus on special populations | | 3/31/05 | |
| **Report Section III** | | | |
| A.   Identify alternative services | | 3/31/05 | |
| B.   Increase family liaison involvement with families | | 3/31/05 | |
| C.   Develop flexible funding options | | 3/31/05 | |
| D.   Develop training on system of care for agency partners | | 3/31/05 | |
| **Report Section IV** | | | |
| A.   Increase family and community involvement in decision-making | | 3/31/05 | |
| B.   Increase education for system partners | | 3/31/05 | |
| C.   Develop policies and procedures for D.C. C.I.N.G.S. implementation efforts | | 3/31/05 | |
| D.   Provide adequate support for planning structures, etc. | | 3/31/05 | |
| **Report Section V** | | | |
| A.   Use of flex funds | | 3/31/05 | |
| B.   Match contributions | | 3/31/05 | |
| C.   Budget for the support of independent family support | | 3/31/05 | |
| D.   Increase communication between partner agencies | | 3/31/05 | |
| E.   Governance committee review of budget | | 3/31/05 | |
| **Report Section VI** | | | |
| A.   Comprehensive approach to cultural competence | | 3/31/05 | |
| **Report Section VII** | | | |
| A.   Hire key family lead | | 12/31/04 | |
| B.   Family involvement activities | | 3/31/05 | |
| C.   Develop neighborhood-based support groups | | 3/31/05 | |
| D.   Continue to support the Youth Advisory Council | | 3/31/05 | |
| **Report Section VIII** | | | |
| A.   Expand social marketing outreach efforts | | 3/31/05 | |
| **Report Section IX** | | | |
| B.   Make families and youth key members of the evaluation team | | 3/31/05 | |
| **Report Section X** | | | |
| A.   Build awareness of D.C. C.I.N.G.S. with CSA's | | 3/31/05 | |