### GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF MENTAL HEALTH



**OFFICE OF THE DIRECTOR**

April 28, 2005

Lisa Rubenstein, Project Officer
Substance Abuse and Mental Health Services Administration
One Choke Cherry Road, Room 6-1054
Rockville, Maryland 20857

RE: Grant No. 6 U79 SM54498-04-1

Dear Ms. Rubenstein:

We are pleased to submit the attached continuation application for Year 4 of the District of Columbia Children Inspired Now Gain Strength (CINGS) cooperative agreement for the comprehensive community mental health services for children and their families program for the period September 30, 2005 through September 29, 2006.

I think you will see that we have demonstrated our commitment to achieving the goals envisioned in the initial application and aligned project resources to assure that occurs. Most importantly, you will see that we are committed to assuring full family and youth participation throughout the governance, operating and programmatic structures.

Please call me (202-673-2200) or Shauna Spencer (202-673-4443) if you have questions or need additional information in your consideration of this application. We look forward to discussing this with you personally at our meeting in your office on May 4, 2005.

Yours truly,

Martha B. Knisley
Principal Investigator

Enclosure

Cc:    The Honorable Anthony A. Williams
        The Honorable Neil Albert
        Phyllis P. Morgan
        Jane Brown, Esq.
        Clifford B. Janey
        Brenda Donald Walker
        Yvonne D. Gilchrist
        Gregg A. Pane, M.D.
        The Honorable Lee F. Satterfield
        Vincent N. Schiraldi
        D.C. Mental Health Planning Council

**DC CINGS**

**District of Columbia**
**Children Inspired Now Gain Strength**

**Continuation Application for Year 4**
**Cooperative Agreement for the Comprehensive Community Mental Health Services for**
**Children and their Families**

**April 28, 2005**

## I.    Background and Introduction

The D.C. CINGS Project—the District of Columbia's System of Care (SOC) grant—crosses its halfway mark with the commencement of its fourth year of the six-year grant cycle. Over the first half of the grant, much has changed in the local environment to strengthen the system of care for children and youth. Three years ago, the Department of Mental Health (DMH), newly emerged from Receivership, funded the Mental Health Rehabilitation Services (MHRS) delivery system for children and youth at $790 thousand dollars; today, the system is funded at $14.5 million, representing more than an 18 fold increase in funding. Appropriations for the 2006 fiscal year budget will increase that level by $2.5 million, providing specific support for services for children and youth in the foster care system and the juvenile justice system. With the support of an appropriation from the U.S. Senate, the Child and Family Services Agency (CFSA) and the Department of Mental Health were able to fund three evidence-based services for foster children—Multi-systemic Therapy (MST), Intensive Home and Community-based Services and Mobile Crisis and Stabilization services—and support more timely court-ordered evaluations through the DMH Assessment Center. Early in the 2006 fiscal year, DMH intends to work with the Medical Assistance Administration to submit a State Plan Amendment to the Center for Mental Health Services (CMS) to include MST, Intensive Home and Therapeutic Home in the MHRS scope of services.

On January 24, 2005, DMH and the Department of Youth Rehabilitation Services (DYRS) opened the Front End Assessment Team (FEAT) at DYRS's new Youth Services Center. Since its inception, the team has performed over 400 assessments for youth seized by the D.C. Metropolitan Police Department and assisted with diversions and identifying youth with mental health needs, such as suicidal ideation, substance abuse and depression, which would require immediate treatment and management during their detention.

Simultaneously with this service, CINGS staff began performing Child and Adolescent Level of Care Utilization System (CALOCUS) screens at Oak Hill, the District's youth detention and commitment facility, to identify children with mental health problems who could be stepped-down from Oak Hill into a therapeutic treatment program. CINGS staff has assessed more than 75 youth; more than 50% of those screened have or are being placed into community-based therapeutic alternatives. Twenty-five children have already been enrolled into DMH's Core Services Agencies (CSA) and four have been placed in therapeutic foster homes.

The District's FY 2006 budget, not yet passed, contains authorizing language for DMH, DYRS and CFSA to enter into an agreement to pool funds to assist in diverting youth from out-of-state Residential Treatment Centers by creating community alternatives with pooled savings from the diversion process.

Each of these initiatives portends important opportunities for the SOC to imbed its values and principles across at least three systems—DMH, DYRS and CFSA—and to replicate lessons learned about interagency collaboration through the Multi Agency Planning Team (MAPT) process. This summer, as the project articulates objective, operational criteria for inclusion in the SOC and establishes objective, measurable indicators for quality improvement and evaluation

activities, the foundation will be laid for process and outcome assessment that will enable stakeholders to verify the efficacy of the SOC in meetings its goals.

Finally, a recent five-year report of the DMH School Mental Health Program (SMHP) reveals that across the 29 public and public charter schools where the program operates there has been a statistically valid decrease in suspensions, improvement in school climate and reduction in referrals to special education. Qualitative and quantitative data compellingly reflect the positive impacts of the SMHP on the interconnected relationships of students, parents and school personnel. This is significant to the SOC as the SMHP is an important portal from the community to the SOC and the SOC into the community. As the SOC moves in the coming year to build and sustain programs and resources in the community, the positive value of the SMHP on key family and youth relationships coupled with the good will it has earned in the community will serve as an effective bridge for the SOC.

## II.     Response to the Site Visit Report and Highlights of Program Planning

The following report addresses issues raised in the site review report and outlines processes and strategies to assure the project is organized to achieve the vision and goals of the original application. The report on project activities for the six-month period beginning October 1, 2004 and ending March 30, 2005 is provided as Attachment A.

In preparation for the continuation application for Year 4 of the DC CINGS System of Care grant, two stakeholder activities were held to share information about the effort and to assure that stakeholder interests and concerns informed the process. A stakeholders' list (see Attachment B.) was developed to serve as a roster for invitations to the focus groups, held Thursday, April 7 through Tuesday, April 12 and the retreat, held April 15, 2005.

The process of identifying stakeholders' contact information was revealing in that it was the first time stakeholders' names and contact information were assembled in an organized fashion. The discovery shed light on a number of issues that could readily improve the project's operations and its communications with stakeholders. A listserv was created as a vehicle for rapid communications with stakeholders; staff accountability for maintenance of the list has been established.

A series of focus groups were held with six groups of stakeholders:
- family members/family and community advocates;
- agency MAPT liaisons;
- youth; non-DMH agency policy staff;
- providers; and
- CINGS project staff.

The focus groups were organized using the SWOT (strengths, weaknesses, opportunity and threats) format to allow participants to give constructive feedback about their perceptions of internal strengths and weaknesses, as well as the external opportunities and challenges for the CINGS initiative. A total of 50 people participated across the groups. Their responses

3

demonstrated a common commitment to and passion for fully developing a seamless system of care and there was striking consistency in opinions voiced by stakeholders across the groups.

As strengths and achievements of the SOC, participants cited the:

- process of bringing together agency personnel, which has helped to build more effective relationships;
- development of the MAPT process and keeping parents involved in decisions throughout the process;
- extensive training that has been provided to all;
- creation of the Access Help Line as a one-stop source of information and service referrals;
- ability and enthusiasm of SOC partners;
- Youth Anticipating Change group; and
- opportunities to participate in national conferences.

Common challenges cited included the lack of an active effective governance structure, which has resulted in decisions not being made; insufficient accountability to stakeholders; that DMH seems to act in isolation; problems with providers and service delivery not matching up to SOC standards and goals; insufficient services; ambiguity and confusion about the role of the Access Help Line; the lack of a strategic planning process; no real follow-up after MAPT meetings; that families and the community are not getting enough or good information; and the lack of flexible funding or flexibility on services.

Common priorities were to implement a governance structure; create a real strategic plan; create pooled funding and flexible access to all services; ensure real dialogue and information sharing; educate all community members; implement follow-up and quality assurance; improve documentation; ensure that real services are available; revisit the framework and practice model; and define the target population.

These common issues were used to inform the planning retreat as well as the development of this continuation application.

The retreat offered an opportunity for two-way communication between a cross-section of project stakeholders. Staff updated stakeholders on the status of key objectives and the operational arm of the project, including family liaison and support, social marketing and communications, information system/technology, evaluation, youth involvement, MAPT and the training program. The Project's Principal Investigator and D.C. Department of Mental Health Director, Marti Knisley, spoke to the group about the vision of the stakeholders who collaborated to develop the cooperative application. Stakeholders expressed their hopes and concerns about what the project needed to accomplish and Marilyn Alexander (Supervisor with D.C. Superior Court) spoke passionately about the committed individuals who joined together to move the grant to its midway point and how continued collaboration was required to keep the initiative on track going forward. In the afternoon, stakeholder work groups were organized around four key themes:

4

- Create a comprehensive array of community-based services that are accessible, available and culturally appropriate and which offer opportunities for earlier identification and intervention of youth at-risk of out-of-home placements;
- Ensure that families are involved in system of care development at all levels;
- Implement evidence-based practice models, care coordination, and individualized service planning embedded in strengths-based foci that build resiliency and take into account the cultural strengths of the District's youth and families;
- Enhance interagency collaboration and shared decision-making processes to bridge gaps, decrease duplication, and improve outcomes for children and youth with SED and their families;
- Maximize the use and blending of Medicaid and other federal funding programs, District funding, and private sector funding to meet the multiple needs of youth with SED and their families, as well as develop strategies to re-invent funds from out-of-home and out-of state placements to address long-term sustainability of the system of care; and
- Develop and enhance management information systems (MIS) and evaluation activities to track outcomes and share data across agencies and programs.

## III.    Governance and Accountability Structure

The CINGS stakeholders have not yet resolved the issue of governance and have requested technical assistance in this area. However, based on the issues raised in the focus groups and subsequent discussion at the planning retreat, the following offers a preliminary framework for moving toward a formalized governance structure:

Governance Council

The senior level policy and finance body will be called the Governance Council. (This replaces the Sub-Council and is renamed to eliminate any confusion about what did or did not previously exist and what will exist going forward.) The Council will be composed of families and youth (51% of total membership) and senior agency representatives of each of the signatory parties. (Agency representatives must be authorized to enter into binding decisions at Council meetings.) Membership is proposed as follows:

- Families and consumers (12 in total unless ULS is considered a family representative, in which case there would be 12 other family and youth representatives);
- Family Advocacy and Support Association  (FASA) (serves as the 13th family representative to achieve 51%)
- Child and Family Services Agency;
- Department of Youth Rehabilitative Services;
- DC Superior Court;
- Department of Mental Health;
- District of Columbia Public Schools;
- Department of Health;
- Addiction Prevention and Recovery Administration;

- Medical Assistance Administration;
- Department of Human Services;
- Mental Retardation and Developmental Disabilities Administration;
- University Legal Services; and
- Mental Health Planning Council.

The Governance Council will meet quarterly to shape, inform and approve policy and budgets. It will be chaired by the Principal Investigator and staffed by the CINGS Project Director.

Implementation Council

Policy and budget recommendations flow to the Governance Council from the Implementation Council. (Although the current MAPT policy council functions somewhat in this regard, the name change is proposed to distinguish between the two, as above, and recognize that the target population includes children and youth other than those for whom the MAPT meeting is the portal to the SOC.)

The CINGS Implementation Council will be composed of:

- Six family members including youth leadership team representative(s) and family advocacy organization representative(s);
- One representative for each of the following agencies – Department of Mental Health (the CINGS Project Director), Child and Family Services Agency, Court Social Services, Department of Youth Rehabilitations Services and Medical Assistance Administration;
- One Core Service Agency (position to be nominated by MHRS children/youth providers and to rotate on annual basis); and
- One representative from the Healthy Families/Thriving Communities Collaboratives.

The Implementation Council will be responsible for vetting workgroup plans, budgets and timelines and offering direction for day-to-day implementation of the grant. Policy recommendations will be forwarded to the Governance Council. The Implementation Council, which will meet monthly, will be co-chaired by the Project Director and a family member. The CINGS program assistant will provide staff support to the Implementation Council. Secondary to developing ground rules for how the group will operate, how decisions will be made and when the group will meet, a primary task of the Implementation Council will be to review and approve such items as the CINGS Vision and the logic model; both have been in draft form for quite some time but never officially adopted by the CINGS stakeholders.

To ensure fidelity with these responsibilities, CINGS will be contracting with a facilitation coach to work with council and workgroup co-chairs for 60-90 days. This individual will attend all meetings to coach the co-chairs in effective meeting management skills, including developing effective agendas and using meeting minutes to capture decisions, setting and monitoring action steps and serving as a communication vehicle for documenting progress to the larger stakeholder body.

