IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, *et al.*,<br><br>Defendants. | Civil Action No. _____ |

## DECLARATION OF LAVOHNEE CADE

I, the undersigned, Lavohnee Cade, hereby certify under penalty of perjury that:

1. My name is Lavohnee Cade. My home address is 1303 Trinidad Ave NE, Washington DC 20002.

2. I am the grandmother of four special needs children, and am the primary caregiver for all of them.

3. My grandson Donte was diagnosed in 1995 at the age of four with mild mental retardation. When I took over as his primary caregiver in 1995, he was not yet toilet-trained despite his age.

4. My granddaughter Dana was diagnosed around 1999, at around the age of five, with ADHD, and suffered from lead poisoning.

5. My grandson Tavonne was diagnosed around 2000 with speech difficulties in around the age of seven.

1

6. My granddaughter Pernice was diagnosed in 1999 or 2000 around the age of fifteen with bipolar disorder.

7. I tried to navigate the various programs to find help, both directly for Donte and Dana and for me, to help me to raise them. After almost three years of frustration, I was told about the Family Advocacy and Support Association (FASA) in 1998.

8. I joined FASA in 1998, and began attending support meetings and parent trainings. FASA provided me with instruction and guidance on raising a child with special needs.

9. Donte, Dana, and Tavonne also began attending FASA programs in 1998. These programs were designed for children with special needs. Attended cultural heritage programs – self-confidence and self-awareness was boosted, and helped to adjust their behavior. Tavonne also attended FASA programs, and learned how to channel his energy in positive ways.

10. Donte, Dana, and Tavonne attended FASA programs every weekend, and also joined me in attending support meetings every other week. From 1998 to 2003, Donte, Dana, and Tavonne attended FASA's summer programs, which lasted from six to twelve weeks. Pernice also attended FASA programs, but not as frequently as my other grandchildren.

11. Donte, Dana, and Tavonne have told me that they look forward to the activities and field trips that FASA organized for them, and that they miss taking part in FASA's activities.

12. My grandchildren's attendance at FASA programs provided them with positive reinforcement, and I could see a noticeable positive change in their behavior. Additionally, I learned how to react in a constructive way to their difficulties.

13. Two of my great-grandchildren also suffer from frontal lobe epilepsy, and because of my encouragement their mother started attending FASA meetings in 2001. As a result of her attendance at FASA meetings, she had the children examined by a doctor, who diagnosed their condition. FASA also provided guidance about treatment and school placement.

14. My granddaughter Pernice wrote a poem, and read it at FASA's annual conference in 2000. She received a very good response from the audience, which helped her self-esteem a great deal. She also read poems at some of FASA's regular meetings, and is now keeping a book of her poems and hopes to publish them. She does not have other outlets for her creative energy, and if FASA cannot hold its meetings she will lose this chance to show her talent and boost her self-worth.

15. My grandchildren had planned to participate in the FASA summer program this summer. However, I am told that FASA has not been able to plan its summer program due to lack of funding.

16. If my grandchildren Donte, Dana, Tavonne, and Pernice are not able to take part in the FASA's programs – including the summer program this summer – I do not know what activities they will participate in. I work full-time, and thus cannot supervise them during the day. I am afraid that they are reaching the age where they can be exposed to very negative elements in the community, and that without FASA, they will not have anything positive to look forward to over the summer to buffer or soften the harsh realities that they must face.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2005 in Washington, DC.

*[signature]*
Lavohnee Cade