## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No.** _____ |
| **MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, *et al.*,** | ) ) ) ) | |
| **Defendants.** | ) ) ) ) | |

## DECLARATION OF JUNE CASH

I, the undersigned, June Cash, hereby certify under penalty of perjury that:

1.  My name is June Cash. My home address is 3002 Park Place NW, Washington DC 20001.

2.  I am the legal guardian of two girls, one of whom has special needs. The girls, Danae and Diamond, were first placed in my home at the ages of five and six, when I was made their kinship care provider. Later I became their foster parent, and I legally adopted them when they were eight and nine years old. They are now twelve and thirteen years old.

3.  When the girls were first placed with me, I did not know their needs.

4.  When Danae first came into my home, she would act out and cry when it was time for her to go to bed, and did not sleep well at night. Though she was five years old, she could not read, or even recite or identify numbers or letters, and she seemed to have other emotional needs.

5.  After I requested that Danae be evaluated in 1998, Danae was diagnosed with attention deficit hyperactivity disorder, commonly know as ADHD, and also suffered from

depression. In addition, I learned that both girls had been sexually abused prior to coming to my home.

6.    The issues brought up by Danae's diagnosis and both girls' abuse were totally foreign to me. I had no idea how to deal with these issues, and I didn't know where to turn. Social workers were not helpful when I tried to talk to them about dealing with the girls' problems, and they either talked around the subject or didn't call me back.

7.    In 1999, I was referred to the Family Support and Advocacy Association (FASA) by Hillcrest Childrens Center. I have been an active member of FASA ever since.

8.    From the beginning of my involvement with FASA, the organization has always given me support and demonstrated concern for my children and others.

9.    Once I presented my situation and Danae's and Diamond's needs, and asked for help in getting assistance for Danae, FASA was there for me. FASA offered advice, as well as more structured trainings and workshops for parents, to help us navigate the system of assistance for our children with special needs.

10.    Through my participation in FASA trainings, I have learned to understand and read the Individual Education Plan (IEP), and have also learned how to advocate for better treatment for my children. FASA also directed me toward resources for my children. I have also participated in trainings on advocating for my child in the court system.

11.    FASA has also helped me to understand my children's special needs, and helped me to learn how to speak with and understand my children. Through meetings where I listened to other parents sharing similar experiences, I realized that I was not alone in this process, and that I could learn from these parents as well. These meetings also gave me a chance to speak about my experiences, and I drew comfort from the support offered by other parents in similar situations.

12.    FASA also ran workshops for arts and crafts for the children, as well as cultural heritage tours and workshops, movie nights, plays and performances, dinners, field trips to historic and recreational destinations, and other activities for the children that were both fun and educational. Danae and Diamond have regularly participated in FASA's activities since 1999. Through these activities, both children have improved their self-confidence, their self-worth, and their social skills. Even more, they both have enjoyed the programs very much.

13.    Danae has benefited so much from FASA, and the progress she has made is amazing. She has gone from three medicines to one since she began participating in FASA's activities. Although she used to be put in a special education class with only five students, she now sits in the regular class with fifteen other students, just like the other

kids. She no longer regularly attends in-depth therapy, because FASA has provided her and me with the tools to work through many problems at home.

14. When Danae moved into my home, she acted out and had trouble sleeping at night. Now she is a model student and achiever, and is a loving and wonderful child at home.

15. Additionally, Diamond has also benefited from FASA's services. Through its programs, she has learned how to understand the abuse that she suffered, to understand that it does not define her and that she can achieve her goals.

16. When Diamond moved into my home, she was extremely shy, antisocial, and closed off. Thanks to FASA's programs, she is now an honor roll student, and will be representing her school and her community at the Junior National Leadership Conference this summer.

17. Ms. Phyllis Morgan, president of FASA and members was and is always available to assist my family and other families in the community with our concerns. Ms. Morgan is a person who is defiantly for the children and one to reach out to the community she has my full support.

18. FASA has had to stop its programs because of a lack of funding. This has hurt not just FASA, but the community, because these funds are critical to reaching out to the community and my family.

19. Before, FASA's office space was adequate to provide trainings, workshops, meetings, and other activities for both the children and parents in our community. Because of the lack of funding, FASA was forced to close its offices, and now holds meetings in a member's home, which does not have enough space for FASA's activities. This lack of space is hampering FASA's ability to reach out to the community, and parents I have met in the community or talk to on the phone are missing out on trainings, advice, and advocacy to help them get assistance within the District of Columbia mental health system.

20. Not getting funded has already caused a slow down and in some cases a stop in training and services for parents, our children and others in the community who may not know of different resources/organizations such as FASA. In many ways, FASA is totally unique, and there is no other resource that can take its place.

21. If FASA is not able to run its summer program, my children Danae and Diamond will not have the needed assistance and guidance to help motivate them through the summer months while they are out of school and I am at work. They may have a set back to what

they see other children doing who do not receive the services that have been provided to Danae and Diamond. If FASA is unable to continue its programs, I am afraid that all the progress that my children have made with the help of FASA could be undone.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2005 in Washington, DC.

June Cash