IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND SUPPORT )
ASSOCIATION, )
 )
      Plaintiff, )
 )
v. )  Civil Action No. _____
 )
MARTHA B. KNISLEY, Director, Department )
of Mental Health of the District of Columbia, *et al.*, )
 )
      Defendants. )
 )

## DECLARATION OF AGNES CHASE

I, the undersigned, Agnes Chase, hereby certify under penalty of perjury that:

1. My name is Agnes Chase. My home address is 1330 Orren Street NE #3 Washington DC 20002.

2. I am the grandmother of a special needs child, Jessica, for whom I have primary childcare responsibility and legal custody. Jessica is currently fourteen years old.

3. Jessica was first placed in special education classes four years ago, because her teachers said that she had trouble learning and had difficulties dealing with her peers. It was not until 2004, however, that Jessica was formally diagnosed with attention deficit hyperactivity disorder (commonly known as "ADHD") and emotional defiance.

1

4. I have been a member of the Family Advocacy and Support Association (FASA) since 2000.

5. As a FASA member, I have been able to attend the organization's support meetings and training sessions for parents of special needs children.

6. Through my participation in FASA, I have learned a great deal about techniques and strategies for effective parenting of children with special needs. I have taken part in trainings, and have also met other parents of special needs children. Through these meetings, I have learned from their experiences and I feel that these meetings and other FASA activities have made me more effective in providing guidance and parenting to Jessica.

7. My participation in FASA has also taught me skills for advocating for Jessica and for myself, to best get help for Jessica. I have also been able to share the knowledge and skills that I have gained through FASA with parents of other special needs children, to help them navigate the system of assistance for their children.

8. Because FASA is no longer running its programs for parents, I have lost the opportunity to draw upon its resources and expertise on parenting children with special needs. I also can no longer help to train other parents through FASA's programs, and cannot pass on the knowledge I have gained through my participation in FASA.

9. Jessica, in addition to benefiting indirectly from FASA through my increased knowledge and training, has attended FASA programs since 2000. These programs were specially designed for children with special needs, and they have helped her to learn and grow by addressing her special learning needs.

10. In the past, Jessica participated in FASA's annual summer program, involving retreats and educational field trips. She also attended three multi-day conferences designed to foster mutual understanding among children from various backgrounds.

11. During FASA meetings, Jessica also sometimes helped take care of some of the younger children, which I think was an important chance for her to exercise some responsibility.

12. About every other week, Jessica attended FASA meeting for children, where she had the chance to discuss issues relating to growing up as well as life skills. I think that Jessica benefited from the chance to discuss her thoughts with her peers in a structured setting.

13. As the adult with responsibility for Jessica, I saw firsthand how she was able to learn and grow through FASA's programs. Before she started FASA's programs, Jessica kept to herself and was sometimes very closed off. She sometimes would just shut down. But FASA wouldn't let her just close down – they got Jessica and the other children to talk

about their problems and things that made them upset, and the children could work through their problems. Through FASA's programs, Jessica learned how to interact with other children. She no longer just shuts down when she is upset, but now she is able to talk with me about why she is upset about something. Her behavior has improved so much because of her participation in FASA.

14. Jessica has not attended FASA programs since summer 2004, when I was told that because FASA was no longer receiving funding from the District of Columbia government, it could not continue to run its programs for special needs children like Jessica.

15. Until the programs were stopped in 2004, Jessica regularly attended several of FASA's programs, as I stated above.

16. Because FASA is no longer running its programs, Jessica and other District youth will not be able to attend FASA's summer cultural heritage program, its field trips to museums and other educational destinations, and its other programs.

17. I have seen firsthand how FASA has helped my granddaughter Jessica to overcome her learning difficulties. I fear that if FASA is not able to continue its programs, Jessica will regress, and may lose some of the progress that she has made through FASA. I want Jessica to be successful and to know that she has people she can call on, and without FASA, she will lose an important source of support and assistance.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2005 in Washington, DC.

_____
Agnes Chase