IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAMILY ADVOCACY AND SUPPORT )
ASSOCIATION, )
)
Plaintiff, )
)
v. )
)
MARTHA B. KNISLEY, Director, Department )
of Mental Health of the District of Columbia, *et al.*, )
)
Defendants. )
)

CASE NUMBER  1:05CV01161

JUDGE: Ellen Segal Huvelle

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/09/2005

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Neil H. Koslowe, pursuant to Local Civ. R 83.2(d), moves this court for entry of an Order permitting Cynthia P. Abelow to appear in this action, *pro hac vice*, on behalf of the Family Advocacy and Support Association. A declaration by Ms. Abelow in support of this motion and a proposed Order are attached.

Movant respectfully requests that Cynthia P. Abelow be permitted to appear *pro hac vice* on behalf of the Family Advocacy and Support Association in this action and that an Order be issued to that effect.

_____
Neil H. Koslowe (D.C. Bar No. 361792)
Shearman & Sterling LLP
801 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 580-8100
Email: neil.koslowe@shearman.com

Dated: June 8, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN − 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia,** *et al.*, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05 1161 |

### DECLARATION OF CYNTHIA P. ABELOW
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Cynthia P. Abelow, declare that:

1. I am a member of the Washington office of Shearman & Sterling LLP, located at 801 Pennsylvania Avenue NW, Washington, D.C. 20004. My telephone number is (202) 508-8029.

2. I am admitted to the bar of the state of Virginia.

3. I am admitted to the bar of the District of Columbia (D.C. Bar number 488206).

4. I certify that I have not been disciplined by any bar and that I am in good standing with the Bar of the District of Columbia and the Bar of the Commonwealth of Virginia.

5. I have not been admitted *pro hac vice* to this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2005

*Cynthia P. Abelow*
/s/ Cynthia P. Abelow