# District Exhibit No. 1

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF MENTAL HEALTH



**OFFICE OF THE DIRECTOR**

April 28, 2005

Lisa Rubenstein, Project Officer
Substance Abuse and Mental Health Services Administration
One Choke Cherry Road, Room 6-1054
Rockville, Maryland 20857

RE: Grant No. 6 U79 SM54498-04-1

Dear Ms. Rubenstein:

We are pleased to submit the attached continuation application for Year 4 of the District of Columbia Children Inspired Now Gain Strength (CINGS) cooperative agreement for the comprehensive community mental health services for children and their families program for the period September 30, 2005 through September 29, 2006.

I think you will see that we have demonstrated our commitment to achieving the goals envisioned in the initial application and aligned project resources to assure that occurs. Most importantly, you will see that we are committed to assuring full family and youth participation throughout the governance, operating and programmatic structures.

Please call me (202-673-2200) or Shauna Spencer (202-673-4443) if you have questions or need additional information in your consideration of this application. We look forward to discussing this with you personally at our meeting in your office on May 4, 2005.

Yours truly,

Martha B. Knisley
Principal Investigator

Enclosure