# District Exhibit No. 2

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF MENTAL HEALTH**

Office of Program, Policy & Planning (OPPP)
Child and Youth Services Division, 4th Floor
64 New York Avenue, NE
Washington, D. C. 20002



April 5, 2004

Ms. Phyllis Morgan
President
Family Advocacy and Support Association
1289 Brentwood Road, N.E., #1
Washington, D.C. 20018

Delivered by Facsimile and
Registered/Return Receipt Mail

Dear Ms. Morgan:

I am requesting that you forward to this office all quarterly financial reports covering the period October 1, 2002 through September 30, 2003 that involve expenditure of $15,000.00 in Sub-Grant funds awarded to the Family Advocacy and Support Association (FASA) under the D. C. CINGS grant initiative. These reports should begin during the quarter you received the funding check for $15,000. A copy of the Sub-Grant award is enclosed. I ask that in preparing your report you follow the reporting protocol outlined on page three of the enclosed award and that you submit these reports by no later than Friday, April 23, 2004.

We thank you for your attention to this matter and for the work your organization has done on behalf of child and families in the District of Columbia.

Sincerely,

Nicholas Geleta, Ph.D.
Project Director
D.C. CINGS

Enclosure:

Cc: Ella Thomas
    Winford Dearing