# District Exhibit No. 3

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF MENTAL HEALTH



# MEMORANDUM

TO: Nicholas Geleta, Ph.D.
Project Director
D.C. CINGS

FROM: Bert Davis, Jr.
Internal Auditor

DATE: August 9, 2004

SUBJECT: Review of FASA expenditures

## BACKGROUND

At your request, I have performed a review of the expenditure detail you received from Phyllis Morgan at the Family Advocacy and Support Association of Washington, DC (FASA). The expenditures relate to a $15,000 six-year sub-grant for the purpose of developing a comprehensive system of community-based care for District children with serious emotional disturbance and their families. I also reviewed the grant agreement as well as a report provided by the program.

Since I compiled the expenditure detail on an attached spreadsheet, I will not repeat item detail in this memo.

## GENERAL OBSERVATIONS

**Quarterly reporting required in the sub-grant agreement was not followed.** According to your letter dated May 26, 2004 to Phyllis Morgan, the report she prepared covered the period October 1, 2002 to September 30, 2003. Section III of the agreement requires quarterly reports no later than the 10th day of the following quarter. Since the grant was awarded August 8, 2003, the report covering the period in question should have been dated no later than October 10, 2003. Since her report is signed April 22, 2004, the program is in violation of this section. While a delay of as much as 30 days could be overlooked, more than 6 months is unacceptable. Whether or not this is an oversight on your or her parts, I leave for you to determine.

1

**Quarterly report content was not followed.** Under Section III, the report is required to include copies of receipts for all expenditures. I think you would agree that canceled checks do not constitute receipts. Actual receipts were provided for only $5,884.00 of the total $13,253.97 expended during the period. It is highly likely the federal agency that awarded the grant to DMH would disallow the remaining $7,369.97 in expenditures.

## SPECIFIC OBSERVATIONS

**Checks written to FASA principals.** 16 checks totaling $5,829.92 were written directly to Phyllis Morgan Proctor or Juanita Long, principals of FASA. This is a highly unusual practice that indicates a weak system of internal controls over the purpose of the expenditures. This matter is made worse by the fact that receipts were not provided for any of the expenditures. This practice should be explicitly forbidden in any future amendment to the sub-grant agreement.

**Check written to "Cash".** 3 checks totaling $2,750.00 were written to "Cash". No receipts were provided for these expenditures. Again, this is indicative of a very weak system of internal controls. This too should be forbidden in any future amendment to the sub-grant agreement.

**Computer purchase.** 1 check made to "Cash" was reportedly for $2,000.00 for a computer. On August 28, 2003, Ms. Morgan-Proctor faxed you a letter listing how FASA intended to spend the $15,000.00 sub-grant. No computer purchase was listed in this letter. Absent some prior written approval from you, this sub-grant should not have been used to purchase a computer. Whether or not this is a violation of the agreement, I leave to you to determine.

**Williamsburg board retreat.** The 4-day board retreat to Williamsburg cost $6,315.97 or 48% of total expenditures for the period. Given the cost-effectiveness of the excellent meeting facilities locally, I would question the judgment of using such a large part of the grant to fund out-of-town travel.

**Training expenditures.** Outside of the board retreat, only $1,200.00 (9% of total) was reportedly spent on training and refreshments for training sessions. Should you choose to renew the sub-grant, presumably there are plans to spend much larger portions of grant monies on training in the future.

## CONCLUSION

I believe it is clear that the administration of the sub-grant leaves vast room for improvement. Substantial additional training and technical assistance are required before any additional funds are awarded to this family organization in area of accounting and fiduciary responsibilities as a 501.c.3. Not for profit organization. I recommend that you have Anne Sturtz, DMH General Counsel review the agreement to amend it to improve the overall accountability. I'll be glad to work with the both of you on strengthening the language of the agreement.

