# District
# Exhibit No. 4

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF MENTAL HEALTH**
**Office of Program and Policy (OPP)**
**Child and Youth Services Division, 4th Floor**
**64 New York Avenue, NE**
**Washington, D. C. 20002**



August 27, 2004

Ms. Phyllis Morgan
President
Family Advocacy and Support Association
1289 Brentwood Road, N.E., #1
Washington, D.C. 20018

Delivered by Facsimile and
Registered/Return Receipt Mail

Dear Ms. Morgan:

As I indicated in my last letter to you dated June 29, 2004, I forwarded the financial expense documents that you sent to me for FASA's Year One D.C. CINGS grant award to the DMH Internal Auditor, Bert Davis, Jr. for a complete review. This is a mandatory action to ensure that accurate records are maintained in accordance with appropriate accounting principle and practice. Mr. Davis has concluded his review and issued a report of his findings.  This report is enclosed. The report indicates that the booking-keeping and accounting practices currently utilized by FASA are substantially and significantly out of line with the minimal usual and customary practices expected in this area.

I am respectfully requesting that you closely review his report and prepare a written response that includes a plan of corrective action that should be submitted to this office by no later than C.O.B. Thursday, September 2, 2004. As such, funding will not be available until the issues and concerns are resolved and a plan of corrective action that includes training and technical assistance is in place.

In an effort to assist FASA in developing the procedures and practice that will address the concerns raised in the Internal Auditor's report I am offering to make available training and technical assistance provided to grantees in this area through our Peer Mentor, Kenley Wade, and our Senior Advisor, Joyce Burrell and the Technical Assistance Partnership.

We thank you for your attention to this matter and for the work your organization has done on behalf of child and families in the District of Columbia.

Sincerely,

Nicholas Geleta, Ph.D.
Project Director
D.C. CINGS

Enclosure (1)

Cc: The Honorable Eleanor Holmes Norton
    Member U.S. House of Representatives

1

Sandra Allen
Member, District of Columbia City Council

Robert Bobb
City Administrator/Deputy Mayor

Neil Albert
Deputy Mayor Children, Youth, Families and Elders

Martha Knisley
Director, Department of Mental Health

Anne Sturtz
General Counsel, Department of Mental Health

Bert Davis
Internal Auditor, Department of Mental Health

Heather McCabe
Associate Deputy Director, Office of Policy and Programs, Department of Mental Health

Velva Spriggs
Director, Child and Youth Division, Office of Policy and Programs, Department of Mental Health

Harriet Crawley
Family Coordinator, D.C. CINGS

Gary Blau
Chief, Child, Adolescent and Family Branch, Substance Abuse Mental Health Services Administration

Lisa Rubenstein
Project Officer, Child, Adolescent and Family Branch, Substance Abuse Mental Health Services
Administration

Kenley Wade
Peer Mentor, Technical Assistance Partnership

Joyce Burrell
Senior Advisor, Technical Assistance Partnership

2