# District Exhibit No. 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND SUPPORT :
ASSOCIATION :
:
       Plaintiff, : Civil Action No. _____
: 
v. :
:
MARTHA B. KNISLEY, et al., :
:
       Defendants.

## DECLARATION OF SHAUNA SPENCER

I, Shauna Spencer, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts.

2. I am a citizen of the United States of America, over the age of 18.

3. I am currently employed by the Department of Mental Health ("DMH") as the Interim Director of Children and Youth Services. I have been employed in this capacity since March 15, 2005. Prior to my appointment as the Interim Director of Children and Youth Services, I was employed as the Director of Community and Crisis Support by DMH.

4. I have worked as an Independent Consultant since November 2001 and in that capacity, was retained by the Department of Mental Health to run three high profile grants awarded to the District in the wake of September 11 and the Metro Region Sniper. I have served as a consultant to SAMHSA, NASMHPD and a number of State Mental Health Authorities providing technical assistance in getting funding and managing federally funded emergency programs. Prior to working as a consultant, I was the Director of the Health Care Safety Net, reporting to the Director of the Department of Health and previously served as the Sr. Vice President for Managed Care, Business Development and Community & School Health for the DC Health and Hospitals Public Benefit Corporation.

5. I have over seven years of experience working in public health/mental health and 25 years experience in the management of health care delivery systems.

6. As the interim Director of Children and Youth Services, I have responsibility for overall leadership of child and youth serving programs operated by the

      Department as well a targeted capacity expansion grant for youth aging out of foster care, I am also responsible for overseeing the implementation of the programs required by the D.C. Children Inspired Now Gain Strength ("CINGS) Cooperative Agreement.

7.    To my knowledge, FASA does not have a sub-grant agreement or contract in effect with DMH for the provision of any services for FY 2005.

8.    When I assumed Interim Director responsibilities, I met with Phyllis Morgan, president of FASA, to introduce myself and begin to establish a dialogue that I hoped would lead to a collaborative relationship. We met on May 6, 2005. Phyllis told me that her invoices for this current year had not been paid and I explained that they would not be paid because there was no contractual relationship between FASA and the Department of Mental Health.

9.    I also told Phyllis that it appeared a portion of those funds that had been allocated FASA under the original CINGS grant budget for Year 3 had been used to fund individual contracts with FASA members who were serving in advocates' roles for the project. Those members are Dorthia Austin, Andera Bush, Patricia Moses and Elaine T. Bush.

10.    At that meeting, I told Phyllis that I was willing to go ahead with a similar arrangement with her, on an individual level so that she could receive compensation for her work on the CINGS project this year.

11.    I also talked with her about exploring a role for the project to fund technical assistance for FASA this Summer, as offered in Nick Geleta's letter to FASA of August 27, 2004. I made it clear to her then that, if appropriate financial and legal procedures were in place, DMH and FASA could discuss a contract in the FY05 budget for FASA with the DC CINGS project.

12.    After my meeting with Phyllis on May, 6, 2005, I followed up with her by telephone on May 25, 2005 and also mailed her the draft scope of work and a template for a proposal to provide advocacy services that she would need to submit.

_6/10/05_
Date

_Shauna Spencer_