UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION ) ) ) ) Plaintiff, ) ) v. ) ) MARTHA B. KNISELY, *et al.*, ) ) Defendants. ) ) | Civil Action No. 05-1161 (ESH) |

ORDER

This case is before the Court for consideration of Plaintiff's Application for Temporary Restraining Order and Defendants' Memorandum Of Points And Authorities In Opposition thereto. After review of the parties' submissions, oral argument of counsel on June 13, 2005, and the entire record herein, it is hereby:

ORDERED, that Plaintiff's Application for Temporary Restraining Order be, and the same is hereby, DENIED.

SO ORDERED.

DATE: _____        _____
                                   ELLEN S. HUVELLE
                                   United States District Judge