EXHIBIT 2

JUN-10-2005 16:56   SAMHSA/DGM                              301-594-2774   P.02/19

Version 7/05

# APPLICATION FOR FEDERAL ASSISTANCE

**2. DATE SUBMITTED:** 5/18/05
**Applicant Identifier:** N/A   54498

**1. TYPE OF SUBMISSION:**

Application — Preapplication
- [ ] Construction      [ ] Construction
- [X] Non-Construction  [ ] Non-Construction

**3. DATE RECEIVED BY STATE:** N/A
**State Application Identifier:** N/A

**4. DATE RECEIVED BY FEDERAL AGENCY:**
**Federal Identifier:**

## 5. APPLICANT INFORMATION

**Legal Name:** D.C. Children Inspired Now Gain Strength
**Organizational Unit:**
**Department:** D.C. Department of Mental Health
**Organizational DUNS:**
**Division:** D.C. CINGS / Office of Programs & Policies

**Address:**
**Street:** 64 New York Avenue, Suite 400, NE
**City:** Washington
**County:**
**State:** D.C.
**ZIP:** 20002
**Country:**

**Name and telephone number of the person to be contacted on matters involving this application (give area code):**
**Prefix:** Ms.   **First Name:** Shauna
**Middle Name:**
**Last Name:** Spencer
**Suffix:**

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):** 53-6001131
**Phone Number:** 202-673-4443   **FAX Number:** 202-671-2971

**8. TYPE OF APPLICATION:**
- [ ] New   [X] Continuation   [ ] Revision

If Revision, enter appropriate letter(s) in box(es):

**Other (specify):**

**7. TYPE OF APPLICANT:**
N. Other (Specify)
**Other (Specify):** District of Columbia

**9. NAME OF FEDERAL AGENCY:** SAMHSA, CMHS

**10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:** 93-104
**TITLE (Name of Program):** SM-02-002

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:**
Interagency/Family Cooperative Agreement establishing a Comprehensive Community based System of Care for Children with serious emotional disturbance and their families.

**12. AREAS AFFECTED BY PROJECT (cities, counties, states, etc.):**
Washington, D.C.

**13. PROPOSED PROJECT:**
Start Date: 10/1/05   Ending Date: 9/3/06

**14. CONGRESSIONAL DISTRICTS OF:**
a. Applicant: Washington, D.C.
b. Project: D.C. CINGS / Washington, D.C.

**15. ESTIMATED FUNDING:**

| | |
|---|---|
| a. Federal | $ 1,255,000.51 |
| b. Applicant | $ |
| c. State | $ |
| d. Local | $ |
| e. Other | $ |
| f. Program Income | $ |
| g. TOTAL | $ 1,255,000.51 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**
a. [X] YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:
DATE 5/3/05
b. [ ] NO. PROGRAM IS NOT COVERED BY E.O. 12372 OR PROGRAM HAS NOT BEEN SELECTED STATE FOR REVIEW

**17. IS APPLICATION DELINQUENT ON ANY FEDERAL DEBT?**
[ ] YES   If "Yes," attach an explanation.   [X] No

**18.** TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT. THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.

**a. Authorized Representative**
**Prefix:** Ms.   **First Name:** Martha   **Middle Name:** B.
**Last Name:** Knisley   **Suffix:**
**b. Title:** Director, DMH
**c. Telephone Number:** 202-673-2200
**d. Signature of Authorized Representative:** [signed]
**e. Date Signed:** 5/18/05

Revised 5/19/05

Previous Editions Not Usable
Authorized for Local Reproduction

Standard Form 424 (Rev. 9-2003)
Prescribed by OMB Circular A-102

## BUDGET INFORMATION - Non- Construction Programs

### SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
| 1. | | $ | $ | $ 1,255,000.51 | $ 0.00 | $ 1,255,000.51 |
| 2. | | $ | $ | $ | $ | $ 0.00 |
| 3. | | $ | $ | $ | $ | $ 0.00 |
| 4. | | $ | $ | $ | $ | $ 0.00 |
| 5. TOTALS | | $ 0.00 | $ 0.00 | $ 1,255,000.51 | $ 0.00 | $ 1,255,000.51 |

### SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) |
| a. Personnel | $ 475,698.17 | $ | $ | $ | $ 475,698.17 |
| b. Fringe Benefits | $ 81,603.79 | $ | $ | $ | $ 81,603.79 |
| c. Travel | $ 135,096.74 | $ | $ | $ | $ 135,096.74 |
| d. Equipment | $ 17,608.34 | $ | $ | $ | $ 17,608.34 |
| e. Supplies | $ 5,966.92 | $ | $ | $ | $ 5,966.92 |
| f. Contractual | $ 181,962.51 | $ | $ | $ | $ 181,962.51 |
| g. Construction | $ 0.00 | $ | $ | $ | $ 0.00 |
| h. Other | $ 37,551.45 | $ | $ | $ | $ 37,551.45 |
| i. Total Direct Charges (sum of 6a-6h) | $ 935,487.92 | $ 0.00 | $ 0.00 | $ 0.00 | $ 935,487.92 |
| j. Indirect Charges | $ 319,512.59 | $ | $ | $ | $ 319,512.59 |
| k. TOTALS (sum of 6i and 6j) | $ 1,255,000.51 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,255,000.51 |
| 7. Program Income | $ | $ | $ | $ | $ 0.00 |

Standard Form 424A (7-97)
Prescribed by OMB Circular A-102

# BUDGET - DC CINGS YEAR 4 (FY 2006)

| | | YEAR 4 PROPOSED BUDGET | CARRY OVER YEAR 1 | CARRY OVER YEAR 2 | ADJUSTED PROPOSED YEAR 4 BUDGET |
|---|---|---|---|---|---|
| **PERSONNEL** | | $ 764,155.00 | $ 150,459.05 | $ 138,006.78 | $ 475,689.17 |
| | TOTAL | $ 764,155.00 | $ 150,459.05 | $ 138,006.78 | $ 475,689.17 |
| | | | | | |
| **FRINGE (17.0% fringe rate)** | | $ 129,906.35 | $ 28,719.24 | $ 19,583.32 | $ 81,603.79 |
| | TOTAL | $ 129,906.35 | $ 28,719.24 | $ 19,583.32 | $ 81,603.79 |
| | | | | | |
| **TRAVEL** | | | | | |
| Project staff, families, governance and family advocates | | $ 75,000.00 | $ (14,395.46) | $ (45,701.28) | $ 135,096.74 |
| | TOTAL | $ 75,000.00 | $ (14,395.46) | $ (45,701.28) | $ 135,096.74 |
| | | | | | |
| **EQUIPMENT** | | | | | |
| Computers (1 @ $896) | | $ 896.00 | | | |
| Laptop (1 @ $1,904) | | $ 1,904.00 | | | |
| Portable printer (1 @ $335) | | $ 336.00 | | | |
| Server (1 @ $28,000) | | $ 28,000.00 | | | |
| | | | $ 3,475.44 | $ 10,052.22 | $ 17,608.34 |
| | TOTAL | $ 31,136.00 | $ 3,475.44 | $ 10,052.22 | $ 17,608.34 |
| | | | | | |
| **SUPPLIES** | | | | | |
| Office supplies | | $ 17,000.00 | | | |
| Social Marketing / Printing | | $ 5,000.00 | | | |
| Phones (10 phones w/ $64 monthly charge) | | $ 7,697.58 | | | |
| Training materials | | $ 1,500.00 | | | |
| | | | $ 17,796.43 | $ 9,434.23 | $ 6,966.92 |
| | TOTAL | $ 31,197.58 | $ 17,796.43 | $ 9,434.23 | $ 6,966.92 |
| | | | | | |
| **CONTRACTUAL** | | | | | |
| Training and T.A. | | $ 84,750.00 | | | |
| Provider Network | | $ 100,000.00 | | | |
| Family education, advocacy, training, & T.A. | | $ 100,000.00 | | | |
| State/local performance organization & development | | $ 10,000.00 | | | |
| Family advocates | | $ 69,000.00 | | | |
| Data tracking software maintenance | | $ 34,447.00 | | | |
| IMS consulting/ organizational development | | $ 3,000.00 | | | |
| CINGz website maintenance | | $ 1,400.00 | | | |
| Social marketing and communications program | | $ 20,000.00 | | | |
| Bilingual translators for written materials | | $ 6,000.00 | | | |
| Oral bilingual translators (200 hrs @ $15/hr) | | $ 3,000.00 | | | |
| Sign language interpreters (100 hrs @ $70/hr) | | $ 7,000.00 | | | |
| Project evaluation | | $ 162,500.00 | | | |
| Flex funds | | $ 175,000.00 | | | |
| | | | $ 274,580.27 | $ 260,554.22 | $ 181,952.51 |
| | TOTAL | $ 717,097.00 | $ 274,580.27 | $ 260,554.22 | $ 181,952.51 |
| | | | | | |
| **OTHER** | | | | | |
| Childcare (300 hrs @ $10/hr, for mtgs, training, eval) | | $ 3,000.00 | | | |
| Food (for family members at evening mtgs. & training) | | $ 5,000.00 | | | |
| Local travel - family members (500 @ $5/voucher) | | $ 2,500.00 | | | |
| Evaluation stipends (150 evals @ $20/eval for interview/questionnaire completion) | | $ 3,000.00 | | | |
| Youth Advisory Council | | $ 64,600.00 | | | |
| Room rental (for community mtgs.) | | $ 3,000.00 | | | |
| | | | $ 33,181.82 | $ 17,365.73 | $ 37,551.45 |
| | TOTAL | $ 81,100.00 | $ 33,181.82 | $ 17,365.73 | $ 37,551.45 |
| | | | | | |
| **SUBTOTAL** | | $ 1,831,541.93 | $ 493,807.79 | $ 404,295.22 | $ 935,487.92 |
| **INDIRECT RATE (10% fee)** | | $ 183,269.16 | Less 10% INDCR from yr 1 expenses $ 90,575.62 | Less 10% INDCR from yr 2 expenses $ 85,577.78 | $ 50,963,542.59 |
| **GRAND TOTAL** | | $ 2,014,941.12 | $ 442,733.17 | $ 318,719.44 | $ 1,255,000.51 |
| | | (YEAR 4 ORIGINAL BUDGET) | (YR. 1 TOTAL CARRYOVER BALANCE) | (YR. 2 TOTAL CARRYOVER BALANCE) | (YEAR 4 PROPOSED BUDGET) |

