IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 05-1161 (ESH)<br>) |
| MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

ORDER

Upon consideration of the federal defendants' motion to dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the federal defendants are dismissed from the complaint in this matter.

Date:

_____
UNITED STATES DISTRICT COURT