IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 05CV01161 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Neil H. Koslowe, pursuant to Local Civ. R 83.2(d), moves this court for entry of an Order permitting Christopher J. Le Mon to appear in this action, *pro hac vice*, on behalf of the Family Advocacy and Support Association. A declaration by Mr. Le Mon in support of this motion is attached.

Movant respectfully requests that Christopher J. Le Mon be permitted to appear *pro hac vice* on behalf of the Family Advocacy and Support Association in this action and that an Order be issued to that effect.

_____
Neil H. Koslowe (D.C. Bar No. 361792)
Shearman & Sterling LLP
801 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 580-8100
Email: neil.koslowe@shearman.com

Dated: June 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia,** *et al.,*<br><br>**Defendants.** | Civ. No. 05CV01161 (ESH) |

**DECLARATION OF CHRISTOPHER J. LE MON
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Christopher J. Le Mon, declare that:

1. I am a member of the Washington office of Shearman & Sterling LLP, located at 801 Pennsylvania Avenue NW, Washington, D.C. 20004. My telephone number is (202) 508-8029.

2. I am admitted to the bar of the state of New York.

3. I certify that I have not been disciplined by any bar and that I am in good standing with the Bar of the state of New York.

4. I have not been admitted *pro hac vice* to this Court in the past two years.

5. I do engage of the practice of law from an office located in the District of Columbia, and I submitted an application for admission to the bar of the District of Columbia in November 2004 that is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2005

_____
Christopher J. Le Mon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTHA B. KNISLEY, Director, Department of Mental Health of the District of Columbia, *et al.*,<br><br>　　　　　Defendants. | Civ. No. 05CV01161 (ESH) |

## ORDER TO ADMIT COUNSEL PRO HAC VICE

Upon consideration of Neil H. Koslowe's motion to admit Christopher J. Le Mon as counsel *pro hac vice* in the above-captioned matter, and all other papers pertaining thereto, it is hereby:

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Christopher J. Le Mon is hereby admitted as counsel *pro hac vice* for the Family Support and Advocacy Association in the above-captioned matter.

Date: _____, 2005

_____
Ellen Segal Huvelle
United States District Judge