**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAMILY ADVOCACY AND SUPPORT ) 
ASSOCIATION, ) 
 ) 
        Plaintiff, ) 
 ) 
        v. ) **Civil Action No. 05-1161 (ESH)**
 ) 
MARTHA B. KNISLEY, Director, Department ) 
Of Mental Health of the District of Columbia, *et al.,* ) 
 ) 
        Defendants. ) 
_____)

## PLAINTIFF'S MOTION FOR ONE-DAY EXTENSION OF TIME

       FASA moves for an extension of time of one day, from June 15, 2005, to and including June 16, 2005, within which to respond to the District defendants' opposition to FASA's application for a temporary restraining order and the federal defendants' motion to dismiss.[1] The reasons for this motion are as follows:

       1. At the hearing on FASA's application for a temporary restraining order on June 13, 2005, the Court directed counsel for the District defendants to make contact with counsel for FASA to determine if those parties could resolve the issues raised by FASA's application. The Court also ordered FASA to respond to defendants' opposition and motion by 5:00 P.M. today, June 15. Finally, the Court scheduled another hearing in the matter for Friday, June 17.

       2. Counsel for FASA did not hear from counsel for the District defendants until late this morning, June 15. Counsel for the District defendants said DMH was willing to discuss ways of resolving some or all of the issues raised by FASA's application for a temporary restraining order. To this end DMH requested that FASA furnish it with a detailed description of the work

FASA performed under the D.C. CINGS project since October 1, 2004, and the programs FASA would like to run this summer. FASA agreed to furnish this information.

3. FASA and its counsel spent this afternoon compiling the information requested by DMH and e-mailing it to DMH and its counsel. FASA anticipates that the parties will discuss this information tomorrow and determine by early afternoon whether they will be able to resolve at least the emergency issues raised by FASA's application for a temporary restraining order.

4. Because the parties' resolution tomorrow of at least the emergency issues raised by FASA's application for a temporary restraining order would obviate the need for further briefs and for the hearing now scheduled for Friday, June 17, FASA requests a one-day extension of the deadline for its response to defendants' opposition and motion to dismiss. Should the parties be unable to resolve the emergency issues raised by FASA's application, FASA would be willing to postpone the hearing now scheduled for Friday, June 17, to Monday, June 20, to afford the Court adequate time to consider the parties' written submissions.

Respectfully submitted,

_____
Neil H. Koslowe (D.C. Bar # 361792)
Cynthia P. Abelow (D.C. Bar # 488206)
(admitted *pro hac vice*)
Christopher Le Mon (admitted *pro hac vice*)

SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Plaintiff*

Dated: June 15, 2005

---

[1]     Counsel for FASA was not able to discuss this motion with counsel for the District defendants, in accordance with LCvR 7.1(m), because counsel for the District defendants informed counsel for FASA that they would not be available the entire day today.