IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MARTHA B. KNISLEY, Director, Department Of Mental Health of the District of Columbia,** *et al.*, )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 05-1161 (ESH) |

## ORDER

The Court, having considered plaintiffs' motion for a one-day extension of time within which to respond to defendants' respective opposition to plaintiff's application for a temporary restraining order and motion to dismiss, and having determined that there is just cause, GRANTS plaintiff's motion. Plaintiff shall deliver to Chambers its response to defendants' papers on or before 6:00 P.M. on June 16, 2005, and shall timely file and serve its response on defendants. The parties shall report to Chambers tomorrow whether they have resolved the issues raised by plaintiffs' application for a temporary restraining order, so that a hearing is unnecessary, or whether they have not resolved those issues and a hearing is necessary. If a hearing is necessary, the hearing shall be postponed from Friday, June 17, 2005, at 3:00 P.M. to Monday, June 20, 2005, at 3:00 P.M., or at such other time as the Court shall fix. IT IS SO ORDERED

_____
United States District Judge

Dated: _____