IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**MARTHA B. KNISLEY, Director, Department Of Mental Health of the District of Columbia,** *et al.*,<br><br>　　　　　**Defendants.** | Civ. No. 05CV1161 (ESH) |

## SUPPLEMENTAL DECLARATION OF PHYLLIS MORGAN

I, Phyllis Morgan, declare as follows:

1. I am president of the Family Advocacy and Support Association ("FASA").

2. Since I took up this position in 1998, I have never drawn a salary or been otherwise paid for my services rendered as president.

3. Prior to giving up its office space in December 2004, FASA expended $800 per month for office space. Utilities were included in its rent agreement. The landlord waived the rent payments for October, November, and December 2004 because FASA could not afford to make the payments.

4. Though FASA understands that its former office space is no longer available, FASA anticipates that it could obtain suitable office space for approximately the same cost -- $800 per month.

5. FASA previously held an insurance policy covering its equipment at a cost of $2300 per year. This policy was paid through September 2004, and has since lapsed.

1

6. FASA maintained a contract with ADT for alarm systems at its office. FASA was forced to cancel its contract early, and thus owes ADT approximately $4000.

7. Despite the failure by the Department of Mental Health ("DMH") to fund FASA for the third year of the sub-grant agreement (from October 2004 through the present), FASA has carried on a more limited schedule of meetings, events, and activities for the parents and children whom it serves.

8. Throughout the third year of the sub-grant agreement, FASA has held twice-monthly parent meetings. From October to December 2004, these meetings were held at FASA's office; subsequent to the office's closure at the end of December 2004, these meetings have been held in the basement of my home.

9. On average, 10-15 parents and 15-30 children attended these meetings when they were held at FASA's office, while only 7-8 parents and 10-12 children on average have attended since we were forced to move the meetings to the basement of my home.

10. When they were held in its offices, FASA spent approximately $80-100 per meeting on food for the parents and children, but only $50-60 per meeting when the meetings were held in my home. FASA provided transportation reimbursement to several parents, totaling about $10 per meeting. In addition, FASA paid approximately $50 per meeting for childcare when meetings were held in its offices.

11. In addition to its parent meetings, FASA currently holds monthly parent trainings, despite its lack of funding. Although FASA used to hold two or three trainings per month, it was forced to cut back to one training per month starting in October 2004. These trainings cover subjects including getting an IEP (Individual Education Program), interpreting the IEP, parent advocacy, and ensuring access to services for the children.

12. In October 2004, FASA held its annual planning retreat at its office, attended by approximately 17 parents and 20 children. FASA spent approximately $400 on food for this meeting, and managed to recruit speakers who did not charge FASA for their services. In the past, FASA has hired speakers, but now it cannot afford to do so.

13. FASA has also held a number of social events so that its members can celebrate important holidays together and the children can have a familiar setting in which to socialize safely.

14. FASA held a Halloween party in October 2004, so that the children whom it serves could celebrate Halloween in a safe environment.

15. FASA also held a Thanksgiving dinner, but as it had no funds the food was provided by various FASA members.

16. FASA also held a Christmas/Kwanzaa party in December 2004, where we gave the children small gifts. We purchased these gifts from money obtained by selling off much of FASA's furniture. We still didn't have enough gifts for all of the children.

17. FASA was forced to sell off much of its furniture and other items because FASA had to vacate its office. My basement did not have room for these objects, and there was no other place to store them. FASA earned approximately $500 from selling these items, but moving costs for relocating FASA's remaining inventory to my basement were approximately $600.

18. In January 2005, FASA held a Black History celebration, where children composed essays and read them to their peers and FASA parents. This activity has helped the self-worth and self-esteem of many of the children who participate in FASA's programs.

19. FASA also had a Valentine's Day event, at which the children made valentines for their parents or guardians. FASA spent about $30 on supplies for this event.

20. In March 2005, FASA members went out to a St. Patrick's Day dinner. In the past, FASA has funded this event, but it was unable to do so this year.

