IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                                                          Case No. 1:05CV01161

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon Department of Mental Health of the District of Columbia by serving Darlene Fields, Registered Agent for the Office of the Attorney General of the District of Columbia, who stated she was authorized to accept service of process for the Robert Spagnoletti, Attorney General of the District of Columbia at the following address:

Location:       441 4th STREET NW
                WASHINGTON DC 20001

By handing to Darlene Fields a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____                Date: 6-13-05
Roland Gonzales
Process Server
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 13th day of June, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008      Notary Public

**RECEIVED**
JUN 1 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                                                 Case No. 1:05CV01161

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon Carolyn N. Graham, Deputy Mayor for Children and Families by serving Darlene Fields, Registered Agent for the Office of the Attorney General of the District of Columbia, who stated she was authorized to accept service of process for the Robert Spagnoletti, Attorney General of the District of Columbia at the following address:

Location:          441 4th STREET NW
                   WASHINGTON DC 20001

By handing to Darlene Fields a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____           Date: 6-13-05
         Roland Gonzales
         Process Server
         P.O. Box 2396
         Columbia, MD 21045
         800-228-0484

Subscribed and sworn before me this 13TH day of June, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND            Notary Public
My Commission Expires February 20, 2008

**RECEIVED**

JUN 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT