## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                              Case No. 1:05CV01161

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon the Department of Health and Human Services by serving Lori Cox, Legal Assistant for Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, who stated she was authorized to accept service of process for the Kenneth L. Wainstein, U.S. Attorney for the District of Columbia at the following address:

Location:        501 3rd STREET NW
                 WASHINGTON DC 20001

By handing to Lori Cox a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _Roland Gonzales_                Date: 6-13-05
         Roland Gonzales
         Process Server
         P.O. Box 2396
         Columbia, MD 21045
         800-228-0484

Subscribed and sworn before me this 13Tth day of June, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008

Notary Public

**RECEIVED**

JUN 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                               Case No. 1:05CV01161

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon the Michael O. Leavitt, Secretary, Department of Health and Human Services by serving Lori Cox, Legal Assistant for Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, who stated she was authorized to accept service of process for the Kenneth L. Wainstein, U.S. Attorney for the District of Columbia at the following address:

Location:        501 3rd STREET NW
                 WASHINGTON DC 20001

By handing to Lori Cox a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____        Date: 6-13-05
          Roland Gonzales
          Process Server
          P.O. Box 2396
          Columbia, MD 21045
          800-228-0484

Subscribed and sworn before me this 13TH day of June, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008

_____
Notary Public

**RECEIVED**

JUN 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                     Case No. 1:05CV01161    *ESA**

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon Charles G. Curie, Administrator, Substance Abuse and Mental Services Administration, Department of Health and Human Services by serving Lori Cox, Legal Assistant for Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, who stated she was authorized to accept service of process for the Kenneth L Wainstein, U.S. Attorney for the District of Columbia at the following address:

Location:            501 3rd STREET NW
                     WASHINGTON DC 20001

By handing to Lori Cox a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _Roland Gonzales_            Date: 6-13-05
Roland Gonzales
Process Server
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 13th day of June, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008

**RECEIVED**
JUN 1 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE USDC COURT FOR DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                                 Case No. 1:05CV01161

MARTHA B KNISLEY ET AL


Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon the Substance Abuse and Mental Health Services Administration, Department of Health and Human Services by serving Lori Cox, Legal Assistant for Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, who stated she was authorized to accept service of process for Kenneth L. Wainstein, U.S. Attorney for the District of Columbia at the following address:

Location:          501 3rd STREET NW
                   WASHINGTON DC 20001

By handing to Lori Cox a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____          Date: 6-15-05
          Roland Gonzales
          Process Server
          P.O. Box 2396
          Columbia, MD 21045
          800-228-0484

Subscribed and sworn before me this 15TH day of June , 2005

_____
Notary Public

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008

**RECEIVED**

JUN 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT