## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAMILY ADVOCACY AND
SUPPORT ASSOCIATION

Plaintiff

v.                                              Case No. 1:05CV01161

MARTHA B KNISLEY ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Jun 9 05 at 0340p I executed service of process upon Anthony A. Williams, Mayor, the District of Columbia by serving Tabatha Baxter, Staff Assistant, who stated she was authorized to accept service of process for the Mayor of the District of Columbia, Anthony A. Williams at the following address:

Location:            1350 PENNSYLVANIA AVE NW
                     WASHINGTON DC 20004

By handing to Tabatha Baxter a copy of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney Participant Registration Form, Complaint and Temporary Restraining Order

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _Roland Gonzales_              Date: _6-13-05_

Roland Gonzales
Process Server
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this _13th_ day of _June_, 2005

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND    Notary Public
My Commission Expires February 20, 2008

**RECEIVED**

JUN 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT