UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-1161 (ESH) |
| MARTHA B. KNISELY, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

Upon consideration of the District defendants' Motion to Dismiss, the Memorandum Of Points And Authorities In Support thereof and any Opposition thereto and after review of the entire record, it is hereby:

ORDERED, that the District defendants' motion to dismiss be and hereby is granted and plaintiff's claims against the District defendants be and hereby are dismissed.

SO ORDERED.


DATE:_____          _____
                                ELLEN S. HUVELLE
                                United States District Judge