IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY ADVOCACY AND SUPPORT ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1161 (ESH) ) |
| MARTHA B. KNISLEY, etc., *et al.*, | ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST FEDERAL DEFENDANTS

Plaintiff, Family Advocacy and Support Association, gives notice that, under Fed. R. Civ. P. 41(a), it dismisses its claims in this civil action against defendants Charles G. Curie, Administrator, Substance Abuse and Mental Health Services Administration ("SAMHSA"); SAMHSA; Michael O. Leavitt, Secretary of Health and Human Services ("HHS"); and HHS.

Respectfully submitted,

    /s/ Neil H. Koslowe
Neil H. Koslowe (D.C. Bar # 361792)
Cynthia P. Abelow (D.C. Bar # 488206)
(admitted *pro hac vice*)
Christopher Le Mon (admitted *pro hac vice*)

SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Plaintiff*

Dated: July 19, 2005