IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARTHA B. KNISLEY, etc., *et al.*,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **Civil Action No. 05-1161 (ESH)** |

## MOTION TO AMEND ORDER OF JULY 5, 2005

Plaintiff, Family Advocacy and Support Association ("FASA") moves to amend the Court's Order of July 5, 2005, in light of its execution of a settlement agreement with the District of Columbia defendants and its voluntary dismissal of its claims against the federal defendants. The reason for this motion is as follows:

As contemplated by the Court's Order of July 5, 2005, FASA and the District of Columbia defendants executed a settlement agreement on July 18, 2005, resolving the dispute between them. However, counsel for FASA notified counsel for the federal defendants that, in lieu of settlement, FASA would dismiss its claims the federal defendants pursuant to Fed. R. Civ. P. 41(a). Counsel for the federal defendants accepted this. Accordingly, FASA filed a notice of dismissal of its claims against the federal defendants under Fed. R. Civ. P. 41(a) earlier today.

The Court's Order of July 5, 2005, provides that, if this case is not reopened by counsel within 45 days, it will stand dismissed with prejudice. But Fed. R. Civ. P. 41(a) provides that voluntary dismissals under its provisions are without prejudice. Therefore, the Court's Order of July 5, 2005, should be amended to state that FASA's claims against the District of Columbia defendants are dismissed with prejudice, in light of the parties' settlement agreement, but that

2

FASA's claims against the federal defendants are dismissed without prejudice. FASA has annexed to this motion a proposed order.

                                                              Respectfully submitted,

                                                              /s/ Neil H. Koslowe
                                             Neil H. Koslowe (D.C. Bar # 361792)
                                             Cynthia P. Abelow (D.C. Bar # 488206)
                                             (admitted *pro hac vice*)
                                             Christopher Le Mon (admitted *pro hac vice*)

                                             SHEARMAN & STERLING LLP
                                             801 Pennsylvania Avenue, N.W., Suite 900
                                             Washington, D.C. 20004
                                             Telephone: (202) 508-8000
                                             Facsimile: (202) 508-8100

                                             *Attorneys for Plaintiff*

Dated: July 19, 2005