IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAMILY ADVOCACY AND SUPPORT ASSOCIATION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARTHA B. KNISLEY, etc., *et al*.,** ) <br> ) <br> **Defendants.** ) <br> _____) | Civil Action No. 05-1161 (ESH) |

## ORDER

The Court, having been advised that a settlement agreement was executed on July 18, 2005, by plaintiff Family Advocacy and Support Association ("FASA") and defendants Martha B. Knisley, Director of the District of Columbia Department of Mental Health ("DMH"), DMH, Anthony A. Williams, Mayor of the District of Columbia, and Carolyn N. Graham, Deputy Mayor of the District of Columbia (collectively the "District of Columbia defendants"), and having been advised that FASA today filed a notice under Fed. R. Civ. P. 41(a) voluntarily dismissing its claims against defendants Charles G. Curie, Administrator of the Substance Abuse and Mental Health Services Administration ("SAMHSA"), SAMHSA, Michael O. Leavitt, Secretary of Health and Human Services ("HHS"), and HHS (collectively the "federal defendants"), amends its Order of July 5, 2005, to state as follows:

**ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** against the District of Columbia defendants and is **DISMISSED WITHOUT PREJUDICE** against the federal defendants.

2

**SO ORDERED.**

_____
**ELLEN SEGAL HUVELLE**
**United States District Judge**

**Date: _____**