Meeting dates and times, meeting agendas and meeting minutes will be distributed to all stakeholders via the project's new listserv. Vehicles for routine communication with stakeholders without ready access to electronic communications will be established.

In addition, the stakeholders will reach consensus on rules and procedures for the workgroups (e.g., are decisions made by consensus, majority vote, plurality; do only those who are official members of the group have a role in the decision-making vote or consensus or can other participants be involved as well). These decisions will strengthen accountability and support implementation of the project.

### Operational Alignment and Accountability

Secondary to a governance structure, filling staff vacancies and additional clarity around the roles of staff vis a vis workgroups, policy groups and grant objectives will optimize progress toward achieving the objectives. The Interim Project Director is currently reviewing all vacancies and position descriptions and will post recruitment announcements for all vacant positions by mid-May. A new workgroup structure will help clarify staff responsibilities and assure alignment of program activities with grant objectives. Under the new structure, a staff member and a family member will be assigned to co-chair each workgroup:

- Social marketing and communications;
- Training;
- Family education and support;
- Information, evaluation and quality;
- Youth Anticipating Change (YAC); and
- MAPT Development and Policy.

The staff member who serves as co-chair will assure that:
- Meeting agendas are based on the priority areas from review of the CINGS project goals;
- Meeting agendas are distributed via preferred method of communication at least three business days before the scheduled meeting;
- Meetings stay on the agenda and that decisions are made (or when not possible, agreement is reached to raise the issue to the next governance level);
- Meeting agendas develop and monitor progress of implementing a workplan that details strategies, activities and tasks to accomplish objectives;
- Budgets to support workplans and timelines of activities and tasks are developed;
- Workplans and budgets are presented to the Implementation Council for discussion and recommendations;
- Reporting on workplan implementation and budget expenditures is made to the Implementation Council on a regularly scheduled basis;
- Accurate minutes are taken and distributed to all CINGS stakeholders within three business days of the meeting; and,
- Issues raised at a meeting for future consideration are placed on a future agenda and addressed in a timely manner.

Staff members who co-chair workgroups will be accountable to the Project Director for implementing and managing the approved workplan.

With the exception of the YAC, each of the workgroups will have a make-up that mirrors that of the Implementation Council (as adapted to accommodate any specific agency that does not have the staff to participate in all workgroups and wants to designate another agency's representative to represent them or wishes to have no representation on a particular workgroup). Certain guidelines would apply to all groups (Governance Council, Implementation Council and workgroups). First would be that at least 51% of the membership would be family members or youth. An early task for the Implementation Council is to develop, for the Governance Council, a policy recommendation on the definition of family member and family advocacy organization for purposes of assuring family representation on governance bodies. At present, the project has adopted a working definition that accepts family advocates as individuals who represent District of Columbia family organizations:

- whose purpose is to address mental health issues for children; and
- which have an active membership

or are individuals who have a child with intensive mental health needs. Individuals who are employed by the Department of Mental Health or who are employed by any other District of Columbia government agency in a capacity directly related to the CINGS project would not be counted as family members for purposes of assuring family representation on governance bodies. This stipulation would not apply to family advocates trained by the SOC to serve in a family support and advocacy role during MAPT meetings and who receive a stipend for such services.

One of the first tasks of the Family Education and Support workgroup will be to develop a recommendation for both governance structure bodies on criteria for family members/ organizations and to identify additional family members of children with SED that would be interested in being involved in the CINGS project. Family advocacy organizations that do not currently meet the definition, once established, could be recommended to receive Technical Assistance as part of the process for attaining membership on the appropriate governance bodies.

Second, all groups will meet at times and locations that are convenient to meeting participants. Agreeing on such a time will be the first task of each group. We anticipate that, to accommodate the needs of families and youth, meetings will be held in the evenings. Staff schedules will be adjusted, with due notice, accordingly.

Third, every participant must commit to consistent meeting attendance. Individuals who are not going to be able to attend meetings will be asked to designate another representative who is available to participate regularly.

Individuals may serve on the Governance Council or Implementation Council, but not both, in order to ensure effective and objective project oversight. One individual could serve on both a workgroup and the Implementation Council but it is anticipated that different individuals and/or agencies will be on the various groups so as to include as broad a representation of the stakeholder community as possible and limit the time commitment asked of any one person or agency staff.

9

Strategic Plan

The April 15, 2005 retreat and prior strategic planning by the SOC stakeholders laid the groundwork for developing the strategic plan. While neither has been officially adopted, the stakeholders have a common mission and have drafted a vision statement. We have started a situational assessment through the SWOT analysis of the focus groups. While we don't have robust data, we do have knowledge on service needs and gaps. With this previous work and the commitment of the SOC stakeholders, we expect to complete a strategic plan in a compressed timeframe. A small strategic planning committee of a cross-section of CINGS stakeholders will prepare for a second retreat to be held in the next six weeks, clearly defining topic areas to be addressed to ensure accomplishment of SOC goals and gathering any needed background materials. At the strategic planning retreat, SOC stakeholders will continue the work they have started and lay out the beginnings of the strategic plan, with any follow-up work to be done through the established workgroups and/or short-term strategic planning committees. The complete draft strategic plan will then be distributed to all stakeholders for comment and discussion, with approval by the Governance Council.

We expect the strategic plan to be completed by July 30th. The strategic plan will serve as a framework for action and evaluation of the project going forward; a copy will be provided to SAMHSA immediately upon completion.

**IV.     Target Population of Children and Adolescents with a Serious Emotional Disturbance**

SAMHSA's November 2004 report of the site visit calls for a *"smaller more manageable sub-set of youth and families to be involved with the wraparound process."* Two of the criteria that define the project population are required by the terms of the grant award: children and youth must have a diagnosis of SED[1] and they must be involved with two or more District agencies, hereby defined to mean that the youth is having difficulty functioning in that arena and needs agency involvement to address functioning difficulties. A third criterion is that the child/youth must be at risk of out-of-home placement. Although the project to date has only included children presented in the MAPT process, the grant was intended to include CFSA and DYRS populations at risk of out-of-home placement. The retreat participants reached consensus on this issue, focusing the project's resources back to the broader population, consistent with the initial intentions. Over the next 30 days, staff will identify portals into the SOC for target populations from DYRS and CFSA for presentation and discussion with the Implementation Council and approval of the Governance Council. Although the issue is discussed later in the section on Care Coordination, it is important to note here that follow up is an essential element of the system of care and children who were placed via MAPT in Residential Treatment Centers (RTCs) will be

---

[1]     The Center for Mental Health Services has defined children with serious emotional disturbance (SED) as persons birth to age 18 who currently or at any time during the past year have had a diagnosable mental, behavioral, or emotional disorder of sufficient duration to meet diagnostic criteria specified within DSM-IV that resulted in functional impairment which substantially interferes with or limits the child's role or functioning in family, school, or community activities. Children who are considered seriously emotionally disturbed usually have two or more diagnoses, which include anxiety disorders, mood disorders, adjustment disorders, personality disorder, impulse-control disorders, post-traumatic stress disorder and other childhood disorders.

tracked for disposition so that follow up processes can monitor their return and assure effective linkages with a CSA through the MHRS.

Because of the historic dearth of mental health services for District of Columbia children and youth, every stakeholder feels an understandable need to ensure that the population of children or youth about whom they feel most passionately is not left out of the CINGS SOC. Thus discussions at the retreat that were intended to narrow the age bands of the target population proved difficult given time constraints. To reach consensus on this important issue, project stakeholders need further opportunity for dialogue about whether the target population will begin at age 9 or 6 years of age. Consensus was reached on setting the top age at 18 years of age. There also remains disagreement whether the population should be 125 or 200 children/youth and there needs to be additional discussion concerning the population sample size that will be required to meet the sample size for the National Evaluation. Both questions will be assigned to the Information, Evaluation and Quality workgroup to develop recommendations for presentation to the Implementation Council and that group's recommendation will go forward to the Governance Council.

SAMHSA's site review report also called for the project to *"incorporate strategies for reaching special populations"*. Stakeholders at the retreat acknowledged that strategies to reach out to gay, lesbian, bisexual and transgender (GLBT) youth as well as families in the Latino, Asian and Caucasian communities have yet to be operationalized. As well, concerns about the adequacy of the delivery system for GLBT youth were raised. As part of the ongoing strategic planning process, staff and stakeholders will be asked to reach out to members of special populations and assure their inclusion in the planning process and work group membership. Staff will reach out to the Sexual Minority Youth Assistance League (SMILE), Metro Teen AIDS and the Whitman Walker Clinical to identify current resources for sexual minority youth and opportunities for collaboration to enhance the cultural competence of the SOC.

## V.    Increasing Family Involvement and Support

Key Family Contact William M. Clark started work at DMH on April 4, 2005. Mr. Clark's background includes extensive experience as a parent trainer, organizer and advocate.

The Key Family Contact will be responsible for:

- Providing the perspective of the parent/family member/consumer in CINGS' activities;
- Providing variety of support, advocacy, outreach and education services to family members;
- Participating in program planning and development specifically involving families;
- Providing support to parents and family members through participation in family support groups;
- Providing education outreach on resources;
- Helping to expand family participation to include cultural groups not presently represented, including Latinos, Asians and African immigrants.
- Providing advocacy guidance to parents and families; and

- Serving in a consultative role around programmatic areas such as MAPT, MHRS, and the Access Help Line.

With the hiring of the Key Family Contact and the creation of the Family Education and Support workgroup, the project is prepared to perform a substantive review of the original proposal, assess the efficacy and scope of family involvement activities to date, and develop a work plan with concrete goals, timelines and budget.

Through creation and monitoring of the workplan, the Family Education and Support workgroup will be tasked with developing and implementing strategies to strengthen the role of families and family advocates serving in the SOC. Working in conjunction with the CINGS Clinical Director, one of the initial activities for the workgroup will be to consider mechanisms to strengthen the interaction and support exchange between the family advocates and family before a MAPT (or other service planning) meeting and follow-up in the home after the meeting.

Currently, the Project has both Family Advocates (who attend and assist families during MAPT meetings) and Family Liaisons (who follow up by telephone with families after a MAPT meeting to document whether the family has obtained services recommended in the action plan). To ensure follow up and continuity between the service/support planning stage (Action Plan or Family Team Meeting and the initiation of treatment and transition to a clinical home (CSA), the project, via the Family Education and Support workgroup, will explore expanding roles of community advocates and liaisons to provide family-level support and follow up and/or contractual services with community-based organizations, such as the Healthy Families/Thriving Communities Collaboratives as envisioned in the original application.

As the workgroup redevelops these processes, they will assure that the roles of advocates, liaisons and/or other community support roles help to meet the CINGS goal of *"strengthening and supporting families."*

The site review report also calls for the DC CINGS SOC to *"expand the offerings of support groups in the community."* Exploring the availability/adequacy of such groups will be the responsibility of the Key Family Contact in conjunction with the Family Education and Support workgroup. They will identify appropriate community-based supports, including support groups, and use the Social Marketing workgroup as a vehicle to make families aware of their availability.

Furthermore, the grant spoke to the *"introduction of an intensive family leadership training model,"* one outcome of the implementation of which would be to *"position family liaisons to more effectively serve as coaches to other families."* Determining how to make this objective a reality will be a key challenge for the workgroup and budget dollars have been allocated in the revised Year 3 budget and proposed Year 4 budget to support these activities.

## VI.     Youth Advisory Council

One of the strengths that the Site Review Team saw in the Youth Advisory Council (YAC) was that there was a safe, consistent place for youth to talk about various concerns including their

12

own mental health issues. From a group process standpoint, members of the group have matured regarding the expression of concerns, opinions, and ideas, even if content is emotionally charged. One of the challenges for the project, however, lies in taking the consistency, the infrastructure, and the articulation of the YAC and embedding the voices of youth into the project's infrastructure and practices, and employing youth insights to create social marketing programs for youth.

To address this challenge, the YAC will not only continue meeting on a regular basis, once the Youth Coordinator position is filled, the Coordinator will work with the council to set an agenda for training and retreats what will offer YAC members opportunities to develop their advocacy and leadership skills and learn about how policy decisions are made and the legislative process. Moreover, four youth will be hired into part-time positions to function as the youth leadership team (along with the Youth Coordinator). The Youth Coordinator will ensure that the four youth on the Youth Leadership Team (YLT) are trained in youth development and leadership, as well as other areas related to working with CINGS target population. The participation of these four youth will ensure that there is adequate youth representation on the CINGS governance bodies and workgroups. The youth will also collaborate with related city initiatives such as the Mayor's Youth Advisory Council and other councils.