District of Columbia Department of Mental Health
FASA Subgrant
Expenditure Detail    Produced by Mr. Bert Davis, Jr.

| Chk # | Date | Payee | Amount | Purpose | W'sburg | Supplies | Graduation | Workshop | Peer to Peer | Food | Reach Loan | Computer | Receipt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 08/14/03 | Clarion George Washington Inn | $4,464.60 | Retreat to FASA | $4,464.60 | | | | | | | | N |
| 103 | 08/20/03 | Brenda Jones | $195.88 | Staples 8/19/03 | | $195.88 | | | | | | | N |
| 104 | 08/20/03 | Cash | $500.00 | Graduation expense | | | $500.00 | | | | | | Y |
| 110 | 08/04/03 | Juanita Long | $126.46 | Staples supplies, bookkeeping | | $126.46 | | | | | | | N |
| 110 | 08/29/03 | Phyllis M Proctor | $284.75 | AOL/Staples supplies | | $284.75 | | | | | | | N |
| 111 | 08/28/03 | Phyllis M Proctor | $447.87 | School supplies | | $447.87 | | | | | | | N |
| 112 | 08/04/03 | Phyllis M Proctor | $90.93 | Staples supplies | | $90.93 | | | | | | | N |
| 119 | 09/06/03 | Patricia Nesy | $75.00 | Workshop | | | | $75.00 | | | | | N |
| 120 | 09/08/03 | Phyllis M Proctor | $263.24 | Food & supplies | | $263.24 | | | | | | | N |
| 122 | 09/08/03 | Phyllis M Proctor | $225.00 | Peer to peer | | | | | $225.00 | | | | N |
| 128 | 08/04/03 | Phyllis M Proctor | $500.00 | Picnic expense | | | | | | $500.00 | | | N |
| 128 | 08/08/03 | New World Bus Company | $1,400.00 | Trip to Williamsburg | $1,400.00 | | | | | | | | N |
| 129 | 08/15/03 | Juanita Long | $173.00 | Supplies | | $173.00 | | | | | | | N |
| 128 | 08/18/03 | Phyllis M Proctor | $431.37 | Williamsburg expense | $431.37 | | | | | | | | N |
| 130 | 08/15/03 | Juanita Long | $75.00 | Peer to peer | | | | | $75.00 | | | | N |
| 131 | 09/15/03 | Phyllis M Proctor | $239.42 | Office food & supplies | | | | | $75.00 | $239.42 | | | Y |
| 132 | 08/15/03 | Phyllis M Proctor | $75.00 | Peer to peer | | | | | $75.00 | | | | Y |
| 134 | 09/15/03 | La Vohnee (sp?) Cade | $500.00 | Graduation expense | | | $500.00 | | | | | | N |
| 135 | 08/20/03 | Phyllis M Proctor | $250.00 | Dinner | | | | | | $250.00 | | | N |
| 138 | 10/01/03 | Cash | $150.00 | Workshop | | | | $150.00 | | | | | N |
| 144 | 10/11/03 | Arthur Rico Rush | $100.00 | Loan to Reach | | | | | | | $100.00 | | N |
| 145 | 10/11/03 | Phyllis M Proctor | $100.00 | Loan to Reach | | | | | | | $100.00 | | N |
| 146 | 10/11/03 | Phyllis M Proctor | $104.00 | Food & dinner | | | | | | $104.00 | | | N |
| 147 | 10/11/03 | Elaine Bush | | | | | | | | | | | |
| 148 | 10/16/03 | FFCMH | $100.00 | Chapter fee | | $100.00 | | | | | | | N |
| 150 | 10/27/03 | Cash | $2,000.00 | Computer | | | | | | | | $2,000.00 | N |
| 159 | 11/18/03 | Verizon | $285.45 | 202-526/5435 | | $285.45 | | | | | | | N |
| | | | $13,253.97 | | $6,315.97 | $1,969.58 | $1,000.00 | $225.00 | $450.00 | $1,093.42 | $200.00 | $2,000.00 | |