# ASSURANCES - NON-CONSTRUCTION PROGRAMS

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (0348-0040), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE OFFICE OF MANAGEMENT AND BUDGET.
SEND IT TO THE ADDRESS PROVIDED BY THE SPONSORING AGENCY.**

Note: Certain of these assurances may not be applicable to your project or program. If you have questions, please contact the awarding agency. Further, certain Federal awarding agencies may require applicants to certify to additional assurances. If such is the case, you will be notified.

As the duly authorized representative of the applicant I certify that the applicant:

1. Has the legal authority to apply for Federal assistance, and the institutional, managerial and financial capability (including funds sufficient to pay the non-Federal share of project costs) to ensure proper planning, management and completion of the project described in this application.

2. Will give the awarding agency, the Comptroller General of the United States, and if appropriate, the State, through any authorized representative, access to and the right to examine all records, books, papers, or documents related to the award; and will establish a proper accounting system in accordance with generally accepted accounting standard or agency directives.

3. Will establish safeguards to prohibit employees from using their positions for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

4. Will initiate and complete the work within the applicable time frame after receipt of approval of the awarding agency.

5. Will comply with the Intergovernmental Personnel Act of 1970 (42 U.S.C. §§4728-4763) relating to prescribed standards for merit systems for programs funded under one of the nineteen statutes or regulations specified in Appendix A of OPM's Standard for a Merit System of Personnel Administration (5 C.F.R. 900, Subpart F).