21. FASA held an Easter program as well in March 2005.

22. When it was receiving its allocated funding, FASA held social activities for the children far more regularly. FASA used to hold monthly activities that the children found fun, such as movie or karaoke night.

23. Prior to DMH's failure to allocate FASA's funding for year 3 of the sub-grant agreement, FASA employed three staff members. At the end of September 2004, with no funding forthcoming, FASA let go its staff.

24. My son, Michael Morgan, spent approximately 30-50 hours per week doing administrative work without pay at FASA's office from September to December 2004, and continued to work this schedule out of our home until he took a full-time job in April 2005. Even now, he spends approximately 10 hours per week similarly engaged, working during the evenings and on the weekends, when he is not at his regular job. Although Michael had been employed as FASA's office assistant prior to October 2004, and paid $10 per hour for his work, Michael has not been paid at all for the hundreds of hours of work he has done for FASA since October 2004.

25. In order to publicize its meetings, trainings, and events, FASA sent monthly mailings that included a calendar of upcoming activities to its mailing list of more than 150 households. The calendar also included events being held by DMH that I thought were useful for parents to attend. In addition, FASA sent separate mailings to publicize its

trainings. On average, FASA spent $275 every three months to rent the stamp machine. The cost of postage varied depending on use, but could run as high as $125 per month.

26. FASA also had costs associated with its other office equipment. FASA recently had to pay more than $200 to have its copier serviced. In addition, FASA has purchased three copier cartridges since October 2004 costing approximately $50 each. FASA's printers also required several replacement ink cartridges, the total cost of which has been approximately $600 since October 2004. The fax machine has required one replacement toner cartridge since October 2004, which cost approximately $60. Paper for the copier, printers, and fax machine has cost approximately $250.

27. In the past, FASA has run an extensive summer program for its members. FASA's ability to undertake the summer program this year depends on whether DMH provides FASA its funding allocated for year 3 of the sub-grant.

28. FASA's annual summer program includes bi-monthly cultural heritage programs for the children. These cultural heritage programs occur every other Saturday throughout the summer, and would begin this year on June 25, 2005. The approximately five cultural heritage programs per summer are attended by 30-50 children per program. The total cost of each program is approximately $1100. The cost includes bus transportation provided at a discounted rate ($325), a facilitator ($300), breakfast ($50), lunch ($250), miscellaneous expenses ($200).

29. During the summer, FASA provides three hours of tutoring once a week in math, reading, and geography. FASA engages the services of a tutor with experience teaching special needs children. The tutor's hourly rate is $40 (reduced from $70 per hour). During the

10 weeks of the summer, FASA would spend approximately $1200 on tutoring services for the children.

30. FASA holds an annual graduation party for the FASA children graduating from elementary, middle, and high school, and college. This year, ten children will be graduating. FASA purchases gifts for the children, and provides them with a folder graduation certificate and a cap and gown. The party includes food and entertainment, and usually features a DJ or a clown for the children. The cost of the annual graduation party for 2005 would be approximately $1250.

31. In July, FASA will host its annual picnic in Wheaton Regional Park. The cost of this event, for food and entertainment, would be approximately $750.

32. Every summer, as a reward to the children for good performance, FASA takes the children to an amusement park. The approximate cost of this event for 30 children, including transportation ($675), admission ($720), breakfast ($100), lunch ($300) and miscellaneous expenses ($300) is approximately $2100.

33. In August, FASA holds a special parents' meeting, in addition to the regular monthly meetings, to prepare for the school year. The purpose of this meeting is to ensure that the children have been appropriately placed in schools for the upcoming school year. The parents are asked to bring any official communications they have had with the DC school board regarding their children, and FASA representatives review each family's individual situation to ensure that the children's needs have been met. The expenses associated with

this meeting, including materials ($50), food ($100), babysitting ($75), and mailing expenses ($65) would be approximately $300.

34. In September, the week after school starts, FASA holds an annual back-to-school night for the children and their families. The children are given school supplies for the new school year. The approximate cost of this event, including the school supplies, is $1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2005 in Washington, DC.

_____
Phyllis Morgan