Finally, in Year 4, the YAC will co-sponsor a citywide Youth Conference highlighting youth development and system of care principles where advocacy, training, and education regarding mental health and other facets of the system of care will be presented.

## VII. Strategies for Offering Alternative Services

### Coordination of Care

Although a number of traditional alternative services—respite, mentoring, recreation services—may be available to families as Community-Based Interventions through their Core Service Agency (see Attachment C., Mental Health Rehabilitation Services definitions), stakeholders recognize that, for some families, the inability to access such services is a major impediment to ensuring comprehensive community-based mental health services for children and youth.

Care coordination is clearly an important element of assuring children/youth in the SOC can access needed traditional and nontraditional supports. Three new positions and realignment of an existing position will help support this important function: a data analyst, a clinical care coordinator and a quality improvement coordinator. These positions replace positions originally identified in the Year 3 budget as *System of Care QI monitors*. The data analyst will support reporting and monitoring provision of services according to the MAPT Action Plan or a Plan of Service for other children. The Clinical Care Coordinator position is described in the following paragraph. The Quality Improvement Coordinator will develop a Quality Plan for the DC CINGS Project and collaborate with the evaluation and technology systems staff to develop measurable, objective indicators for assessing the quality of processes and achievement of desired clinical and social outcomes.

13

The System Integration Coordinator position was created last fall to help the SOC interface with other child and youth-serving agencies. Experience with implementing diversion services at the new YSC, which opened in January, suggests that it is critical for clinical staff to help manage the transfer of care between treatment systems, assuring not only that the level of care and service setting is appropriate with the treatment goals, but that family desires and strengths are an element of the process. Therefore, the System Integration Coordinator position will be revised to become an SOC Clinical Care Coordinator, assuring clinical decision making and the SOC perspective permeate level of care decisions and treatment planning processes. Workgroups to anticipate how to flow chart processes to assure gaps are eliminated, families are involved and follow up is assured will begin in May. The role of the Family Coordinator will also be revised to assume Clinical Care Coordinator duties. Both Coordinators will serve essential roles in assuring:

- connections between the family and provider organizations;
- that therapeutic placements are clinically appropriate and treatments goals are being met;
- information is communicated and documented across settings and levels of care; and
- families can readily access needed supports and services.

A third SOC Clinical Care Coordinator will be staffed in the Access Help Line to help manage level of care certification and to assure an appropriate transition into the MHRS system. The Coordinator will help the child and family to choose a Core Service Agency based on their geographic location and the child's specific needs. The Clinical Director will chair a weekly case conferencing group with the three Clinical Care Coordinators to review challenging cases and problem solve.

Service monitoring will occur through a two-prong approach: Care coordination duties which link children, youth, families and providers across a continuum of care and through payment and administrative reporting of claims data filed by the Core Service Agency. (Provision of all treatment services is tracked through the claims reporting module of DMH's eCura information system.) Over the next six months, the Clinical Director and Care Coordinators will work with the new Quality Improvement Coordinator to identify potential gaps in the continuum of care and establish indicators and mechanisms for ongoing monitoring. Where service delivery problems are identified, CINGS staff will work with the DMH Office of Accountability, Provider Relations and the Access Help Line to assure appropriate remedial actions.

A related issue is the need for a particular service that should be available through a Core Service Agency but for which there is currently no qualified provider. CINGS staff will use data from the MAPT action plans and step-down/diversion plans to document service gaps and frame the need for service expansion through DMH's Provider Relations Division. Service needs will also be described for the workgroup of agency representatives that has recently formed to consider a multi-agency approach to managing residential treatment placements and commitments to dedicate savings from community diversion to investment in the system and bring new, specialty services into the MHRS system.

Information Technology Support

The D.C. CINGS Project implemented the Harmony $^{TM}$ information system in June 2004 to collect data and allow tracking of episodes of care across levels of care and between service sites. Due to difficulties that did not become apparent until implementation, the system was discarded by October of that year. The project's technical personnel are presently searching for a strategic, long-term software solution that is user-friendly, robust, Web-accessible and facilitates all SOC business process and programs and has a comprehensive reporting feature. Two systems have been previewed and it is expected that implementation of the new software application will occur by late summer 2005. The new data system will meet the project's objective of capturing planning and service data at multiple points of entry and transitions within the system of care, thereby enabling staff to monitor and report on the efficacy and timeliness of processes and, eventually, outcomes of care.

To support the national evaluation data requirements, DC CINGS personnel developed a Microsoft Access Database application—FACITS—Families and Children Information Tracking System—which is currently supporting data collection for the national evaluation and activities to recruit, interview and retain participants for the longitudinal study.

## VIII.  SOC Partner Training and Development

The Project Training Coordinator and the Training workgroup will refine and implement the Training Workplan, based on needs of the target population and families, gaps in the delivery system and professional development needs of agency policy and service liaisons and family advocacy organizations. The workgroup will be tasked with establishing a timetable and budget for presentation to the Implementation Council by the end of May. Specific trainings for the balance of Year 3 and the Year 4 Plan will cover areas already identified by stakeholders, including: intensive case management for CSA staff and agency care coordinators; use of flex funds and alternative service strategies and supports; system of care principles and practices for partner agency personnel; and implementation of evidence-based practices including Multi-Systemic Therapy (MST), cognitive behavioral therapy, and solutions-focused interviewing and therapy. Needs assessments of partner agencies, including DYRS and CFSA will feed into developing the training plan as will reports from the recently completed 2005 Community Service Review prepared for the Dixon Court Monitor to evaluate the quality of the Children's Mental Health Services system. Attention will be paid to delivering training that will help CSAs to continue to build awareness of strengths-based and evidence-based service planning and supports.

The Training workgroup will pay attention to family support and development, including in their workplan a schedule of ongoing training to help families develop better advocacy skills. A curriculum for training MAPT Family Advocates will be developed through best practices of other system of care sites and technical assistance will be requested to assure the curriculum helps advocates optimize their potential in supporting children, youth and families. Training will also be offered for family advocacy organizations and the workplan includes development of a certification process for parents that will offer training and education on an array of topics such

as understanding the processes and mandates of all child-serving agencies; medications; prevention programs; effective parenting strategies; incorporation of spirituality in treatment; and cultural competence.

The Training workgroup also has responsibility for establishing mechanisms to assess cultural competency of the system of care and recommend strategies to expand cultural and linguistic diversity and meet identified needs. The Training/TA/Cultural Competence Coordinator will assure that workgroup membership includes representatives of communities not presently represented in the SOC, including Latino, Asian American and African immigrants. Evidence-based practices for building culturally competent systems of care will be sought and customized for implementation.

## IX.    Fiscal Management
### Flex Funding

In the revised Year 3 budget and the proposed Year 4 budget, DC CINGS has identified money to be used for flexible funding, defined for the present as alternative/nontraditional services not available through the child or youth's Core Service Agency which specifically helps support the MAPT Action Plan/Family Team Meeting Plan to maintain the child/youth in his/her home. It will be important to assure that a portion of these dollars are available to support *mom and pop* enterprises that have a proven track record with D.C. children and youth with intensive needs.

The Family Education and Support workgroup will develop proposed policy and procedures for use of flex funds for discussion at the Implementation Council and approval of the Governance Council. The policy will be developed based on technical assistance, the experience of other system of care sites, and the experience and recommendations of Core Service Agencies and other organizations like the Collaboratives that are experienced with the use of flex funds. This policy will need to be finalized and adopted by the end of June. To ensure timely access to flexible funds, DMH will develop a sub-grant relationship with an appropriately qualified community-based organization to administer the funds.

### Match and Sustainability

Directors of DMH, CFSA and DYRS have begun discussions about executing an MOU to create an interagency body to manage children and youth placed in Residential Treatment Centers (RTC) and to establish a funding pool based on savings from diverting placements (through MAPT plan to treat in the community and placement in Medicaid-funded facilities) to build capacity for specialty services fundable by Medicaid and non-traditional services that would be supported by local funding. Language has been inserted in the FY 2006 D.C. Budget Support Act to direct such an arrangement and discussions have been broadened to include an agency-wide planning group that consists of representatives of all D.C. agencies that place youth in RTCs and the Medical Assistance Administration. Once the Budget Act is approved (end of June 2005) and Agency Directors' plans are more solidified, staff will be assigned to oversee the project. A small task group, including agency liaisons from CFSA, DYRS, DMH, MAA and the Office of the Chief Financial Officer (OCFO) will work with dedicated staff to oversee

implementation of the MOU and assure that the development of new, Medicaid-reimbursable services meet best practice and Medicaid requirements. The task group will have access to consultation from the Bazelon Center and other entities as needed to meet its charge. The group will report periodically to the Governance Council and stakeholders on the sustainability plan.

## X.    Social Marketing and Communications

SAMHSA advised the CINGS Project to *"apply a thinking outside the box approach, modeling the creative efforts of the YAC, in developing strategies for reaching families and key community partners…strategies should reflect use of multiple modalities for messaging and a realistic approach to deploying staff and contracted resources."*

The SAMHSA site visit highlighted the project's need to improve communications between and across stakeholder groups and between the project and its target population. The newly established listserv and intention to assure that records of workgroups and governance councils are widely shared among stakeholders is one strategy to improve communications.

As described above, the composition of the Social Marketing and Communications Workgroup will be broadened to include additional family and youth representation. The role of youth in the workgroup is particularly important in order to create media, such as Public Service Announcements, brochures and CDs that speak with the voice of youth.

Within 60 days, the workgroup will create a viable work plan to implement the social marketing strategic plan, with tactics, timelines, strategies and budget for presentation to the Implementation Council. The workgroup shoulders important responsibilities for assuring communications across and through the system of care. The workplan, which will be developed and moved through the workgroup to the Implementation Council by the end of May, will identify specific strategies to support not only education and communication with target families, but communication and information support across stakeholder groups.

With the results of evaluation data and in preparation for discussions about match funding and sustainability, the Social Marketing and Communications workgroup will develop materials to ensure dissemination of service and cost effectiveness data to a broad group of partner agency staff, including those with fiscal responsibilities.

## XI.    Evaluation

The Information Evaluation and Quality workgroup will be charged with developing strategies to increase and strengthen family and youth involvement by: 1) designating family and youth members to be interviewers for the national evaluation effort, 2) identifying a role for families and youth in disseminating information about the System of Care National Evaluation Initiative, and 3) involving families and youth in educating, informing and involving the community in the DC CINGS national evaluation effort through local community forums. Youth and family members will receive stipends for assisting with evaluations.

17

While family members have participated in the weekly evaluation team meetings where team members discuss all issues related to the national and local evaluation, the project will take a proactive stance to assure that family involvement is real and permeates thinking about gathering information, quality improvement and evaluation. The revision to the required composition of workgroups and probable changes in meeting times will hopefully result in more consistent family and youth participation. As well, the Family Evaluation Assistant position will be recruited to fill by May 30. The position will have specific responsibilities to assure family involvement in quality and evaluation processes.

## XII.   Summary

Year 4 crosses the halfway mark of the DC CINGS System of Care project. This document is intended to describe how project resources will be aligned, supported, and accountable to meet the objectives of the grant. A commitment to develop a strategic plan offers the opportunity to pull together the rich experiences and harness the passion of the SOC's stakeholders toward achieving the vision. The planning process, ongoing through July, will provide opportunities to clarify governance structures and firmly establish a workgroup framework so there are appropriate levels for issues to be planned and organized and appropriate levels for feedback and oversight. Most importantly, by the beginning of Year 4, DC CINGS intends to install a new software application that will allow data to be entered via the Internet, so that multiple service and coordination sites can link into the system in real time.

Additional staffing will help CINGS enhance quality improvement efforts, better aligning MHRS with the values of the SOC. A delivery system needs assessment and a robust data system will allow us to categorically document service needs and begin to address those needs.

As the CINGS partners build on the programmatic efforts underway for children in the foster care and juvenile justice systems, we can continue to embed SOC values and principles into the framework for other service delivery systems.

Finally, through the process that has begun to develop a funding pool based on savings from diverting children from placements, we will have established the base for sustainability of the system of care going forward after the end of the SAMHSA grant.