6. Will comply with all Federal statutes relating to nondiscrimination. These include but are not limited to: (a) Title VI of the Civil Rights Act of 1964 (P.L. 88-352) which prohibits discrimination on the basis of race, color, or national origin; (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. §§1681-1683, and 1685- 1686), which prohibits discrimination on the basis of sex; (c) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. §§794), which prohibits discrimination on the basis of handicaps; (d) the Age Discrimination Act of 1975, as amended (42 U.S.C. §§6101-6107), which prohibits discrimination on the basis of age; (e) the Drug Abuse Office and Treatment Act of 1972 (P.L. 92-255), as amended, relating to nondiscrimination on the basis of drug abuse; (f) the Comprehensive Alcohol Abuse and Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (P.L. 91-616), as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism; (g) §§523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. §§290 dd-3 and 290 ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records; (h) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. §§3601 et seq.), as amended, relating to non- discrimination in the sale, rental or financing of housing; (i) any other nondiscrimination provisions in the specific statute(s) under which application for Federal assistance is being made; and (j) the requirements of any other nondiscrimination statute(s) which may apply to the application.

7. Will comply, or has already complied, with the requirements of Title II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91-646) which provide for fair and equitable treatment of persons displaced or whose property is acquired as a result of Federal or federally assisted programs. These requirements apply to all interests in real property acquired for project purposes regardless of Federal participation in purchases.

8. Will comply with the provisions of the Hatch Act (5 U.S.C. §§1501-1508 and 7324-7328) which limit the political activities of employees whose principal employment activities are funded in whole or in part with Federal funds.

9. Will comply, as applicable, with the provisions of the Davis-Bacon Act (40 U.S.C. §§276a to 276a-7), the Copeland Act (40 U.S.C. §276c and 18 U.S.C. §874), and the Contract Work Hours and Safety Standards Act (40 U.S.C. §§327- 333), regarding labor standards for federally assisted construction subagreements.

Standard Form 424B (Rev. 7-97)
Prescribed by OMB Circular A-102

10. Will comply, if applicable, flood insurance purchase requirements of Section 102(a) of the Flood Disaster Protection Act of 1973 (P.L. 93-234) which requires recipients in a special flood hazard area to participate in the program and to purchase flood insurance if the total cost of insurable construction and acquisition is $10,000 or more.

11. Will comply with environmental standards which may be prescribed pursuant to the following: (a) institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91-190) and Executive Order (EO) 11514; (b) notification of violating facilities pursuant to EO 11738; (c) protection of wetland pursuant to EO 11990; (d) evaluation of flood hazards in floodplains in accordance with EO 11988; (e) assurance of project consistency with the approved State management program developed under the Costal Zone Management Act of 1972 (16 U.S.C. §§1451 et seq.); (f) conformity of Federal actions to State (Clear Air) Implementation Plans under Section 176(c) of the Clear Air Act of 1955, as amended (42 U.S.C. §§7401 et seq.); (g) protection of underground sources of drinking water under the Safe Drinking Water Act of 1974, as amended, (P.L. 93-523); and (h) protection of endangered species under the Endangered Species Act of 1973, as amended. (P.L. 93-205).

12. Will comply with the Wild and Scenic Rivers Act of 1968 (16 U.S.C. §§1271 et seq.) related to protecting components or potential components of the national wild and scenic rivers system.

13. Will assist the awarding agency in assuring compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. §470), EO 11593 (identification and protection of historic properties), and the Archaeological and Historic Preservation Act of 1974 (16 U.S.C. §§ 469a-1 et seq.).

14. Will comply with P.L. 93-348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.

15. Will comply with the Laboratory Animal Welfare Act of 1966 (P.L. 89-544, as amended, 7 U.S.C. §§2131 et seq.) pertaining to the care, handling, and treatment of warm blooded animals held for research, teaching, or other activities supported by this award of assistance.

16. Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. §§4801 et seq.) which prohibits the use of lead based paint in construction or rehabilitation of residence structures.

17. Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act of 1984.