**Attachments**

    A.    Six Month Report for Period October 1—March 30, 2005

    B.    Stakeholders' List

    C.    Mental Health Rehabilitation Services Definitions

    D.    Budget
        i.   Proposed revised budget for year 3
        ii.  Revised budget year 3 narrative
       iii.  Proposed budget for year 4
       iv.  Year 4 budget narrative

**Attachment A.**
**October 1, 2004 through March 30, 2005**

I.     **Summary Statement of Goals and Objectives**

The Children Inspired Now Gain Strength (DC CINGS) project is targeted to children and adolescents with Severe Emotional Disturbance and their families. This project works to overcome existing procedural, policy and structural barriers to an effective system of care for District children and families. DC CINGS has the following goals and objectives:

1. Reduce the current reliance on out-of-home and out-of-state RTC placements for children and youth with SED;

2. Focus on strengthening and supporting families and providing mental health treatment as an alternative to child welfare and juvenile justice placements;

3. Create a comprehensive array of community-based services that are accessible, available and culturally appropriate and which offer opportunities for earlier identification and intervention of youth at-risk of out-of-home placements;

4. Ensure that families are involved in system of care development at all levels;

5. Implement evidence-based practice models, care coordination, and individualized service planning embedded in strengths-based foci that build resiliency and take into account the cultural strengths of the District's youth and families;

6. Enhance interagency collaboration and shared decision-making processes to bridge gaps, decrease duplication, and improve outcomes for children and youth with SED and their families;

7. Maximize the use and blending of Medicaid and other federal funding programs, District funding, and private sector funding to meet the multiple needs of youth with SED and their families, as well as develop strategies to re-invent funds from out-of-home and out-of state placements to address long-term sustainability of the system of care; and

8. Develop and enhance management information systems (MIS) and evaluation activities to track outcomes and share data across agencies and programs.

II.     **Description and explanation of changes, if any, made during this budget period affecting the following:**

A.  Goals and Objectives

No changes made.

B.  Project Location

No changes made.

C. Projected Timeline for Project Implementation

No changes made.

D. Organizational Structure and/or Staff Alignment and Responsibilities

The Senior Local Liaison and Project Director were assigned to other positions in DMH in March 2005; the Youth Coordinator transitioned into the Systems Integration Coordinator position; an Interim Project Director was appointed and personnel activities to select the Key Family Contact were completed.

E. Approach and Strategies Proposed in the Initially Approved and Funded Application

No changes made.

## III. Description of Activities and Accomplishments Related to Goals and Objectives

1. Reduce the current reliance on out-of-home and out-of-state RTC placements for children and youth with SED.

The System of Care continued its use of the Multi-Agency Planning Team (MAPT) to maintain the focus of planning for children and youth with Severe Emotional Disturbance on the development of community-based, family-driven Action Plans that include all necessary mental health services and supports and are coordinated across agencies in the System of Care. For the period October 2004 to March 2005, MAPT reviewed 215 cases and recommended community-based alternatives for 178 (83%) of cases.

MAPT inter-agency participation remained consistent with the experience of previous periods, with active participation of trained family advocates and agency personnel from DYRS, CFSA, DCPS and CSS. Several agency liaisons began serving as meeting facilitators and MAPT liaisons received letters from family members reflecting their experience that the MAPT meeting was meaningful and beneficial.

2. Focus on strengthening and supporting families and providing mental health treatment as an alternative to child welfare and juvenile justice placements.

CINGS partners actively participated in reaching out to other families of children with SED and in disseminating information among community members. Activities included:  an Angel Tree Project for children in the Hurt Home Residential Treatment Center and other children in need; distributing information at the NBC4 Health and Fitness Expo, the 100 Concerned Black Men Community Health Fair, the City-wide conference on Youth Violence Prevention and the

Marie Reed Community Fair; and participating in the NAMI walk. A Press release on the child welfare initiative led to a favorable article in the Washington Post and DMH staff were informed of SOC activities through articles in the intranet-based DMH Connection Newsletter.

Through the Youth Advisory Council (Youth Anticipating Change) CINGS staff continued to bolster the capacity of youth to help build community-based services and take a more active role in SOC decision-making forums.

At one of its January meetings, the YAC hosted a mother and youth from Massachusetts who spoke about their experiences navigating the mental health system. The youth interacted with D.C. youth and recalled his person story. In January, a YAC member who is in college came to the YAC meeting to share stories about his college experiences.

In February, two members of the YAC went to the Dallas System of Care conference, sharing their experience with fellow YAC members on their return. They expressed how they were able to overcome stereotypes through the process of interacting with youth from around the country. Furthermore, the youth made real friends with their national peers and continue to maintain communications. Ongoing discussion includes brainstorming ideas about improving the system of care for young people.

Through initiatives between three D.C. child-serving agencies – DMH, CFSA and DYRS – CINGS is working to build on lessons learned about interagency collaboration through the MAPT Process and to imbed SOC values and principles into treatment planning. Last fall, through a Senate Appropriation, DMH and CFSA were able to offer three evidence-based services for children in foster care – Multi-Systemic Therapy, Intensive Home and Community-Based Services and Mobile Crisis and Stabilization services – and to reduce the wait time for court-ordered evaluations at the DMH-operated Assessment Center.

On January 24, 2005, DMH opened the Front End Assessment Team (FEAT) at DYRS's new Youth Services Center. During the reporting period, FEAT performed over 400 assessments for youth seized by the D.C. Metropolitan Police Department and assisted with diversions and identifying youth with mental health needs, such as suicidal ideation, substance abuse and depression, which would require immediate treatment and management during their detainment period.

Also starting in January, CINGS staff began performing CALOCUS screens at Oak Hill, the District's youth detention and commitment facility, to identify children with mental health problems that could be stepped-down from Oak Hill into a therapeutic treatment program. CINGS staff has assessed more than 75 youth and more than 50% of those screened have or are being stepped down into community-based therapeutic alternatives. Twenty-five children have already been enrolled into DMH's Core Service Agencies (CSA) and four have been placed in therapeutic foster homes.

3

3. Create a comprehensive array of community-based services that are accessible, available and culturally appropriate and which offer opportunities for earlier identification and intervention of youth at-risk of out-of-home placements.

Seven new MHRS providers were approved and initiated services between October 1 and March 30, 2005.

The School Mental Health Program (SMHP) during this period:

- Completed the DCPS/DMH crisis protocol;
- In collaboration with a CSA, conducted 16 early crisis intervention/support group;
- Created curriculum for a new summer youth employment program at a middle school;
- Planned for the third year of the summer youth employment mentoring program;
- Received approval to operate as a Teen Screen Site and began planning for May implementation; and
- Presented lessons learned through providing crisis support and early intervention services at a citywide Youth Violence Prevention Conference.

The Training Coordinator has spearheaded community outreach efforts with stakeholders and community-based organizations to disseminate information about training opportunities and to initiate dialogue about training needs.

4. Ensure that families are involved in system of care development at all levels.

Family members and family organizations continued their involvement in MAPT policy, social marketing, evaluation, and family leadership coalition workgroups. Family members participated in the national system of care conference in Dallas, Texas. One family member participated in monthly meetings of the D.C. State Policy Council for Individuals with Disabilities and the quarterly meeting of the Georgetown Child Development Center Advisory Council for Individuals with Disabilities.

By the end of the reporting period, the recruitment announcement for the Key Family Contact was posted, the Family Involvement Leadership Coalition interviewed an applicant and paperwork was completed for the hiring process.

5. Implement evidence-based practice models, care coordination, and individualized service planning embedded in strengths-based foci that build resiliency and take into account the cultural strengths of the District's youth and families.

As noted under #2 above, during this reporting period, DMH and CFSA initiated three evidence-based services for children in foster care. DMH and CINGS project staff are working with the Medical Assistance Administration to submit a State Plan Amendment to the Center for Mental Health Services to include these services in the MHRS scope of services in the 2006 budget year.

A number of training related activities that have been geared to expanding availability of evidence-based practices and expanding reach of the SOC values across other initiatives and agencies, including active participation in the child welfare initiative.

The Training Coordinator completed a draft training work plan last quarter and convened the first monthly meeting of the Training Advisory Group (TAG) in September 2004. The TAG includes signatory partners, stakeholders and family/youth members. Its focus is to address training needs that relate to the SOC and to develop a comprehensive training plan across all agencies and community-based organizations. TAG meetings have been held monthly with the exception of March 2005. There has been a cross section of representation from providers to family members. The Training Coordinator shared information and solicited participation in the TAG at the Child and Youth Consortium Meetings, Clinical Directors Meeting and MAPT Policy Meetings. The Training Work plan has been disseminated to most stakeholders, and while feedback has not been significant, most who commented reflected support for the plan.

In addition, discussion groups were organized with various stakeholders--
- Family Members/Evaluators          10/21/04
- Youth Anticipating Change          11/23/04
- Youth Services Center/Oak Hill staff  12/16/04

--to inform them about the role of the Training Coordinator as a resource to the SOC and to offer opportunity to elicit their suggestions about training needs.

Training provided includes:
- CALOCUS training for SOC partners;
- "Dealing with the Oppositional Defiant Child: Practical Strategies for Today's Youth" with Jay Berk, Ph.D;
- Training to Youth Service Center staff on communication and mental health.

Training highlights include:

- Attended "Primer Hands On Skill Building in Strategy," sponsored by SAMHSA/CMHS and Georgetown with five other SOC partners in November 2004.
- Attended CFSA Family Team Meeting kick-off.
- Collaborated with Ron Brown Middle School for empowerment activity with youth.
- Attended orientation session with School Based Mental Health Program on Rites of Passage Program.
- Collaborated with Columbia Heights/Shaw Family Collaborative on Solution Focused Interviewing in February 2005.
- Initiated D.C. Superior Court Training Committee monthly meetings in January to prepare for the October 2005 annual training
- Initiated planning for project to assess system readiness for incorporating evidence-based practices in treatment and offering training in Trauma-Focused Cognitive Behavioral Therapy (first training is scheduled April 28 -29, 2005).
- Participated in D.C. Government Training Officers' bi-monthly meeting. Spearheaded by DMH's training director, this new group has organized to share resources, brainstorm training needs, and coordinate training efforts.

6. Enhance interagency collaboration and shared decision-making processes to bridge gaps, decrease duplication, and improve outcomes for children and youth with SED and their families.

See answer to #2 above.

7. Maximize the use and blending of Medicaid and other federal funding programs, District funding, and private sector funding to meet the multiple needs of youth with SED and their families, as well as develop strategies to re-invest funds from out-of-home and out-of state placements to address long-term sustainability of the system of care.

Agency directors for CFSA, DYRS and DMH have initiated a process that will create a joint planning group to manage residential treatment center placements and use savings from diversion to build local capacity for both traditional and non-tradition services. Enabling language is provided in the FY 06 D.C. Budget Act and, with its approval, resources will be organized and deployed to manage the effort, including managing the State Plan Amendment Process to expand MHRS to include new, evidence-based specialty services.

8. Develop and enhance management information systems (MIS) and evaluation activities to track outcomes and share data across agencies and programs.

In June 2004, DC CINGS implemented the Harmony™ system for data collection and data tracking purposes. Harmony™ is a Web-based system designed to serve organizations in the human services industry. The Harmony™ system became problematic for DC CINGS' use, following implementation, due to issues with a less than elegant user interface; the relationship of the data elements in the system, and the difficulties with data extraction and reporting. As a result, DC CINGS discontinued its use of the Harmony system in September 2004.

As an interim measure, DC CINGS technical staff developed and implemented FACITS – Families And Children Information Tracking System -- to capture data and generate metrics. This system is a Microsoft Access database application, and was brought into use in March 2005. FACITS will support the national evaluation data requirements and the DC CINGS evaluation activities to recruit, interview, and retain participants for the longitudinal study, in addition to capturing data elements for the Multi-Agency Planning Team process.

DC CINGS technical personnel began a search for a strategic, long-term software solution that is user-friendly; robust; Web-accessible; facilitates timely and comprehensive reporting; and supports all SOC business processes, programs, and initiatives, including the national evaluation data requirements and associated longitudinal study. The timeframe for Phase I implementation of this software application is projected as late summer 2005.

IV.    **Description of Difficulties/Problems Encountered in Achieving Planned Goals and Objectives**

Challenges in fully involving families in the SOC include insufficient outreach to and recruitment of family members reflecting all ethnic and language populations; a need for family organizations to work together strategically and effectively as partners with each other and with service providers; the need for an independent family voice; lack of access to a wide array of non-traditional services; and lack of comprehensive services provided to youth returning to the community from out-of-state placements.