18. Will comply with all applicable requirements of all other Federal laws, executive orders, regulations and policies governing this program.

| SIGNATURE OF AUTHORIZED CERTIFYING OFFICIAL | TITLE |
|---|---|
| *[signature]* | Director, Department of Mental Health |
| APPLICANT ORGANIZATION | DATE SUBMITTED |
| Department of Mental Health | 5/18/05 |

SF-424B (Rev. 7-97) Back

PHS-5161-1 (7/00)                                                                 Page 17

OMB Approval No. 0920-0428

# CERTIFICATIONS

## 1. CERTIFICATION REGARDING DEBARMENT AND SUSPENSION

The undersigned (authorized official signing for the applicant organization) certifies to the best of his or her knowledge and belief, that the applicant, defined as the primary participant in accordance with 45 CFR Part 76, and its principals:

(a) are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal Department or agency;

(b) have not within a 3-year period preceding this proposal been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(c) are not presently indicted or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and

(d) have not within a 3-year period preceding this application/proposal had one or more public transactions (Federal, State, or local) terminated for cause or default.

Should the applicant not be able to provide this certification, an explanation as to why should be placed after the assurances page in the application package.

The applicant agrees by submitting this proposal that it will include, without modification, the clause titled "Certification Regarding Debarment, Suspension, Ineligibility, and Voluntary Exclusion--Lower Tier Covered Transactions" in all lower tier covered transactions (i.e. transactions with sub-grantees and/or contractors) and in all solicitations for lower tier covered transactions in accordance with 45 CFR Part 76.

## 2. CERTIFICATION REGARDING DRUG-FREE WORKPLACE REQUIREMENTS

The undersigned (authorized official signing for the applicant organization) certifies that the applicant will, or will continue to, provide a drug-free workplace in accordance with 45 CFR Part 76 by:

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

(b) Establishing an ongoing drug-free awareness program to inform employees about--
 (1) The dangers of drug abuse in the workplace;
 (2) The grantee's policy of maintaining a drug-free workplace;
 (3) Any available drug counseling, rehabilitation, and employee assistance programs; and
 (4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (a) above;

(d) Notifying the employee in the statement required by paragraph (a), above, that, as a condition of employment under the grant, the employee will--
 (1) Abide by the terms of the statement; and
 (2) Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the agency in writing within ten calendar days after receiving notice under paragraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position title, to every grant officer or other designee on whose grant activity the convicted employee was working, unless the Federal agency has designated a central

point for the receipt of such notices. Notice shall include the identification number(s) of each affected grant;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under paragraph (d) (2), with respect to any employee who is so convicted--

    (1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

    (2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

For purposes of paragraph (e) regarding agency notification of criminal drug convictions, the DHHS has designated the following central point for receipt of such notices:

Office of Grants and Acquisition Management
Office of Grants Management
Office of the Assistant Secretary for Management and Budget
Department of Health and Human Services
200 Independence Avenue, S.W., Room 517-D
Washington, D.C. 20201

## 3. CERTIFICATION REGARDING LOBBYING

Title 31, United States Code, Section 1352, entitled "Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions," generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative Branches of the Federal Government in connection with a SPECIFIC grant or cooperative agreement. Section 1352 also requires that each person who requests or receives a Federal grant or cooperative agreement must disclose lobbying undertaken with non-Federal (non-appropriated) funds. These requirements apply to grants and cooperative agreements EXCEEDING $100,000 in total costs (45 CFR Part 93).

The undersigned (authorized official signing for the applicant organization) certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federally appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. (If needed, Standard Form-LLL, "Disclosure of Lobbying Activities," its instructions, and continuation sheet are included at the end of this application form.)

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

## 4. CERTIFICATION REGARDING PROGRAM FRAUD CIVIL REMEDIES ACT (PFCRA)

The undersigned (authorized official signing for the applicant organization) certifies that the statements herein are true, complete, and accurate to the best of his or her knowledge, and that he or she is aware that any false, fictitious, or fraudulent statements or claims may subject him or her to criminal, civil, or administrative penalties. The undersigned agrees that the applicant organization will comply with the Public Health Service terms and conditions of award if a grant is awarded as a result of this application.

PHS-5161-1 (7/00)                                                                Page 19

## 5. CERTIFICATION REGARDING ENVIRONMENTAL TOBACCO SMOKE

Public Law 103-227, also known as the Pro-Children Act of 1994 (Act), requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted for by an entity and used routinely or regularly for the provision of health, day care, early childhood development services, education or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law also applies to children's services that are provided in indoor facilities that are constructed, operated, or maintained with such Federal funds. The law does not apply to children's services provided in private residence, portions of facilities used for inpatient drug or alcohol treatment, service providers whose sole source of applicable Federal funds is Medicare or Medicaid, or facilities where WIC coupons are redeemed.