Challenges faced by the MAPT process include lack of shared resources and sufficient community resources; the need for flexible/pooled funding; a need to expand service capacity; the lack of technology support for follow up efforts; the need for more effective follow-up for Action Plans; the need for better cultural sensitivity/cultural awareness; greater involvement of the families of committed children/youth; and the need for more extended family involvement.

Challenges faced in increasing youth involvement include a lack of unity with other youth councils in the District; a concern about ongoing funding as historical funding for YAC did not come from the CINGS budget; a need to do more advocacy regarding laws, bills, and policies; and a need for empirical data supporting the efficacy of youth involvement.

Challenges faced in Social Marketing include the need to involve different communities as part of developing social marketing materials; the need to overcome families' distrust of services and the feeling that they have not been included; the need to overcome the stigma that DC CINGS is a *Mental Health Project*; and the need to expand participation to include more families in the service delivery area and community-based groups that are associated with youth with SED and their families.

Challenges faced by MIS include difficulties moving from a paper-based system to a computerized data base system and integrating data management systems across MAPT, residential placements, the Assessment Center, school mental health, juvenile justice and foster care; reducing duplication and ensuring the highest possible level of data integrity; and difficulties in creating an effective data collection and management solution that is robust, web-accessible and facilitates timely and comprehensive reporting and supports all business processes of the SOC.

Training challenges include a need for clearly defined expectations and goals that are tied to the CINGS project goals; and pooled resources (financial and staff) to ensure coordination of training efforts to all stakeholders.

Evaluation challenges include community apprehension and lack of family participation; an insufficient number of recruiters recruited and trained; gaps in workflow between research assistants and family liaisons; and the need for additional community outreach.

## V. Description of Changes in Staffing, if any, in the Project Affecting Persons, Time Spent and/or Responsibilities

Late in this reporting period, the Project Director was reassigned to other duties within the Department of Mental Health. The Interim Project Director also serves as the Interim Director of the Child and Youth Services Division. Each of these changes has created understandable challenges for staff and stakeholders.

## VI. Description of Evaluation Activities Including Plans, Progress, and Problems

SOC evaluation continued under the direction of Maxwell Manning, Ph.D. with support from co-evaluators Lee Cornelius, Ph.D. and Lawrence Gary, Ph.D. Dr. Manning attended the annual SOC meeting and trainings related to the national evaluation.

Current efforts on evaluation have included:
- Weekly and monthly evaluation meetings that included DC-CINGS staff, family advocates and family members, as well as bi-weekly meetings with the National Evaluation Liaison;
- Review of all updated and new materials related to the implementation of the national evaluation;
- Inputting 130 EDIFs through the ICN website (not yet competed);
- Developed follow-up form for family liaisons, satisfaction survey for families participating in MAPT and family liaison referral form;
- Assisted in the development of database designed by the MIS evaluation liaison;
- Meetings with MAPT Policy Group, Agency Liaisons, and Family Liaisons;
- Hired and completed training of two research assistants; and
- Started collecting data for the national evaluation.

Attachment CB

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|---------------------|---------------------|---|
| Dorthia Austin | Advocate<br>Family Advocacy and Support Association (FASA/O)  202-526-8717 | | (H) 202-526-6930 |
| Gail Avent | Advocate<br>Care Enough to Organize (C.E.O.) | gail.avent@carefirst.com<br>(O)  202-680-5775 | (H) 202-397-7500 |
| Mary V. Burrell | Advocate | brr2ma@aol.com<br>(O) | (H) 202-328-2016 |
| Mary Nell Clark | Managing Attorney<br>University Legal Services (ULS) | mnellclark@uls-dc.org<br>(O)  202-547-4747 | (H) |
| Marilyn Egerton | Deputy Director<br>Foster and Adoptive Parents Advocacy Council | soulful_songstress@yahoo.com<br>(O)  202-269-9441 | (H) |
| Karen Feinstein | Executive Director<br>Georgia Avenue/Rock Creek East | kfeinstein@garcec.org<br>(O)  202-722-1815 | (H) |
| Richard Flintrop | Policy Analyst<br>Healthy Families, Thriving Communities (HFTC) | rflintrop@hftcc.org<br>(O)  202-299-0900 | (H) |
| Rosa Hamlett | Advocate | rosahamlett@yahoo.com<br>(O)  202-582-0138 | (H) |
| Mary Hathaway | Consumer Action Network | (O)  202-483-3255 | (H) 202-483-3255 |
| Michelle Hawkins | Parent Professional Advocate | (O) | (H) |
| Doreen Hodges | Advocate<br>Parent Professional Advocate | kingtitusmom@yahoo.com<br>(O) | (H) 202-561-1821 |
| Mary G. Jones | Chair<br>Children's Mental Health Coalition | mgjones@cqi.com<br>(O)  202-333-6035 | (H) |
| Rossene Minard | Advocate | (O) | (H) 202-746-3076 |
| Phyllis A. Morgan | President<br>Family Advocacy and Support Association (FASA/O) | fasafamilies2005@hotmail.com | (H) 202-234-4387 |
| Patricia Moses | Advocate<br>FASA | (O) | (H) 202-387-1514 |
| Tiffany Pertillar | University Legal Services | tpertillar@uls-dc.gov<br>(O)  202-547-4747 | (H) |
| Robin Thorner | Managing Attorney<br>University Legal Services | rthorner@uls-dc.gov<br>(O)  202-547-0198 | (H) |
| Derrick Dunlap | MAPT Liaison<br>D.C. Public Schools (DCPS) | derrick.dunlap@k12.dc.us<br>(O)  202-442-5551 | (H) |

rptAttachmentC

Attachment C B

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|---------------------|---------------------|---|
| Erika Gray | MAPT Liaison/Social Worker<br>CFSA | egray@cfsa.dc.org<br>(O)  202-727-4545 | (H) |
| Tina Harvey | MAPT Liaison<br>YRSA | (O) | (H) |
| Gayle O'Bryant | MAPT Liaison/Probation Officer<br>D.C. Superior Court/Social Services | obryantg@DCSC.GOV<br>(O)  202-508-1901 | (H) |
| LeBretia White | MAPT Liaison/Program Manager<br>D.C. Department of Youth Rehabilitative Service | lebretia.white@dc.gov<br>(O)  202-724-8834 | (H) |
| Marilyn Alexander | Acting Program Manager<br>D.C. Superior Court/Social Services | alexanderm@dcsc.gov<br>(O)  202-508-1774 | (H) |
| Tracey Campfield | Program Manager for Clinical Support Services<br>Child and Family Services Administration (CFSA) | tracey.campfield@dc.gov<br>(O)  202-727-7242 | (H) |
| Peter Chirinos | Behavior Health Specialist<br>MAA/Office of Children & Families | peter.chirinos@dc.gov<br>(O)  202-535-2216 | (H) |
| Jose de Arteaga | Program Manager<br>D.C. Department of Youth Rehabilitative Service | jose.dearteaga@dc.gov<br>(O)  202-345-7189 | (H) |
| Linda Fisher | Addiction Prevention and Recovery | linda.fisher@dc.gov<br>(O) | (H) |
| Kim Gross | Behavioral Health Specialist<br>MAA/Office of Children and Families | kim.gross@dc.gov<br>(O)  202-532-2216 | (H) |
| Terri Odom | Director, Social Services Division<br>DC Superior Court | odomt@dcsc.gov<br>(O)  202-508-1800 | (H) |
| Peter Parham | D.C. Public Schools (DCPS) | peter.parham@k12.dc.us<br>(O)  202-442-5012 | (H) |
| Lynne Saffell | APRA | lynne.saffell@dc.gov<br>(O)  202-448-5800 | (H) |
| Bette Wolf | Chief<br>MAA/Office of Children and Families | bette.wolf@dc.gov<br>(O)  202-442-5845 | (H) |
| Leslie Abashian | Manager<br>First Home | leslie.abashian@absfirst.com<br>(O)  202-654-5146 | (H) |
| Jauhar Abraham | CEO<br>Peaceaholics | jauharabraham@yahoo.com<br>(O) | (H) |
| Yvonne Ali | CEO<br>PSI | YAli@PSIfamilyservices.com<br>(O)  202-547-3870 | (H) |
| Richard Bailey | CEO<br>Fihankra Place, Inc. | rbailey@fhankraplace.org<br>(O)  202-399-0158 | (H) |

rptAttachmentC

Attachment £ B

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|---------------------|---------------------|---|
| Helen Bergman | CEO<br>Community Connections, Inc | Hbergman@CCDC1.org<br>(O) 202-546-1512 | (H) |
| Leonard Bivens | CEO<br>MD/DC Family Resource | lbivins@mfronline.com<br>(O) 301-567-8311 | (H) |
| Eve Brooks | CEO<br>Center for Student Support Services | ebrooks@csss.org<br>(O) 202-628-8848 | (H) |
| Lawrence Brown | CEO<br>Family Preservation | cbi@nextel.blackberry.net<br>(O) 202-610-3255 | (H) |
| Rose Bruzzo | Regional Director<br>First Home Care | rose.bruzzo@absfirst.com<br>(O) 202-737-2554 | (H) |
| Ken Courage | CEO<br>Psychiatric Institute of Washington | CEO@PIW-dc-com<br>(O) 202-885-5600 | (H) |
| Johanna Ferman, M.D. | CEO<br>Center for Mental Health | Jferman@cmhinc.org<br>(O) 202-678-3000 | (H) |
| Katherine Gee | Program Director<br>Drenk, Inc. | kgee@drenk.org<br>(O) 202-832-2540 | (H) |
| Maria Gomez | CEO<br>Mary's Center | Mgomez@marycenter.org<br>(O) 202-483-8196 | (H) |
| Michael Goodman | CEO<br>Riverside Treatment Services, Inc. | mgoodman@riverside-dc.com<br>(O) 202-333-9355 | (H) |
| Ty Gray-El | Co-Founder<br>Slam Your Stress | ty@slamyourstress.com<br>(O) 202-528-8868 | (H) |
| Evita Grigsby | CEO<br>Planned Parenthood | Evita.grigsby@ppmw.org<br>(O) 202-347-8500 | (H) |
| Ludley Howard | CEO<br>Pride Youth Services | ludleypys@aol.com<br>(O) 202-575-0238 | (H) |
| Lori Kaplan | CEO<br>Latin American Youth Center | carlos@mail-layc.org<br>(O) 202-319-2225 | (H) |
| Louise Love | Community Education<br>Riverside Hospital | LLove@riverside-dc.com<br>(O) 202-333-9233 | (H) |
| Howard Mabry | CEO<br>Institute for Behavioral Change | lbcmabry@bellatlantic.net<br>(O) 202-675-8315 | (H) |
| Christine Mackey | CEO<br>Beyond Behaviors | Beyond.behaviors@verizon.net<br>(O) 703-658-9300 | (H) |
| Ronald Moten | Peaceaholics | rmoten@peaceaholics.org<br>(O) 202-373-1812 | (H) |

rptAttachmentC

Attachment C B

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|--------------------|--------------------|---|
| Rosemary O'Rourke | CEO<br>TRIAD Behavioral Health & Educational | RTOROURKE@aol.com<br>(O) 202-546-4402 | (H) |
| Terry Patterson | CEO<br>Universal Healthcare Management | tpatterson@universalhealthdc.com<br>(O) 202-583-1181 | (H) |
| Juanita Price | CEO<br>DCCSA | Juanita.price@dc.gov<br>(O) 202-671-4010 | (H) |
| Kate Quirk | Youth Villages | kate.quirk@youthvillages.org<br>(O) 703-516-6950 | (H) |
| Anita Shelton | CEO<br>Hillcrest Children's Center | HCC.mentalhealth@verizon.net<br>(O) 202-232-6100 | (H) |
| Regina Stanley | CEO<br>Center for Therapeutic Concepts | RAStanley@aol.com<br>(O) 301-386-2991 | (H) |
| Fred Swan | CEO<br>Kidd International Home Care, Inc. | fswan@KIDDinternational.com<br>(O) 202-723-6600 | (H) |
| Princess Whitaker-Taylor | Admissions Liaison<br>Joz-Arz | PWhitaker@CornellCompanies.com<br>(O) 202-269-6004 | (H) |
| Joaquin Williams | Co-Founder<br>Slam Your Stress | info@slamyourstress.com<br>(O) 202-528-8868 | (H) |
| Sharon Yorke-Cyrus | CEO<br>Scruples Co. | sycyrus@scruplescorporation.org<br>(O) 202-581-2457 | (H) |
| Malaika Barlow | Fiscal Liaison<br>DC CINGS | malaika.barlow@dc.gov<br>(O) 202-673-7127 | (H) |
| William (Marty) Clark | Key Family Contact<br>DC CINGS | william.clark@dc.gov<br>(O) (202)- 67-3 - | (H) (202)- 88-2-54 |
| Harriet Crawley | Family Coordinator<br>DC CINGS | harriet.crawley@dc.gov<br>(O) 202-671-3189 | (H) |
| Brandi V Gladden | Management Information Systems Liaison<br>DC CINGS | brandi.gladden@dc.gov<br>(O) 20267140-32 -x115 | (H) |
| Jendayo Grady | Systems Integration Coordinator<br>DC CINGS | jendayo.grady@dc.gov<br>(O) 202-673-2185 | (H) |
| Wilma Harvey | Social Marketer / Communications Liaison<br>DC CINGS | wilma.harvey@dc.gov<br>(O) 202-671-2983 | (H) |
| Earl Jackson | Computer Information Specialist<br>DC CINGS | earl.jackson@dc.gov<br>(O) 202-673-3515 | (H) |
| Janice Lyles | Interagency Coordinator<br>DC CINGS | janice.lyles@dc.gov<br>(O) 202-673-3449 | (H) |