Failure to comply with the provisions of the law may result in the imposition of a civil monetary penalty of up to $1,000 for each violation and/or the imposition of an administrative compliance order on the responsible entity.

By signing the certification, the undersigned certifies that the applicant organization will comply with the requirements of the Act and will not allow smoking within any portion of any indoor facility used for the provision of services for children as defined by the Act.

The applicant organization agrees that it will require that the language of this certification be included in any subawards which contain provisions for children's services and that all subrecipients shall certify accordingly.

The Public Health Services strongly encourages all grant recipients to provide a smoke-free workplace and promote the non-use of tobacco products. This is consistent with the PHS mission to protect and advance the physical an mental health of the American people.

| SIGNATURE OF AUTHORIZED CERTIFYING OFFICIAL | TITLE |
|---|---|
| [signature] | Director, Department of Mental Health |
| APPLICANT ORGANIZATION | DATE SUBMITTED |
| Department of Mental Health, District of Columbia | 5/18/05 |

PHS-5161-I (6/90)                                                                  Page 25

# CHECKLIST

OMB Approval No. 0920-0428
Expiration Date: April 30, 2000

**Public Burden Statement:** Public reporting burden of this collection of information is estimated to average 4 - 50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC.

Clearance Officer, 1600 Clifton Road, MS D-24, Atlanta, GA 30333, ATTN: PRA (0920-0428). Do not send the completed form to this address.

**NOTE TO APPLICANT:** This form must be completed and submitted with the original of your application. Be sure to complete both sides of this form. Check the appropriate boxes and provide the information requested. This form should be attached as the last page of the signed original of the application. This page is reserved for PHS staff use only.

Type of Application:  ☐ NEW    ☒ Noncompeting Continuation    ☐ Competing Continuation    ☐ Supplemental

**PART A:** The following checklist is provided to assure that proper signatures, assurances, and certifications have been submitted.

|  | Included | NOT Applicable |
|---|---|---|
| 1. Proper Signature and Date for Item 18 on SF 424 (FACE PAGE) | ☒ | |
| 2. Proper Signature and Date on PHS-5161-1 "Certifications" page | ☒ | |
| 3. Proper Signature and Date on appropriate "Assurances" page, i.e., SF-424B (Non-Construction Programs) or SF-424D (Construction Programs) | ☒ | |

4. If your organization currently has on file with DHHS the following assurances, please identify which have been filed by indicating the date of such filing on the line provided. (All four have been consolidated into a single form, HHS Form 690)

☒ Civil Rights Assurance (45 CFR 80) .................... 03/17/1998
☒ Assurance Concerning the Handicapped (45 CFR 84) .... 03/17/1998
☒ Assurance Concerning Sex Discrimination (45 CFR 86) .. 03/17/1998
☒ Assurance Concerning Age Discrimination (45 CFR 90 & 45 CFR 91) ........................................ 03/17/1998

5. Human Subjects Certification, when applicable (45 CFR 46) .............. ☐ ☒

**PART B:** This part is provided to assure that pertinent information has been addressed and included in the application.

|  | YES | NOT Applicable |
|---|---|---|
| 1. Has a Public Health System Impact Statement for the proposed program/project been completed and distributed as required? | ☐ | ☒ |
| 2. Has the appropriate box been checked for item # 16 on the SF-424 (FACE PAGE) regarding intergovernmental review under E.O. 12372 ? (45 CFR Part 100) | ☒ | |
| 3. Has the entire proposed project period been identified in item # 13 of the FACE PAGE? | ☒ | |
| 4. Have biographical sketch(es) with job description(s) been attached, when required? | ☐ | ☒ |
| 5. Has the "Budget Information" page, SF-424A (Non-Construction Programs) or SF-424C (Construction Programs), been completed and included? | ☒ | |
| 6. Has the 12 month detailed budget been provided? | ☒ | ☐ |
| 7. Has the budget for the entire proposed project period with sufficient detail been provided? | ☒ | ☐ |
| 8. For a Supplemental application, does the detailed budget address only the additional funds requested? | ☐ | ☒ |
| 9. For Competing Continuation and Supplemental applications, has a progress report been included? | ☐ | ☒ |

**PART C:** In the spaces provided below, please provide the requested information.

Business Official to be notified if an award is to be made.