rptAttachmentC

Attachment $\mathcal{EB}$

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|---------------------|---------------------|---|
| **Deborah Mosley** | Clinical Director<br>DC CINGS | deborah.mosley@dc.gov<br>(O)  202-673-3564 | (H) |
| **Rose Neverdon** | Family Liaison<br>DC CINGS | rose.neverdon@dc.gov<br>(O)  202-673-2294 | (H) |
| **Furaha Raufu Bey** | Family Liaison<br>DC CINGS | furaha.raufubey@dc.gov<br>(O)  202-671-4035 | (H) |
| **Inez Scope** | Family Consultant<br>DC CINGS | inez.scope@dc.gov<br>(O)  202-671-3065 | (H) |
| **Shauna Spencer** | Interim Director - Children and Youth Services Division<br>D.C. Department of Mental Health (DMH) | shauna.spencer@dc.gov<br>(O)  202-673-4443 | (H) |
| **Joyce White** | Training Coordinator<br>DC CINGS | joyce.white@dc.gov<br>(O)  202-673-3451 | (H) |
| **Kim Wills** | Program Support<br>DC CINGS | kim.wills@dc.gov<br>(O)  202-671-2907 | (H) |
| **Neil Albert** | Deputy Mayor<br>DC Government | neil.albert@dc.gov<br>(O)  202-727-8001 | (H) |
| **Dale Brown** | Administrator<br>Mental Retardation and Developmental Disability | dale.brown@dc.gov<br>(O)  202-673-7657 | (H) |
| **Jane Brown, Esquire** | Executive Director<br>University Legal Services (ULS) | jbrown@uls-dc.com<br>(O)  202-547-0198 | (H) |
| **Brenda Donald-Walker** | Director<br>CFSA | bdonald@cfsa-dc.gov<br>(O)  202-442-6175 | (H) |
| **Yvonne Gilchrist** | Director<br>DHS | yvonne.gilchrist@dc.gov<br>(O)  202-671-4200 | (H) |
| **Clifford Janey** | Superintendent<br>DCPS | clifford.janey@k12.dc.us<br>(O)  202-442-5885 | (H) |
| **Robert Johnson** | Director<br>APRA | robert.johnson@dc.gov<br>(O)  202-442-9152 | (H) |
| **Martha B. Knisley** | Director<br>D.C. Department of Mental Health (DMH) | marth.knisley@dc.gov<br>(O)  202-673-7440 | (H) |
| **Robert Maruca** | Senior Deputy Director<br>MAA | robert.maruca@dc.gov<br>(O)  202-442-5988 | (H) |
| **Greg Payne, M.D.** | Director<br>DOH | greg.payne@dc.gov<br>(O)  202-442-5955 | (H) |

*Attachment EB*

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|--------------------|--------------------|---|
| **Juanita Reeves** | DMH Representative<br>DC State MH Planning Council | juanita.reeves@dc.gov<br>(O)  202-673-7597 | (H) |
| **The Honorable Lee. F Satterfield** | Presiding Judge<br>DC Superior Court | satterl2@dcsc.gov<br>(O)  202-879-1918 | (H) |
| **Vincent Schiraldi** | Director<br>DYRS | vincent.schiraldi@dc.gov<br>(O)  202-576-8175 | (H) |
| **Burton Wheeler** | Interim Chair<br>D.C. State Mental Health Planning Council | burton-w@hotmail.com<br>(O)  202-468-5607 | (H) |
| **Anthony Williams** | Mayor<br>District of Columbia | (O) | (H) |
| **Jaron Bell** | | (O) | (H) |
| **Anthony Chase** | | (O)  202-673-8675 | (H) |
| **Adrienne Cravens** | | (O)  202-396-5500 | (H) |
| **Tanisha Ford** | | (O) | (H) |
| **Sheena Goodwin** | | (O)  202-543-1268 | (H) |
| **Jerry Goudeaux** | | (O)  202-518-6833 | (H) |
| **Marn'a Hurt** | | lilnissanmaxima@yahoo.com<br>(O)  202-398-4611 | (H) |
| **Michael Koonce** | | mkoonceseed@yahoo.com<br>(O) | (H) |
| **Keith Lee** | | (O)  202-269-6004 | (H) |
| **Lauren McKinney** | | (O)  202-398-8415 | (H) |
| **Nairobi Nunez** | | nairobi4u@yahoo.com<br>(O)  202-265-4328 | (H) |
| **Marcus Pollard** | | newyorkcity95@yahoo.com<br>(O)  202-330-3410 | (H) |
| **Robin Ray** | | (O)  202-269-6004 | (H) |

rpt AttachmentC

Attachment ℓ B

# DC CINGS Stakeholders

| Name | Title, Organization | Contact Information | |
|------|---------------------|---------------------|---|
| Bryan Richardson | | sports087@yahoo.com<br>(O)  202-396-5500 | (H) |
| Lamont Rush | Youth<br>Youth Anticipating Change (YAC) | (O)  202-489-5868 | (H) |
| Brittany Smith | | bjsmith07@hotmail.com<br>(O)  301-702-1553 | (H) |
| Antonio Thrower | | (O) | (H) |
| Kenneth Tucker | | (O) | (H) |
| Joy Waldron | | (O)  202-269-6004 | (H) |
| Jerika Wilson | | ballerprincess@hotmail.com<br>(O)  202-248-3011 | (H) |

**Total  (114)**

rptAttachmentC

**Attachment C.**
**Mental Health Rehabilitation Services Definitions**

**Assertive Community Treatment** or "ACT" - intensive, integrated rehabilitative, crisis, treatment, and community support provided to adult consumers with serious and persistent mental illness by an interdisciplinary team. ACT is a specialty service.

**Community-Based Intervention** or "CBI" - time-limited, intensive, mental health interventions and wrap-around services delivered to children, youth, or adults and intended to prevent utilization of an out-of-home therapeutic resource by the consumer. CBI is a specialty service.

**Community Support** - rehabilitation and environmental support considered essential to assist a consumer in achieving rehabilitation and recovery goals. Community Support is a core service.

**Counseling and Psychotherapy** - individual, group, or family face-to-face services for symptom and behavior management, development, restoration, or enhancement of adaptive behaviors and skills, and enhancement or maintenance of daily living skills. Counseling and Psychotherapy is a core service.

**Crisis/Emergency** - face-to-face or telephone immediate response to an emergency situation experienced by a consumer or significant others. Crisis/Emergency is a specialty service.

**Diagnostic/Assessment** - intensive clinical and functional evaluation of a consumer's mental health condition that results in the issuance of a Diagnostic/Assessment report with recommendations for service delivery and may provide the basis for the - development of the IRP/IPC. Diagnostic/Assessment is a core service.

**Intensive Day Treatment** - a facility-based, structured, intensive, and coordinated acute treatment program which serves as an alternative to acute inpatient treatment or as a step-down service from inpatient care. Its duration is time-limited. Intensive Day Treatment is provided in an ambulatory setting. Intensive Day Treatment is a specialty service.

**Medication/Somatic Treatment** - medical interventions, including physical examinations, prescription, supervision or administration of medications, monitoring of diagnostic studies, and medical interventions needed for effective mental health treatment provided as either an individual or group intervention. Medication/Somatic Treatment is a core service.

**Rehabilitation** - a facility-based, structured, clinical program intended to develop skills and foster social role integration through a range of social, educational, behavioral, and cognitive interventions. Rehabilitation services are curriculum-driven and psychoeducational and assist the consumer in the acquisition, retention, or restoration of community living, socialization, and adaptive skills. Rehabilitation services include cognitive-behavioral interventions and diagnostic, psychiatric, rehabilitative, psychosocial, counseling, and adjunctive treatment. Rehabilitation services are offered most often in group settings. Rehabilitation is a specialty service.

CALIFORNIA PROPOSED BUDGET
(FY 2005 - YEAR 3)

| | Grant Cost | | | | Match | | Other |
|---|---|---|---|---|---|---|---|
| | Salary Range | Grade | Months filled | FTE | | | |
| **PERSONNEL** | | | | | | | |
| Project Director ** | $74,697 - $97,108 | 14 | 7 | 1 | | | |
| Performance Metrics and Technology Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | | |
| Interagency Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | | |
| SOC Clinical Care Coordinator (currently System Integration Coordinator) | $63,211 - $82,180 | 13 | 12 | 1 | | | |
| SOC Clinical Care Coordinator + | $63,211 - $82,180 | 13 | 4 | 1 | | | |
| Quality Improvement Coordinator + | $63,211 - $82,180 | 13 | 4 | 1 | | | |
| Social Marketing/Communications Mgr. | $63,211 - $82,180 | 13 | 12 | 1 | | | |
| Training TA/CC Coordinator | $53,156 - $60,242 | 12 | 12 | 1 | | | |
| Program Analyst | $36,656 - $45,205 | 9 | 12 | 1 | | | |
| Data Analyst + | $40,367 - $52,481 | 9 | 4 | 1 | | | |
| Evaluation Assistant (parent) ** | $29,966 - $38,954 | 7 | 12 | 0.5 | | | |
| Program Support Assistant | $29,966 - $38,954 | 7 | 12 | 1 | | | |
| Key Family Contact | $29,966 - $38,954 | 7 | 12 | 1 | | | |
| Principal Investigator | | n/a | 12 | 0.1 | X | | |
| State/Local Liaison | | 15 | 12 | 0.33 | X | | |
| Director of Fiscal Policy | | 15 | 12 | 0.15 | X | | |
| RTC Program Director | | 15 | 12 | 0.05 | X | | |
| Project Director | | 14 | 4 | | X | | |
| Clinical Director | | 14 | 12 | 1 | X | | |
| Director, Access HelpLine & Div. of Care Coord. | | 14 | 12 | 0.05 | X | | |
| Supervisor, Access Helpline & Div of Care Coord. | | 14 | 12 | 0.1 | X | | |
| Supervisor, Clinical Psychologist | | 14 | 12 | 0.05 | X | | |
| Provider Relations Coordinator | | 14 | 12 | 0.05 | X | | |
| SOC Clinical Care Coordinator (currently Family Coordinator) | | 13 | 12 | 1 | X | | |
| Youth Coordinator ** | | 13 | 12 | | X | | |
| Mental Health Services Coordinator | | 13 | 12 | 0.05 | X | | |
| Fiscal Liaison Officer | | 12 | 6 | 1 | X | | |
| Information Technology Specialist | | 12 | 12 | 0.7 | X | | |
| Mental Health Specialist | | 12 | 12 | 0.25 | X | | |
| Provider relations | | 12 or 13 | 12 | 0.1 | X | | |
| Family Liaisons | | 7 or 8 | 12 | 2 | | $ .. | 79,661 |
| (** = vacant position; + = new position) | | | | | | | |
| Subtotal personnel | $      536,059 | | | | $  | 341,162 | |
| | | | | | | | |
| **FRINGE** | | | | | | | |
| Subtotal Fringe (17.0%) | $       91,130 | | | | $ | 57,998 | |
| | | | | | | | |
| **TRAVEL** | | | | | | | |
| Subtotal Travel | $       65,000 | Project staff, families, governance | | | | | |
| | | | | | | | |
| **EQUIPMENT** | | Quantity | Unit price | | | | |
| computers | $        5,992 | 7 | $      856 | | | | |
| laptop | $        5,457 | 3 | $    1,819 | | | | |
| network printer | $        1,605 | 1 | $    1,605 | | | | |
| fax machines | $          375 | 1 | $      375 | | | | |
| Subtotal Equipment | $       13,429 | | | | | | |
| | | | | | | | |
| **SUPPLIES** | | | | | | | |
| new data tracking software and implementation | $       55,291 | | | | | | |
| office supplies | $       17,000 | | | | | | |
| social marketing/printing | $       15,500 | | | | | | |
| cell phones (monthly fees) | $        7,194 | 10 | $       60 | | | | |
| training materials | $        7,500 | | | | | | |
| Subtotal Supplies | $      102,485 | | | | | | |
| | | | | | | | |
| **CONTRACTUAL** | | | | | | | |
| Harmony Information System | $        6,500 | | | | | | |
| Training and T.A. | $      166,235 | | | | | | |
| Stakeholder/governance organization & dvlpmnt | $        9,000 | | | | | | |
| Family education, advocacy training and TA | $      157,000 | | | | | | |
| Starr/thology, Inc. | $       60,000 | | | | | | |
| Delivery system needs assessment | $      150,000 | | | | | | |
| Bilingual translations for written materials | $        5,000 | | | | | | |
| Oral bilingual translators (67 hrs @ $15/hr) | $        1,005 | | | | | | |
| Sign-language interpreters (100 hrs @ $20/hr) | $        2,000 | | | | | | |
| Social marketing program | $       20,000 | | | | | | |
| MIS consulting/organizational development | $        3,000 | | | | | | |
| CBMGS website development | $        5,350 | | | | $ | 1,450,000 | |
| Provider services | $         -    | | | | | | |
| Grant evaluation | $      170,000 | | | | | | |
| Flex funds | $      165,000 | | | | | | |
| Subtotal Contractual | $      913,590 | | | | | | |
| | | | | | | | |
| **RENT** | | | | | | | |
| Office space | $         -    | | | | $ | 181,030 | |
| | | | | | | | |
| **OTHER** | | | | | | | |
| child care (150 hrs at $10/hr) | $        1,500 | for mtgs., trainings, eval | | | | | |
| food | $        9,000 | for mtgs., trainings | | | | | |
| evaluation stipends (450 eval @ $20/eval) | $        9,000 | for interview/questionnaire completion | | | | | |
| local travel family members (300 @$10/each) | $        3,000 | to get to mtgs., trainings, eval. | | | | | |
| room rental | $        1,000 | for community meetings | | | | | |
| Subtotal Other | $       23,500 | | | | | | |
| | | | | | | | |
| SUBTOTAL | $    1,745,193 | | | | $ | 2,030,190 | |
| INDIRECT RATE (10%) | $      174,519 | | | | | | |
| **GRAND TOTAL** $    1,?????? | | | | **TOTAL MATCH** $    2,?????? | | **TOTAL OTHER** $    ??,??? | |