Name **Martha B. Knisley**

Title **Director**

Organization **D.C. Dept. of Mental Health**

Address **64 New York Ave., NE, Ste 400, Washington DC**

E-mail Address **marti.knisley@dc.gov**

Telephone Number **(202) 673-2200**

Fax Number **(202) 673-3433**

Program Director/Project Director/Principal Investigator designated to direct the proposed project or program.

Name **Martha B. Knisley c/o Shauna Spencer**

Title **Director**

Organization **D.C. Dept. of Mental Health**

Address **64 New York Ave., NE, Ste 400, Washington DC**

E-mail Address **marti.knisley@dc.gov**

Telephone Number **(202) 673-2200**

Fax Number **(202) 673-3433**

APPLICANT ORGANIZATION'S 12-DIGIT DHHS EIN (if already assigned)

| 1 | 5 | 3 | 6 | 0 | 0 | 1 | 1 | 3 | 1 | A | 1 |

SOCIAL SECURITY NUMBER

HIGHEST DEGREE EARNED

(OVER)

**PART D:** A private, nonprofit organization must include evidence of its nonprofit status with the application. Any of the following is acceptable evidence. Check the appropriate box or complete the "Previously Filed" section, whichever is applicable.

- [ ] (a) A reference to the organization's listing in the Internal Revenue Service's (IRS) most recent list of tax-exempt organizations described in section 501(c)(3) of the IRS Code.
- [ ] (b) A copy of a currently valid Internal Revenue Service Tax exemption certificate.
- [ ] (c) A statement from a State taxing body, State Attorney General, or other appropriate State official certifying that the applicant organization has a nonprofit status and that none of the net earnings accrue to any private shareholders or individuals.
- [ ] (d) A certified copy of the organization's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the organization.
- [ ] (e) Any of the above proof for a State or national parent organization, and a statement signed by the parent organization that the applicant organization is a local nonprofit affiliate.

If an applicant has evidence of current nonprofit status on file with an agency of PHS, it will not be necessary to file similar papers again, but the place and date of filing must be indicated.

Previously Filed with: (Agency)                                    on (Date)

N/A

## INVENTIONS

If this is an application for continued support, include: (1) the report of inventions conceived or reduced to practice required by the terms and conditions of the grant; or (2) a list of inventions already reported, or (3) a negative certification.

## EXECUTIVE ORDER 12372

Effective September 30, 1983, Executive Order 12372 (Intergovernmental Review of Federal Programs) directed OMB to abolish OMB Circular A-95 and establish a new process for consulting with State and local elected officials on proposed Federal financial assistance. The Department of Health and Human Services implemented the Executive Order through regulations at 45 CFR Part 100 (Inter-governmental Review of Department of Health and Human Services Programs and Activities). The objectives of the Executive Order are to (1) increase State flexibility to design a consultation process and select the programs it wishes to review, (2) increase the ability of State and local elected officials to influence Federal decisions and (3) compel Federal officials to be responsive to State concerns, or explain the reasons.

The regulations at 45 CFR Part 100 were published in the Federal Register on June 24, 1983, along with a notice identifying the Department's programs that are subject to the provisions of Executive Order 12372. Information regarding PHS programs subject to Executive Order 12372 is also available from the appropriate awarding office.

States participating in this program establish State Single Points of Contact (SPOCs) to coordinate and manage the review and comment on proposed Federal financial assistance. Applicants should contact the Governor's office for information regarding the SPOC, programs selected for review, and the consultation (review) process designed by their State.

Applicants are to certify on the face page of the SF-424 (attached) whether the request is for a program covered under Executive Order 12372 and, where appropriate, whether the State has been given an opportunity to comment.