AS SUBMITTED IN YEAR 3 CONTINUATION APPLICATION (Spring 2004)

| | Grant Cost | | Months | FTE | In Kind |
|---|---|---|---|---|---|
| **STAFF** | | | | | |
| Principal Investigator | | | 12 | 0.1 | x |
| Project Director | | | 12 | 1 | x |
| Evaluation Assistant (parent) | x | | 12 | 0.5 | |
| Project MIS/Evaluation Liaison | x | | 12 | 1 | |
| Project Liaison to Fiscal Officer | | | 12 | 1 | x |
| Project Training & TA Liaison | x | | 12 | 1 | |
| Social Marketing/Communications Mgr. | x | | 12 | 1 | |
| Clinical Director | | | 12 | 1 | x |
| Administrative Assistant | x | | 12 | 1 | |
| Program Analyst | x | | 12 | 1 | |
| Family Coordinator | | | 12 | 1 | x |
| Youth Coordinator | | | 12 | 1 | x |
| Family Liaisons | | | 12 | 2 | |
| Key Family Contact | x | | 12 | 1 | |
| State/Local Liaison | | | 12 | 0.33 | x |
| Interagency Coordinator | x | | 12 | 1 | |
| MAPT Monitors/SOC QI | x | | 12 | 3 | |
| Subtotal Staff | $ | 647,286 | | | $ | 441,621 |
| | | | | | |
| **FRINGE (17.0%)** | $ | 110,039 | | | |
| | | | | | |
| **TRAVEL** | | | | | |
| Project staff, families, governance | $ | 65,000 | | | |
| | | | | | |
| **EQUIPMENT** | | | | | |
| 5 computers | $ | 10,000 | | | |
| 1 laptop | $ | 3,716 | | | |
| 1 network printer | $ | 2,500 | | | |
| 2 fax machines | $ | 1,800 | | | |
| 20 phones (monthly charge) | $ | 700 | | | |
| 6 cellular phones (purchase) | $ | 1,050 | | | |
| a/v equipment for community prgms | $ | 10,000 | o/h proj, vcr/monitor | | |
| cost start-up/Comm. Res. Ctr | $ | 50,000 | | | |
| seven passenger van | $ | 25,000 | | | |
| Subtotal Equipment | $ | 104,766 | | | |
| | | | | | |
| **SUPPLIES** | | | | | |
| software | $ | 175,000 | | | |
| office supplies | $ | 15,000 | | | |
| training materials | $ | 7,500 | | | |
| therapeutic/recreational supplies | $ | 25,000 | | | |
| Subtotal Supplies | $ | 222,500 | | | |
| | | | | | |
| **CONTRACTUAL** | | | | | |
| Training and T.A. | $ | 166,235 | | | |
| Starmthology, Inc. | $ | 60,000 | | | |
| FASA | $ | 50,000 | | | |
| Bilingual translators for written materials | $ | 10,000 | marketing/training/evaluation materials, brochures | | |
| Oral bilingual translators (200 hrs @ $15/hr) | $ | 3,000 | evaluation, needs assessment meetings | | |
| Sign-language interpreters (100 hrs @ $20/hr) | $ | 2,000 | family advocates, CBC for hearing impaired parents | | |
| Social marketing program | $ | 20,000 | | | |
| Provider services | $ | - | | | $ 15,125,000 |
| Grant evaluation | $ | 170,000 | | | |
| Family Liaison 2 | $ | 73,464 | | | |
| Subtotal Contractual | $ | 554,699 | | | |
| | | | | | |
| **RENT** | | | | | |
| Office space | $ | - | | | $ | 181,030 |
| | | | | | |
| **OTHER** | | | | | |
| Cell phones (18 at $40/mo each) | $ | 8,640 | | | |
| evaluation materials | $ | 7,500 | | | |
| marketing/training literature | $ | 5,000 | for consumers, providers, community | | |
| child care (300 hrs at $10/hr) | $ | 3,000 | for mtgs., trainings, eval | | |
| food (1,000 people at $5 each) | $ | 5,000 | for mtgs., trainings | | |
| evaluation stipends (300 eval @ $20/eval) | $ | 6,000 | for interview/questionnaire completion | | |
| travel vouchers (300 vouchers @$10/vchr) | $ | 3,000 | to get to mtgs., trainings, eval. | | |
| room rental | $ | 3,000 | for community meetings | | |
| Subtotal Other | $ | 41,140 | | | |
| | | | | | |
| **SUBTOTAL** | $ | 1,745,430 | | | $ 15,747,651 |
| **INDIRECT RATE (10%)** | $ | 174,543 | | | |
| **TOTAL** | $ | 1,919,973 | | | $ 15,747,651 |

**Attachment D.i.i.**
**Narrative for Budget Changes– Year 3**

**Personnel**. As discussed in the continuing application, the positions previously referred to as System of Care QI Monitors are being realigned into three newly created positions to be funded out of grant funds: a data analyst (grade 9/11) and clinical care coordinator (grade 13) and quality improvement coordinator (grade 13), to improve care coordination. The System Integration Coordinator position, created with grant funds last fall to help bridge the interface with other children-serving agencies through the system of care, is being recast as a SOC Clinical Care Coordinator (grade 13), to bring clinical decision making and a system of care perspective into Level of Care decisions and treatment planning. The position of Project MIS/Evaluation Liaison is being upgraded to the position of Performance Metrics and Technology Coordinator (grade 13) to strengthen attention to process and indicator development to support electronic service tracking and assessment of outcomes of care. The duties of the Project Training and TA Liaison are being expanded to include responsibility for cultural competency; the new position is Training, Technical Assistance and Cultural Competency Coordinator (grade 12).

Salary amounts have been prorated for new and/or currently vacant positions that will not be filled for the entire budget year. This has decreased total projected personnel costs from $647, 286 to $536,059.

**Fringe**. The amount of fringe has decreased from $110,039 to $91,130 as a result of the reduction in projected personnel costs.

**Travel**. No change is proposed in travel.

**Equipment**. The number of desktops computers to purchase has been revised from five to seven to provide for staff positions being filled; the number of laptop computers has been increased from one to three; the number of fax machines was decreased from two to one; and prices for all computer and telecommunications equipment have been revised to reflect current market prices. The line item for the audiovisual equipment for community presentations as the purchase of additional equipment is not needed.

Funding for the Community Resource Center and related seven-passenger van have been deleted. The logistical problems that would have resulted from trying to staff and use each of these more than offset the gains to having them potentially available. Instead, we believe that a more effective method of providing community resources will be through supporting existing family organizations and expanding family support efforts. Thus, the funding that had been identified for the resource center and the van has been moved under contracts to the line item for family education, advocacy training and TA.

**Supplies**. DC CINGS has discontinued using the Harmony $^{TM}$ information system due to implementation difficulties. Based on market research, we anticipate the cost of purchasing a new data tracking system to be $55,291. The line item for evaluation materials has been deleted from the "other" section; this funding has been included in office supplies. The marketing and

training literature and monthly cell phone expense line items under the "other" section have been moved to the supplies section.

**Contractual.** The only remaining cost associated with the Harmony system is $5,500 for implementation consultation in the last months of its use. A line item ($8,500) has been added to bring organizational development support to fully implementing the governance structure. The line item previously identified as FASA has been increased and the heading expanded to "family education, advocacy training and TA" to include not just support to FASA, but also additional support for other family organizations and/or community-based efforts to provide expanded family education, advocacy support and/or technical assistance. A comprehensive delivery system needs assessment has been added ($150,000) to provide baseline data on the adequacy of the current system vis a vis SOC values and principles. The budget for the social marketing program remains consistent with the original budget. Line items have been added for consultant costs related to implementing the new MIS system ($3,000) and developing the DC CINGS website ($5,350). The budgeted amounts for translation and interpretation services have been reduced (from $3,000 to $1,005 and from $2,000 to $1,000 respectively) because spending on these items is well below the original amounts budgeted. A line item ($165,000) has been added for flexible funding of alternative services not available through a Core Service Agency that specifically help support the MAPT Action Plan, Diversion/Step-down Plan or Family Team Meeting Plan to maintain the child/youth in his/her home.

**Other.** Costs related to monthly cell phones, evaluation materials and marketing and training literature have all been moved to the supplies section. Based on expenditures to date and updated projections of what will realistically occur in this budget year, funding for child care has been reduced from $3,000 to $1,500; funding for evaluation stipends has been reduced from $6,000 to $4,000; local travel for family members has been reduced from $3,000 to $1,000; and room rental fees reduced from $3,000 to $1,000.

GLOBAL PROPOSED BUDGET
(FY 2006 -YEAR 4)

| | Grant Cost | | | | Match | Other |
|---|---|---|---|---|---|---|
| | Salary range | Grade | Months filled | FTE | | |
| **PERSONNEL** | | | | | | |
| Project Director | $74,697 - $97,108 | 14 | 12 | | | |
| Performance Metrics and Technology Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | |
| Interagency Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | |
| SOC Clinical Care Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | |
| SOC Clinical Care Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | |
| Quality Improvement Coordinator | $63,211 - $82,180 | 13 | 12 | 1 | | |
| Social Marketing/Communications Mgr | $53,156 - $60,242 | 12 | 12 | 1 | | |
| Training TA/CC Coordinator | $36,656 - $45,205 | 9 | 12 | 1 | | |
| Program Analyst | $40,367 - $52,481 | 9 | 12 | 1 | | |
| Data Analyst | $29,966 - $38,954 | 7 | 12 | 0.5 | | |
| Evaluation Assistant (parent) | $29,966 - $38,954 | 7 | 12 | 1 | | |
| Program Support Assistant | $29,966 - $38,954 | 7 | 12 | 1 | | |
| Key Family Contact | | n/a | 12 | 0.1 | X | |
| Principal Investigator | | 15 | 12 | 0.33 | X | |
| State/Local Liaison | | 15 | 12 | 0.15 | X | |
| Director of Fiscal Policy | | 15 | 12 | 0.05 | X | |
| RTC Program Director | | 14 | 12 | 1 | X | |
| Clinical Director | | 14 | 12 | 0.05 | X | |
| Director, Access HelpLine & Div. of Care Coord. | | 14 | 12 | 1 | X | |
| Supervisor, Access Helpline & Div of Care Coord. | | 14 | 12 | 0.05 | X | |
| Supervisor, Clinical Psychologist | | 14 | 12 | 0.05 | X | |
| Provider Relations Coordinator | | 13 | 12 | 1 | X | |
| SOC Clinical Care Coordinator (13) | | 13 | 12 | 1 | X | |
| Youth Coordinator | | 13 | 12 | 0.05 | X | |
| Mental Health Services Coordinator | | 12 | 12 | 1 | X | |
| Fiscal Liaison Officer | | 12 | 12 | 0.7 | X | |
| Information Technology Specialist | | 12 | 12 | 0.25 | X | |
| Mental Health Specialist | | 12 or 13 | 12 | 0.1 | X | |
| Provider relations | | 7 or 8 | 12 | 2 | X | $ 79,661 |
| Family Liaisons | | | | | | |
| Subtotal Personnel | $ 764,155 | | | | $ 491,702 | |
| | | | | | | |
| **FRINGE** | | | | | | |
| Subtotal Fringe (17.0%) | $ 129,906 | | | | | |
| | | | | | | |
| **TRAVEL** | | | | | | |
| Subtotal Travel | $ 75,000 | Project staff, families, governance and family advocates | | | | |
| | | | | | | |
| **EQUIPMENT** | | Quantity | Unit price | | | |
| computers | $ 896 | 1 | $ 896 | | | |
| laptop | $ 1,904 | 1 | $ 1,904 | | | |
| portable printer | $ 336 | 1 | $ 336 | | | |
| server | $ 28,000 | 1 | $ 28,000 | | | |
| Subtotal Equipment | $ 31,136 | | | | | |
| | | | | | | |
| **SUPPLIES** | | | | | | |
| office supplies | $ 17,000 | | | | | |
| social marketing/printing | $ 5,000 | | | | | |
| phones (monthly charge) | $ 7,696 | 10 | $ 64 | | | |
| training materials | $ 3,500 | | | | | |
| Subtotal Supplies | $ 33,196 | | | | | |
| | | | | | | |
| **CONTRACTUAL** | | | | | | |
| Training and T.A. | $ 54,750 | | | | | |
| Provider Network | $ 100,000 | | | | | |
| Family education, advocacy training and TA | $ 100,000 | | | | | |
| Stakeholder/governance organization & development | $ 10,000 | | | | | |
| Family advocates | $ 50,000 | | | | | |
| data tracking software maintenance | $ 30,447 | | | | | |
| MIS consulting/organizational development | $ 3,000 | | | | | |
| DINGS website maintenance | $ 1,400 | | | | | |
| Social marketing and communications program | $ 20,000 | | | | | |
| Bilingual translators for written materials | $ 5,000 | | | | | |
| Oral bilingual translators (200 hrs @ $15/hr) | $ 3,000 | | | | | |
| Sign-language interpreters (100 hrs @ $20/hr) | $ 2,000 | | | | $ 1,740,800 | |
| Provider services | $ 162,500 | | | | | |
| Project evaluation | $ 175,000 | | | | | |
| Flex funds | $ 717,097 | | | | | |
| Subtotal Contractual | | | | | | |
| | | | | | | |
| **RENT** | | | | | | |
| Office space | $ - | | | | $ 184,650 | |
| | | | | | | |
| **OTHER** | | | | | | |
| child care (300 hrs at $10/hr) | $ 3,000 | for mtgs., trainings, eval | | | | |
| food | $ 5,000 | for family members attending meetings, trainings | | | | |
| evaluation stipends (450 eval @ $20/eval) | $ 9,000 | for interview/questionnaire completion | | | | |
| local travel - family members (300 @$10/each) | $ 2,500 | For family members | | | | |
| Youth Advisory Council | $ 60,600 | | | | | |
| room rental | $ 3,000 | for community meetings | | | | |
| Subtotal Other | $ 83,100 | | | | | |
| | | | | | | |
| SUBTOTAL | $ 1,833,592 | | | | $ 2,416,352 | |
| INDIRECT RATE (10%) | $ 183,359 | | | | | |
| TOTAL | $ | | | | | |
| Less Requested Carryover Year 1 and 2 | $ 562,269 | | | | | |
| Grant Support Requested | $ 1,454,682 | | | | $ 2,416,352 | $ |

**Attachment D. i.v.**
**Budget Narrative – Year 4**

**Personnel.** All staff positions will remain the same as revised during project Year 3 with the addition of the part-time positions for the Youth Leadership Team (4 youth working 15 hours per week at $12.00 per hour). A 4% cost-of-living adjustment is currently projected for D.C. personnel. With this, the salaries of project personnel paid by the CINGS grant will total $764,155.

**Fringe Benefits.** DC CINGS' fringe rate will remain the same and will account for the benefits previously reported. In Year 4, these benefits will total $129,906.

**Equipment.** Additional equipment will be purchased to support CINGS staff and partner stakeholders, including: 1 desktop computer, 1 laptop, and 1 portable printer. To support hosting the website and data system, we will purchase a server ($28,000).

**Supplies.** Office supply costs are budgeted at $17,000. Training materials are budgeted at $3,500. Social marketing materials are budgeted at $5,000. The monthly fee for 10 cell phones is budgeted at $7,698.

**Contractual.** Implementation of the new web-based data management system is budgeted at $30,447. A line item has been added to support MHRS providers in expanding services to address unmet service needs identified through the strategic planning and needs assessments processes ($100,000). The family education, advocacy training and TA line item has been continued at $100,000. Continuing organizational development support to the governance structure has been included ($10,000). Funding of family advocates is budgeted at $50,000. Funding is included for support of the MIS system ($3,000) and maintenance of the DC CINGS website ($1,400). Funding for contract services related to social marketing is maintained at $20,000. Funding continues for translation of written materials ($5,000), oral bilingual translation services ($3,000), as well as sign language interpreter services ($2,000). Project evaluation is funded at $162,500. The line items for flexible funding of alternative services is continued at $175,000.

**Rent.** Office space will be provided in-kind by the DMH. This is estimated at $184,650 and includes a 2% increase over Year 3.

**Other.** Other direct costs include childcare for family members participating in CINGS meetings, trainings, and evaluations ($3,000); snacks for community partners participating in CINGS meetings ($5,000); individual evaluation stipends at $20 per evaluation ($9,000); travel stipends for evaluation sessions ($2,500); and room rental for community meetings ($3,000).

Funding has been budgeted for ongoing support of the Youth Advisory Council. This line item is composed of $25 stipends per youth for each meeting (20 youth at $25/meeting for 24 meetings per year plus $150 for food per meeting = $15,600). Additional money is included for YAC retreats ($15,000) and for stipends for youth not on the Youth Leadership Team to participate in planning meetings and project evaluation (600 hours at $25 per two hour sessions = $15,000).

There is also $15,000 budgeted for production and duplication of a youth-developed video for training and development (which would be in addition to social marketing materials developed by and for youth).

**Indirect**. DMH maintains a 10% administrative cost rate.

DC CINGS is requesting total funding support of $2,016,951 of which $1,454,682 is Year 4 funding and $562,269 is from Year 1 and Year 2 carryover amounts.

OMB Approval No. 0348-0043

# APPLICATION FOR FEDERAL ASSISTANCE

| 2. DATE SUBMITTED | Applicant Identifier |
|---|---|
| April 28, 2005 | N/A |

| **1. TYPE OF SUBMISSION:** | | 3. DATE RECEIVED BY STATE | State Application Identifier |
|---|---|---|---|

| Application | Preapplication | | N/A |
|---|---|---|---|
| ☐ Construction | ☐ Construction | 4. DATE RECEIVED BY FEDERAL AGENCY | Federal Identifier |
| ☐ Non-Construction | ☐ Non-Construction | | |

## 5. APPLICANT INFORMATION

| Legal Name: D.C. Children Inspired Now Gain Strength | Organizational Unit: D.C. Department of Mental Health |
|---|---|
| Address (give city, county, state, and zip code): 64 New York Avenue, Suite 400, NE Washington, D.C. 20002 | Name and telephone number of the person to be contacted on matters involving this application (give area code) Shauna Spencer   202-673-4443 |

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):**

5 3 - 6 0 0 1 1 3 1

**7. TYPE OF APPLICANT:** (enter appropriate letter in box)  A

A. State
B. County
C. Municipal
D. Township
E. Interstate
F. Intermunicipal
G. Special District

H. Independent School Dist.
I. State Controlled Institution of Higher Learning
J. Private University
K. Indian Tribe
L. Individual
M. Profit Organization
N. Other (Specify): _____

**8. TYPE OF APPLICATION:**

☐ New    ☐ Continuation    ☐ Revision

If Revision, enter appropriate letter(s) in box(es): ☐ ☐

A. Increase Award    B. Decrease Award    C. Increase Duration
D. Decrease Duration    Other (specify):

**9. NAME OF FEDERAL AGENCY:**
SAMHSA, CMHS

| **10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:** 9 3 - 1 0 4 <br><br> TITLE: SM-02-002 | **11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:** |
|---|---|

**12. AREAS AFFECTED BY PROJECT** (cities, counties, states, etc.):

Washington, D.C.

**13. PROPOSED PROJECT:**

| Start Date | Ending Date |
|---|---|
| 10/01/05 | 09/03/06 |

**14. CONGRESSIONAL DISTRICTS OF:**

| a. Applicant | b. Project |
|---|---|
| Washington, D.C. | Washington, D.C. |

**15. ESTIMATED FUNDING:**

| | | |
|---|---|---|
| a. Federal | $ 1,454,682 | .00 |
| b. Applicant | $ 2,416,352 | .00 |
| c. State | $ | .00 |
| d. Local | $ | .00 |
| e. Other | $ | .00 |
| f. Program Income | $ | .00 |
| g. TOTAL | $ 3,871,034 | .00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

a. ☐ YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE _____

b. NO. ☐ PROGRAM IS NOT COVERED BY E.O. 12372

☐ OR PROGRAM HAS NOT BEEN SELECTED STATE FOR REVIEW

**17. IS APPLICATION DELINQUENT ON ANY FEDERAL DEBT?**

☐ YES    If "Yes," attach an explanation.    ☐ No

**18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.**

| a. Typed Name of Authorized Representative | b. Title | c. Telephone number |
|---|---|---|
| Martha B. Knisley | Director, DMH | 202-673-2200 |
| d. Signature of Authorized Representative | | e. Date Signed 4/27/05 |

Previous Editions Not Usable
Authorized for Local Reproduction

Standard Form 424  (Rev. 7-97)
Prescribed by OMB Circular A-102

OMB Approval No. 0348-0044

# BUDGET INFORMATION - Non-Construction Programs

## SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
| 1. | | $ | $ | $ 1,454,682 | $ 2,416,352 | $ 3,871,034 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. TOTALS | | $ | $ | $ 1,454,682 | $ 2,416,352 | $ 3,871,034 |

## SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total (5) |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | |
| a. Personnel | $ 764,155 | $ 491,702 | $ | $ | $ 764,155 |
| b. Fringe Benefits | 129,906 | | | | 129,906 |
| c. Travel | 75,000 | | | | 75,000 |
| d. Equipment | 31,136 | | | | 31,136 |
| e. Supplies | 33,198 | | | | 33,198 |
| f. Contractual | 717,097 | 1,740,000 | | | 717,097 |
| g. Construction | 0 | 184,650 | | | 0 |
| h. Other | 83,100 | | | | 83,100 |
| i. Total Direct Charges (sum of 6a - 6h) | 1,833,592 | | | | 1,833,592 |
| j. Indirect Charges | 183,359 | | | | 183,359 |
| k. TOTALS (sum of 6i and 6j) | $ 2,016,951 | $ 2,416,352 | $ | $ | $ 2,016,951 |
| 7. Program Income | $ | $ | $ | $ | $ |

Standard Form 424A (7-97)